The Honorable James L. Robart

FILED   ENTERED
LODGED   RECEIVED

DEC 0 1 2006   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

                Plaintiffs,

    v.

FOOTBALL NORTHWEST LLC (dba SEATTLE SEAHAWKS), FIRST & GOAL, INC., THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, and LORRAINE HINE,

                Defendants.

No. CV06-1719 JLR

NOTICE OF APPEARANCE

# Original

TO:       THE CLERK OF THE COURT;

AND TO:      Fred and Kathleen Stark, Plaintiffs, and Christopher T. Wion, Danielson Harrigan Leyh & Tollefson, LLP, their Attorneys

This is notice that Defendants Football Northwest LLC (dba Seattle Seahawks) and First & Goal Inc. appear in this lawsuit by the undersigned attorneys and request that service of all papers and pleadings in this lawsuit, exclusive of process, be made upon the undersigned

///

///

///

06-CV-01719-NTC

NOTICE OF APPEARANCE - 1
Case No. CV06-1719 JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

S0747859.1

1    attorneys at the address stated below.  This Appearance is entered without waiver of any rights or

2    defenses whatsoever.

3         DATED this 1st day of December, 2006.

4                                              FOSTER PEPPER PLLC

5

6                                              _____
                                               Tim S. Miller, WSBA No. 16285
7                                              Jeffrey G. Miller, WSBA No. 28077
                                               Attorneys for Defendants
8                                              Football Northwest LLC (dba Seattle
                                               Seahawks) and First & Goal, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2                    FOSTER PEPPER PLLC
Case No. CV06-1719 JLR                      1111 THIRD AVENUE, SUITE 3400
                                            SEATTLE, WASHINGTON 98101-3299
                                            PHONE (206) 447-4400  FAX (206) 447-9700

50747859.1

The Honorable James L. Robart

FILED —— ENTERED
LODGED —— RECEIVED

DEC 0 1 2006    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married
couple,

                    Plaintiffs,

      v.

FOOTBALL NORTHWEST LLC (dba
SEATTLE SEAHAWKS), FIRST & GOAL,
INC., THE WASHINGTON STATE PUBLIC
STADIUM AUTHORITY, and LORRAINE
HINE,

                    Defendants.

No. CV06-1719 JLR

DECLARATION OF SERVICE

**Original**

I, Kellie DeVera, hereby certify and declare under penalty of perjury under the laws of

the State of Washington that on December 1, 2006, I caused the following documents:

    1)    Notice of Appearance; and

    2)    this Declaration of Service

to be served via hand-delivery upon:

Christopher T. Wion
Danielson Harrigan Leyh & Tollefson, LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104

DECLARATION OF SERVICE - 1
Case No. CV06-1719 JLR

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50747943.1

1         I hereby certify and declare under penalty of perjury under the laws of the State of

2    Washington that the foregoing is true and correct.

3         Executed at Seattle, Washington, this 1st day of December, 2006.

4

5                                        _____

6                                     Kellie DeVera

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 2
Case No. CV06-1719 JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50747943.1