UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 5 2006    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

FRED and KATHLEEN STARK, a married couple,

**Plaintiff(s)**

v.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC., et al.,

**Defendant(s)**

Case Number: CV6 1719 R

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Paul A. Ainsworth hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of The Seattle Seahawks, Football Northwest, LLC, and First & Goal, Inc.

The particular need for my appearance and participation is:

Covington & Burling LLP represents several NFL clubs in other cases posing similar issues; our familiarity with the legal issues and witnesses should help to expedite resolution of the case.

I, Paul A. Ainsworth, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____    12-1-06
Signature of Applicant                  Date

**I have enclosed the required filing fee of $75.00**

completed by the court): _____



06-CV-01719-APPL

| Paul A. Ainsworth |
|---|
| APPLICANT'S NAME: |
| Covington & Burling LLP |
| APPLICANT'S FIRM: |
| 1201 Pennsylvania Avenue, N.W., Washington, DC 20004-2401 |
| APPLICANT'S ADDRESS (Street Address Room/Suite) |
| (202) 662-6000 |
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 5th day of December, 2006.

_____
Signature of Local Counsel

| JEFFREY S. MILLER | 28077 |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |

| FOSTER PEPPER PLLC |
|---|
| LAW FIRM |
| 1111 THIRD AVENUE, SUITE 3400, SEATTLE, WA 98101 |
| APPLICANT'S ADDRESS (Street Address Room/Suite) |
| (206) 447-6408 |
| PHONE NUMBER (include area code) |

## ORDER

IT IS ORDERED that the application of Paul A. Ainsworth to appear and participate in this action is hereby approved.

DATED this 5 day of December, 2006.

> BRUCE RIFKIN, CLERK
> UNITED STATES DISTRICT COURT
>
> BY: _[signature]_

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

**DEC 05 2006**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY