UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

____FILED ____ENTERED
____LODGED____RECEIVED

DEC 5 2006 DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| FRED and KATHLEEN STARK, a married couple, | Case Number: CV6 1719 |
| Plaintiff(s) | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC., et al., | |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Gregg H. Levy hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of The Seattle Seahawks, Football Northwest, LLC, and First & Goal, Inc.

The particular need for my appearance and participation is:

Covington & Burling LLP represents several NFL clubs in other cases posing similar issues; our familiarity with the legal issues and witnesses should help to expedite resolution of the case.

I, Gregg H. Levy, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____     12/1/06
Signature of Applicant                Date

**I have enclosed the required filing fee of $75.00**

ompleted by the court): _____



06-CV-01719-APPL

| Gregg H. Levy |
|---|
| APPLICANT'S NAME: |
| Covington & Burling LLP |
| APPLICANT'S FIRM: |
| 1201 Pennsylvania Avenue, N.W., Washington, DC  20004-2401 |
| APPLICANT'S ADDRESS (Street Address Room/Suite) |
| (202) 662-6000 |
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 5th day of December, 2006.

*[signature]*
Signature of Local Counsel

| JEFFREY S. MILLER | 28077 |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |
| FOSTER PEPPER PLLC | |
| LAW FIRM | |
| 1111 THIRD AVENUE, SUITE 3400, SEATTLE, WA 98101 | |
| APPLICANT'S ADDRESS (Street Address Room/Suite) | |
| (206) 447-6408 | |
| PHONE NUMBER (Include area code) | |

## ORDER

IT IS ORDERED that the application of Gregg H. Levy to appear and participate in this action is hereby approved.

DATED this 5 day of December, 2006.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____

___ FILED      ___ ENTERED
___ LODGED    ___ RECEIVED

DEC 05 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY