

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

FRED AND KATHLEEN STARK,

    Plaintiff(s),

vs.

FOOTBALL NORTHWEST, LLC (dba SEATTLE SEAHAWKS), FIRST AND GOAL, INC., THE WASHINGTON STATE PUBLIC STADIUM, AND LORRAINE HINE.,

    Defendant(s).

No. CV6-1719 JLR

DECLARATION OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING
ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **29th** day of **November, 2006 @ 03:55 PM**, at the address of **800 OCCIDENTAL AVE S SUITE 700, SEATTLE**, within **KING** County, WA, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFFS MOTION FOR PRELIMINARY INJUCTION; DECLARATION OF FRED STARK; DECLARATION OF CHRISTOPHER WION** in the above entitled action upon **THE WASHINGTON STATE PUBLIC STADIUM**, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **JODIE TODD, OFFICE MANAGER**.

Desc: Sex: Female – Age: 35 – Skin: WHITE – Hair: BLONDE – Height: 5'7" – Weight: 145.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 12/04/2006

X _____

Service Fee:    $ _____
Return Fee:     $ _____
Mileage Fee:    $ _____
Misc. Fee:      $ _____
Total Fee:      $ _____

Austin P. McDougall
Registered Process Server
License #: 0557903, King County
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

06-CV-01719-DECL