___ FILED         ___ ENTERED
___ LODGED        ___ RECEIVED

DEC 0 5 2006    DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

FRED AND KATHLEEN STARK, A MARRIED COUPLE,

Plaintiff(s),

vs.

FOOTBALL NORTHWEST, LLC (dba SEATTLE SEAHAWKS), FIRST AND GOAL, INC., THE WASHINGTON STATE PUBLIC STADIUM, AND LORRAINE HINE,

Defendant(s),

No. CV6-1719 JLR

DECLARATION OF SERVICE

STATE OF WASHINGTON
                    ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the 30th day of November, 2006 @ 04:00 PM, at the address of 11220 NE 53RD ST, KIRKLAND, within KING County, WA. the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF FRED STARK; DECLARATION OF CHRISTOPHER WION in the above entitled action upon FOOTBALL NORTHWEST, LLC, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with LANCE LOPES, REGISTERED AGENT.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct;

Date: 12/04/2006

Service Fee:   $ _____
Return Fee:    $ _____
Mileage Fee:   $ _____
Misc. Fee:     $ _____
Total Fee:     $ _____

X _____

Austin P. McDougall
Registered Process Server
License #: 0557903, King County
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

06-CV-01719-DECL