The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple, <br><br> Plaintiffs, <br><br> v. <br><br> FOOTBALL NORTHWEST LLC (dba SEATTLE SEAHAWKS), FIRST & GOAL, INC., THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, and LORRAINE HINE, <br><br> Defendants. | No. CV06-1719 JLR <br><br> STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT |

## STIPULATION

The parties, through their undersigned counsel of record, stipulate to an extension of Defendants Football Northwest LLC (dba Seattle Seahawks) and First & Goal, Inc.'s deadline to answer or otherwise plead to the Complaint until January 3, 2007.

STIPULATED TO this 20th day of December, 2006.

| | |
|---|---|
| FOSTER PEPPER PLLC | DANIELSON HARRIGAN LEYH & TOLLEFSON LLP |
| /s/ Jeffrey S. Miller <br> Tim S. Filer, WSBA No. 16285 <br> Jeffrey S. Miller, WSBA No. 28077 <br> Attorneys for Defendants <br> Football Northwest LLC (dba Seattle Seahawks) and First & Goal, Inc. | /s/ Timothy G. Leyh <br> Timothy G. Leyh, Esq. <br> Christopher T. Wion, Esq. <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Attorneys for Plaintiffs <br> Fred and Kathleen Stark |

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER COMPLAINT- 1
Case No. CV06-1719 JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50751716.1

## II. ORDER

This matter having come before the Court on the stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED THAT Defendants Football Northwest LLC (dba Seattle Seahawks) and First & Goal, Inc. shall have until January 3, 2007 to answer or otherwise plead to the Complaint.

DATED this ____ day of December, 2006.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented By:

FOSTER PEPPER PLLC


_____/s/  Jeffrey S. Miller_____
Tim S. Filer, WSBA No. 16285
Jeffrey S. Miller, WSBA No. 28077
Attorneys for Defendants
Football Northwest LLC (dba Seattle
Seahawks) and First & Goal, Inc.


DANIELSON HARRIGAN LEYH
        & TOLLEFSON LLP


_____/s/  Timothy J. Leyh_____
Timothy G. Leyh, Esq.
Christopher T. Wion, Esq.
999 Third Avenue, Suite 4400
Seattle, WA 98104
Attorneys for Plaintiffs
Fred and Kathleen Stark

STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT- 2
Case No. CV06-1719 JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50751716.1