THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

          Plaintiffs,

vs.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,

          Defendants

Case No. CV 06-1719 JLR

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF**

**Noted: Wednesday, January 31, 2007**

## STIPULATION

On November 29, 2006, Plaintiffs Fred and Kathleen Stark filed their Complaint in the above-captioned matter, concurrently moving for a preliminary injunction to enjoin Defendants from conducting pat-down searches at Seahawks' home games at Qwest Field. During a

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF - 1

Case No. CV 6-1719

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 telephone conference with the Court on December 8, 2006, the parties agreed that Plaintiffs'
2 Motion for Preliminary Injunction (Docket No. 10) would be stricken to allow for fuller
3 development of the issues.
4     By Minute Entry of the same date (Docket No. 11), the Court directed the parties to file
5 a briefing schedule in connection with Plaintiffs' request for injunctive relief.
6     Accordingly, the parties have conferred and jointly propose the expedited discovery
7 and briefing schedule set forth below.

## ORDER

9     The Court, having considered the parties' proposal, hereby sets the following discovery
10 and briefing schedule:

| Event | Deadline |
|---|---|
| Defendants to serve responsive declarations | January 26, 2007 |
| Last day to serve written discovery | February 16, 2007 |
| Plaintiffs to serve rebuttal declarations | March 30, 2007 |
| Last day to conduct depositions | April 30, 2007 |
| Parties to file opening briefs | May 18, 2007 |
| Parties to file responsive briefs | June 8, 2007 |
| Evidentiary hearing/oral argument<br>(to be determined after consultation with Court) | Week of June 25, 2007 |

20     IT IS SO ORDERED
21     DATED this ____ day of _____, 2007.

                              _____
                              HONORABLE JAMES L. ROBART
                              UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF -** 2

Case No. CV 6-1719

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____/s/ Timothy G. Leyh_____
      Timothy G. Leyh, WSBA #14853
      Christopher T. Wion, WSBA #33207
Attorneys for Plaintiffs Fred and Kathleen Stark

FOSTER PEPPER LLC

By _____/s/ Tim J. Filer_____
      Tim J. Filer, WSBA #16285
      Jeffrey Miller, WSBA #28077
Attorneys for First & Goal and Football NW

BALL JANIK LLP

By _/s/ John Dunbar_____
      John Dunbar, WSBA #15509
Attorneys for Washington State Public Stadium Authority

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF -** 3

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717