___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

06-CV-01719-ORD

THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

Plaintiffs,

vs.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,

Defendants

Case No. CV 06-1719 JLR

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF

Noted: Wednesday, January 31, 2007

## STIPULATION

On November 29, 2006, Plaintiffs Fred and Kathleen Stark filed their Complaint in the above-captioned matter, concurrently moving for a preliminary injunction to enjoin Defendants from conducting pat-down searches at Seahawks' home games at Qwest Field. During a

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE RE
PLAINTIFFS' REQUEST FOR INJUNCTIVE
RELIEF - 1

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  telephone conference with the Court on December 8, 2006, the parties agreed that Plaintiffs'
2  Motion for Preliminary Injunction (Docket No. 10) would be stricken to allow for fuller
3  development of the issues.
4    By Minute Entry of the same date (Docket No. 11), the Court directed the parties to file
5  a briefing schedule in connection with Plaintiffs' request for injunctive relief.
6    Accordingly, the parties have conferred and jointly propose the expedited discovery
7  and briefing schedule set forth below.

## ORDER

9    The Court, having considered the parties' proposal, hereby sets the following discovery
10 and briefing schedule:

| Event | Deadline |
| --- | --- |
| Defendants to serve responsive declarations | January 26, 2007 |
| Last day to serve written discovery | February 16, 2007 |
| Plaintiffs to serve rebuttal declarations | March 30, 2007 |
| Last day to conduct depositions | April 30, 2007 |
| Parties to file opening briefs | May 18, 2007 |
| Parties to file responsive briefs | June 8, 2007 |
| Evidentiary hearing/oral argument (to be determined after consultation with Court) | Week of June 25, 2007 |

20  IT IS SO ORDERED
21  DATED this 5th day of Feb., 2007.

        _____
23        HONORABLE JAMES L. ROBART
       UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER Case No. CV 6-1719
SETTING BRIEFING SCHEDULE RE
PLAINTIFFS' REQUEST FOR INJUNCTIVE
RELIEF - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX, (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By     /s/ Timothy G. Leyh
    Timothy G. Leyh, WSBA #14853
    Christopher T. Wion, WSBA #33207
Attorneys for Plaintiffs Fred and Kathleen Stark

FOSTER PEPPER LLC


By     /s/ Tim J. Filer
    Tim J. Filer, WSBA #16285
    Jeffrey Miller, WSBA #28077
Attorneys for First & Goal and Football NW

BALL JANIK LLP


By   /s/ John Dunbar
    John Dunbar, WSBA #15509
Attorneys for Washington State Public Stadium Authority

---

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF - 3

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX (206) 623-8717