Westlaw.                                                           NewsRoom

8/26/05 STLTI C2                                                       Page 1


8/26/05 Seattle Times C2
2005 WLNR 13492017

                         Seattle Times (WA)
           Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

                           August 26, 2005

                         Section: ROP Sports

                         Jenkins makes splash NFL
         Atlanta receiver has 2 TDs against Jacksonville in rainy exhibition game

                   The Associated Press and The Washington Post

JACKSONVILLE, Fla. - Michael Jenkins took advantage of his team's depleted receiving
corps last night.

   With Peerless Price, Roddy White and Dez White on the sideline, Jenkins showed
he can be Atlanta's No. 1 receiver. Jenkins caught four passes for 35 yards and
scored twice, helping the Falcons beat the Jacksonville Jaguars 23-7 in a rain-
drenched, penalty-filled exhibition game last night.

   "Nothing special for me tonight," said Jenkins, a 2004 first-round draft pick
from Ohio State who caught a mere seven passes as a rookie. "It just happened that I
got open and was able to catch the ball when it came to me. I just wanted to make
plays when the opportunities came to me."

   Dez White reportedly sprained his left knee in the first half.

   Fred Taylor ran four times for 18 yards in his exhibition debut for the Jaguars
(2-1) and showed signs of being able to recover from knee surgery.

   "It was a good start," Taylor said. "It was a confidence builder. Physically, I
felt OK and I didn't have any setbacks. It is a good sign, so far."

   Jacksonville opens regular-season play when it hosts the Seahawks on Sept. 11.

   Atlanta (3-1) looked primed for another run at the NFC Championship Game. The
Falcons moved the ball with relative ease against Jacksonville's vaunted defense and
scored on three of their first four possessions.

   Warrick Dunn rushed eight times for 65 yards, including a 42-yard effort that set
up a touchdown.

   Atlanta's Michael Vick was 5 of 10 passing for 44 yards with a touchdown. He
rushed four times for 30 yards.

           © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                                                         **FGI 0016**

Jacksonville fumbled three times, had a pass intercepted and finished with 13 penalties for 170 yards. Byron Leftwich was 11 of 20 passing for 179 yards.

Jaguars first-round pick Matt Jones, a former Arkansas quarterback who is playing receiver, made a one-handed catch for a 48-yard gain in the first quarter. LaBrandon Toefield scored from 4 yards four plays later.

Of Jones, Jacksonville coach Jack Del Rio said, "He's got a gift for catching the ball. That's just a phenomenal catch. You're going to see a lot of that. He's the kind of guy that's going to have plays on ESPN. He's that kind of player."

<strong>

Notes

</strong>* <strong>Matt Birk </strong>was willing to trade a risk for a risk. The 29-year-old would try to play with "excruciating" pain in his hip this season if the Minnesota Vikings guaranteed he would be paid next year.

The Vikings declined the offer, so the four-time Pro Bowl center will undergo his fifth surgery in a little more than a year and could miss at least three months. Birk's agent, <strong>Joe Linta</strong>, said his client will have the surgery to repair a partially torn labrum in his left hip.

Birk had been cleared to play with painkilling injections, but asked the Vikings to guarantee his $3.94 million salary for 2006 if he competed this season. <strong>Cory Withrow</strong>, 30, a former Washington State player, is expected to start at center for the Vikings. Of Birk, Withrow jokingly said, "He's actually good. I'm not."

* Linebacker <strong>LaVar Arrington</strong>, 27, and the Washington franchise reached a settlement, ending a contract dispute that stretched 17 months and strained relations between the team and the player.

Arrington had contended Washington cheated him of $6.5 million in bonus money as part of an eight-year, $68 million contract extension signed in December 2003. The team said it had not promised the bonus money to Arrington.

Under the settlement, an amendment was added to Arrington's contract stating that if he makes the Pro Bowl two of the next four seasons he would be allowed to void his contract and become a free agent. Washington would then have the option of paying him $3.25 million to keep him.

* New England released safety <strong>Antuan Edwards</strong>, 28, after signing him as a veteran free agent in June.

* <strong>Andre Rison</strong>, 38, a former Pro Bowl receiver, was released by the CFL Toronto Argonauts. He last played in the NFL in 2000, with Oakland.

* Carolina Panthers officials didn't know some of their players visited a South

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Carolina doctor suspected of writing illegal steroids prescriptions, commissioner <strong>Paul Tagliabue </strong>said.

    The league began its investigation into allegations of steroid use after a CBS News report in March identified center <strong>Jeff Mitchell</strong>, tackle <strong>Todd Steussie </strong>and punter <strong>Todd Sauerbrun </strong>as having filled prescriptions written by Dr. <strong>James Shortt </strong>of West Columbia, S.C., for steroids.

    * Fans attending games this season will be subject to pat-downs as part of enhanced security implemented by Tagliabue.

    Tagliabue emphasized in a letter to teams that there was no specific additional threat.

    The Pittsburgh Steelers had pat-downs at their two home exhibition games this summer.

Phil Coale / The Associated Press: Jacksonville's Alvin Pearman (34) is tackled by Atlanta's Edgerton Hartwell (50) and Chauncey Davis (77) during last night's exhibition game in Jacksonville, Fla. (0396698730)

                    ---- INDEX REFERENCES ----

INDUSTRY:  (Entertainment (1EN08); Sports (1SP75); U.S. Football (0AA68))

REGION:  (South Carolina (1SO63); USA (1US73); Americas (1AM92); Florida (1FL79); North America (1NO39); Georgia (1GE15))

Language:  EN

OTHER INDEXING:  (ALVIN PEARMAN; ARKANSAS; CBS NEWS; EDGERTON HARTWELL; FALCONS; FRED TAYLOR; JAGUARS; MINNESOTA VIKINGS; NFC CHAMPIONSHIP; NFL; OHIO STATE; SEAHAWKS; TAYLOR; VIKINGS)  (Andre Rison; Antuan Edwards; Arrington; Birk; Byron Leftwich; Carolina Panthers; Cory Withrow; Dez White; Fans; Jack Del Rio; James Shortt; Jeff Mitchell; Jenkins; Joe Linta; LaBrandon Toefield; Linebacker LaVar Arrington; Matt Birk; Matt Jones; Michael Jenkins; Michael Vick; Notes; Paul Tagliabue; Phil Coale; Physically; Roddy White; Tagliabue; Todd Sauerbrun; Todd Steussie; Warrick Dunn)

EDITION: Fourth

Word Count: 1020
8/26/05 STLTI C2

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0019**

Exhibits to Ainsworth Decl.
Page 30

## the news tribune.com

PRINTER-FRIENDLY FORMAT

Tacoma, WA - Monday, January 22, 2007

< Back to Regular Story Page

# Kitna helps Warrick get job

**MIKE SANDO; The News Tribune**
Last updated: September 1st, 2005 07:42 AM (PDT)

**KIRKLAND –** The Seattle Seahawks and receiver Peter Warrick agreed to a contract Wednesday with an assist from a certain former Lincoln High School quarterback.

Jon Kitna, Warrick's teammate on the Cincinnati Bengals since 2001, called the Seahawks to put in a good word for his close friend.

"I talked to Coach (Mike Holmgren) yesterday and told him that Pete is as unselfish of a major contributing guy as I've been around," Kitna said by telephone Wednesday.

The Seahawks do not require advice from their former quarterbacks to make personnel decisions. But the strong endorsement from Kitna, who played for the Seahawks from 1997 to 2000, presumably helped.

"I don't think you're going to find too many guys in our locker room that were as universally liked as him," Kitna said.

The Seahawks confirmed the contract agreement, but president Tim Ruskell declined comment until the deal is signed, probably today.

The impending addition of Warrick might bring clarity to the competition at receiver. Warrick was set to join a top five that appears to consist of Darrell Jackson, Bobby Engram, Joe Jurevicius, Alex Bannister and D.J. Hackett.

With Warrick's addition, Jerheme Urban and Jerome Pathon could have a harder time earning roster spots if the team keeps six receivers.

Pathon has not endeared himself to the coaching staff. Holmgren criticized the veteran's conditioning at minicamps; more recently, Pathon missed a special teams practice and quarreled with assistant coach Bob Casullo, incidents Pathon attributed to a misunderstanding.

Ruskell does not need to make a decision until final cuts are due Sunday. Roster spots are on the line when Seahawks play their final exhibition game Friday night at Qwest Field.

It was not yet clear whether Warrick would play in the game.

Seattle opens the regular season Sept. 11 at Jacksonville.

Warrick, who turned 28 in June, missed 12 games to injury last season after catching 79 passes for 819 yards in 2003. He was no longer a starter, and the Bengals weren't eager to carry the $2.28 million salary he was scheduled to earn in 2005, the final year of his contract.

"He wasn't one of our better players at this point," Bengals coach Marvin Lewis told the Cincinnati Enquirer.

Ruskell acted swiftly once the Bengals released Warrick on Tuesday. Seattle's new president made sure the Seahawks would be first in line to meet with the veteran of 55 NFL starts.

And when a physical examination cleared Warrick's surgically repaired knee, Ruskell and vice president Mike Reinfeldt closed the deal.

ESPN.com described the agreement as a one-year deal worth between $1.4 million and the $2.28 million Warrick would have earned in Cincinnati. The breakdown includes a $500,000 signing bonus and $900,000 in base salary. Warrick can earn another $220,000 each time he reaches 30, 40, 50 and 60 receptions.

The Seahawks were not in the market for a starting wideout, and Warrick does not seem to fill the perceived need for a deep threat.

"On stretching the defense deep, we'd like it, I suppose, but we do so much of the intermediate stuff," Holmgren said. "I'm looking for a guy to catch every pass that we throw to him."

The Seahawks have also sought a reliable punt returner to take over for Engram, who faces increased responsibilities now that he has moved into the starting lineup. Warrick averaged 10.9 yards per return in 2003. His career average is 9.7 yards, compared to 10.4 for Engram.

Exhibits to Ainsworth Decl.
Page 31

Warrick, chosen fourth overall from Florida State in 2000, is a willing blocker as well.

"He has always been one to do all the dirty work for us," Kitna said. "He was always the guy blocking as a receiver. He understood in certain plays and situations that he wasn't going to get the ball; he would be upset, but he would not let it affect the team.

"I think the world of him."

SEAHAWKS AT A GLANCE

**Read Mike Sando's Seahawks blog:**

**http://blogs.thenewstribune.com/seahawks**

**Wednesday:** The Seahawks held their final full practice before their exhibition finale Friday night against Minnesota at Qwest Field. The team has scheduled a walk-through practice for today.

**Best play:** WR Darrell Jackson caught a touchdown pass from QB Matt Hasselbeck in the back of the end zone.

**Linguist onboard:** Newly acquired DE Alain Kashama speaks French, English and three African languages. He moved from Zaire to Montreal when he was 10, and his parents now live near Toronto.

**Down pat:** The Seahawks issued a statement reminding fans to arrive 90 minutes prior to the 6 p.m. kickoff Friday night. The advisory is to account for downtown traffic and new NFL-mandated security pat-downs.

**Medical report:** LB Jamie Sharper returned to practice and worked with the starters. DT Craig Terrill missed practice with knee tendinitis. DE Jeb Huckeba rested a sore knee. TE Itula Mili received the day off. Others missing practice included WR D.J. Hackett (knee), RB Kerry Carter (ankle), RB Maurice Morris (upper leg), FB Tony Jackson (shoulder), DE Christian Mohr (knee), OT Wayne Hunter (knee), OT Floyd Womack (triceps) and DT Rashad Moore (shoulder).

Mike Sando: 425-822-9504

mike.sando@thenewstribune.com

Originally published: September 1st, 2005 12:01 AM (PDT)


Privacy Policy | User Agreement | Contact Us | About Us | Site Map | Jobs@The TNT | RSS
1950 South State Street, Tacoma, Washington 98405 253-597-8742
© Copyright 2007 Tacoma News, Inc. A subsidiary of The McClatchy Company

**FGI 0021**

**SEATTLE POST-INTELLIGENCER**

http://seattlepi.nwsource.com/football/238884_hbok01.html

## Seahawks Notebook: Seahawks don't waste any time wrapping up Warrick

**Receiver's visit to Kirkland results in one-year deal**

*Thursday, September 1, 2005*

**By DANNY O'NEIL**
SEATTLE POST-INTELLIGENCER REPORTER

KIRKLAND -- When the Seahawks got a chance to make an upgrade at wide receiver on Wednesday, they grabbed hold of it.

In fact, they didn't let Peter Warrick leave the team's headquarters until reaching an agreement on a one-year contract.

The deal won't be signed until today, and Warrick will be introduced by the team after the walk-through preparation for Friday's preseason finale. Seattle will have to make a roster move to clear a spot for Warrick.

Warrick was acquired to play slot receiver and also return punts. He was waived on Tuesday by Cincinnati, the team that chose him with the No. 4 choice in the 2000 draft.

He caught a career-high 79 passes two years ago, but was injured most of last season and was recovering from offseason knee surgery during training camp.

Coach Mike Holmgren answered questions after Seattle's practice on Wednesday, and while the team had not yet reached an agreement with Warrick at the time, Holmgren explained why the Seahawks had taken an interest.

"If a guy becomes available the caliber of Peter Warrick, I think we're going to bring him in, look at him, talk to him," Holmgren said.

The Seahawks gave him a physical examination, kicking the tires, so to speak, on a player who missed 12 games last season with leg and knee injuries. He underwent offseason surgery on his knee and had played in only one of the Bengals' three preseason games.

And then Seattle signed Warrick to a one-year deal. ESPN.com reported that Warrick's contract is for $1.4 million, which includes a $500,000 signing bonus. There also are incentives that could take the package past $2 million depending on the number of passes he catches.

As a slot receiver, Warrick will be plugged into the role that Bobby Engram filled so well the past few years. Engram is starting at split end this season, replacing Koren Robinson.

Warrick crowds a position where there already was tremendous competition for a roster spot. Before Warrick's addition, the competition was between D.J. Hackett, Jerheme Urban and Jerome Pathon for the final two roster spots. Now it's likely that only one of that trio will make the Seahawks roster unless Holmgren makes compromises elsewhere on the roster to keep seven receivers.

**FGI 0022**

Exhibits to Ainsworth Decl.
Page 33

Warrick caught a pass in the first 64 games of his career, a streak that ended in September 2004 when he failed to catch a pass after the second game of an injury-plagued season.

**WHAT A RUSH:** Defensive end Alain Kashama was born in Zaire, moved to Montreal at age 10 and found his way onto the football field thanks to a family member.

His cousin is Tim Biakabatuka, the former Michigan tailback who was a first-round draft choice of the Carolina Panthers in 1996.

"He got drafted, he bought his mom a big house," Kashama said. "I told myself I would start playing, too, and buy my mom a big house."

Has he done it yet?

"I'm working on it," he said.

Kashama has been a Seahawk for all of three days now after being acquired from Chicago for an undisclosed 2006 draft choice. A second-year pro, Kashama is a speed-rush specialist and the latest guy the Seahawks have looked at to provide an outside pass rush as a backup to defensive ends Grant Wistrom and Bryce Fisher.

This offseason, the Seahawks met with Peter Boulware, but discussions never got too far. The Seahawks traded for Ronald Flemons early in training camp, acquiring him for cornerback Kris Richard, who wasn't going to make the roster. Flemons didn't make it, either, one of three defensive ends among the 14 players released on Monday along with veteran Antonio Cochran.

The team still has its eyes open for that No. 3 pass-rushing end.

"We've committed a lot of time and effort to the players we have," Holmgren said. "We're not unhappy with the players we have, but we'll always look."

So how is Kashama adjusting to the Seahawks?

"Slowly," he said after Wednesday's practice.

It's speed that brought him here in a trade with Chicago for an undisclosed draft choice next season. Kashama is a second-year player, who was undrafted but was timed at 4.5 seconds in the 40-yard dash at Michigan's pro day in 2004.

**ACCOUNTED FOR:** Safety Terreal Bierria, whose family lives in Slidell, La., has heard from his father and brother, both of whom are safe.

Bierria heard from the rest of his family on Tuesday, but it wasn't until Wednesday he got in touch with his father and older brother.

Fans can make monetary donations for victims of the hurricane at Friday's preseason game against Minnesota. Northwest Medical Teams will be accepting contributions at all gates to assist hurricane victims.

**INFIRMARY:** Defensive linemen Craig Terrill and Jeb Huckeba did not practice on Wednesday.

**FGI 0023**

Exhibits to Ainsworth Decl.
Page 34

Terrill has been bothered by knee tendinitis, and Huckeba has been having trouble with a knee. Tight end Itula Mili also did not practice.

Linebacker Jamie Sharper returned to practice after getting the day off on Tuesday.

Not practicing: Terrill (knee), Huckeba (knee), DT Rashad Moore (shoulder), DE Christian Mohr (leg), WR D.J. Hackett (knee), OT Wayne Hunter (knee), OT Floyd Womack (triceps), FB Tony Jackson (shoulder), RB Kerry Carter (ankle), RB Maurice Morris (hamstring).

**NOTE:** Fans will be subject to pat-down searches before entering Qwest Field on Friday. The game starts at 6.

---

*P-I reporter Danny O'Neil can be reached at 206-448-8209 or dannyo'neil@seattlepi.com.*

© *1998-2006 Seattle Post-Intelligencer*

**FGI 0024**

Exhibits to Ainsworth Decl.
Page 35

Westlaw.                                                     NewsRoom

9/2/05 STLTI E6                                                    Page 1


9/2/05 Seattle Times E6
2005 WLNR 13879444

                              Seattle Times (WA)
            Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

                              September 2, 2005


                            Section: ROP Sports


        Hawks' exhibition finale blackout-free Tonight's game shown on KONG
                     BELO buys up tickets to assure broadcast

              José Miguel Romero; Seattle Times staff reporter

KIRKLAND - Tonight's   Seahawks -Minnesota Vikings exhibition game at Qwest Field
will be televised live on KONG-TV, the team announced yesterday.

   The Seahawks are partnering with BELO Corporation, the parent company for
Seattle's KONG-TV (channels 6 and 16), to show the game for Puget Sound-area view-
ers. Kickoff at Qwest Field is at 6 p.m.

   Some fans showed their displeasure at not being able to watch the Seahawks-Dallas
Cowboys game on ABC's "Monday Night Football" on Aug. 22. A local blackout of the
game extended as far away as the U.S.-Canada border.

   The NFL prohibits a game from being shown locally on television if it is not a
sellout. An exhibition game can be shown live if the game is sold out, or close
enough to being sold out.

   BELO bought enough tickets for the league to consider the game a sellout, though
tickets remain available.

   In the past, the Seahawks have shown home exhibition games on local TV, but paid
a fine to the NFL for doing so because they weren't sold out. This season they aban-
doned that course of action, as was the case in the Dallas game, to avoid the NFL
penalty.

   <strong>Katrina donations

   </strong>The Seahawks and Northwest Medical Teams will be collecting monetary
donations to assist those affected by Hurricane Katrina from fans attending to-
night's game. The NFL has already donated $1 million to the American Red Cross, it
was announced Wednesday.

   More than 100 volunteers, including Northwest Medical Teams board member Kathy
Holmgren, wife of Seahawks coach Mike Holmgren, will be stationed at all entry gates

              © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/2/05 STLTI E6                                                    Page 2

around Qwest Field and in the adjacent exhibition center before the game.

Fans can also donate at <em>www.nwmedicalteams.org</em>, or by calling 1-800-959-4325. Checks should be made payable to NWMT Hurricane Relief Fund.

<strong>

Notes

</strong>* The Seahawks encourage fans to arrive early because everyone who enters the stadium will be subject to pat-down searches by security staff.

* Alcohol sales will end at halftime because of the late kickoff.

---- INDEX REFERENCES ----

COMPANY: A H BELO CORP; AMERICAN RED CROSS; REACH TRADE AND MARKETING; ABC; BELO CORP

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39))

Language:  EN

OTHER INDEXING:  (ABC; AMERICAN RED CROSS; BELO; BELO CORP; DALLAS; NFL; NORTHWEST MEDICAL; NORTHWEST MEDICAL TEAMS BOARD; NWMT; PUGET SOUND; QWEST FIELD; SEAHAWKS; SEAHAWKS DALLAS; TONIGHT; US CANADA BORDER)  (Hawks; Kathy Holmgren; Katrina; Mike Holmgren; Notes)

EDITION: Fourth

Word Count: 407
9/2/05 STLTI E6

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0026**

Westlaw.                                                    NewsRoom

9/16/05 STLTI D6                                            Page 1


9/16/05 Seattle Times D6
2005 WLNR 14644874

Seattle Times (WA)
Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

September 16, 2005

Section: ROP Sports

Babineaux vs. Babineaux   Seahawks   notebook

José Miguel Romero; Seattle Times staff reporter

KIRKLAND - They haven't played on the same team since high school. But if they couldn't play on the same team as their careers advanced, they at least wanted to be able to make it to the NFL.

And that's exactly where the Babineaux brothers of Port Arthur, Texas, find themselves today.

Jonathan, about 11 months older than brother Jordan, is a rookie defensive tackle for the Atlanta Falcons who was taken in the second round of this year's draft out of Iowa. Jordan, 23, is in his second year as a Seahawks cornerback. He was undrafted out of Division II Southern Arkansas but earned a place on the Seattle practice squad last year before making the 53-man active roster this past exhibition season.

On Sunday, the Babineauxs will be on opposite sidelines.

"Maybe we'll be able to catch dinner Saturday night," Jordan said, "but I'm sure we'll see each other."

Jonathan took a medical redshirt year at Iowa, which delayed his arrival in the pros. But while in college, the two set a goal to get to the NFL.

"As time passed and we matured, it became more visible, and we decided that was something we were going to shoot for," Jordan said. "So why settle for less?"

The Babineauxs will have several family members on hand for the game, including their mother.

Jonathan, who came to Seattle for the Seahawks' playoff game against St. Louis last season, said he's proud of his brother. He and Jordan talk three times a week.

<strong>TV time

</strong>

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exhibits to Ainsworth Decl.
Page 38

The Seahawks-Falcons game will be shown live on television locally, since the Seahawks sold enough tickets by yesterday's 1 p.m. NFL deadline to avoid a local television blackout.

The game will air on KCPQ (Ch. 13) in the Puget Sound area.

Fans are asked to arrive early for the 1 p.m. kickoff, as they will be subject to security pat-downs before entering Qwest Field. Tickets are still available by call-ing the Seahawks or Ticketmaster outlets.

<strong>One less interception

</strong>

A review of the NFL's official statistics, kept by the Elias Sports Bureau, has led to one less interception thrown by Seahawks quarterback Hasselbeck last Sunday.

The play in question happened with nine seconds left in the game. The official play-by-play had Hasselbeck throwing an interception after being pressured by Jag-uars defensive end Reggie Hayward. Paul Spicer was credited with the interception.

Now, the play has been ruled a sack for Hayward for a 3-yard loss and a fumble, which Spicer gets credit for recovering. Hasselbeck's statistics are now 21 for 36 with two interceptions. He has been sacked three times for 21 lost yards.

The change means Hasselbeck fumbled twice and lost both fumbles, and the Seahawks have 322 total yards of offense instead of 325. Hasselbeck's passing yards went from 228 to 225.

<strong>

Notes

</strong>* Seahawks WR <strong>D.J. Hackett</strong>, who has a sprained left knee and has missed two weeks of games and practices, has been upgraded from doubt-ful to questionable for Sunday's game. He returned to practice yesterday but said he isn't yet at full speed.
<em>Jose Miguel Romero: 206-464-2409 or jromero@seattletimes.com

</em>

Jordan Babineaux is a second-year Seahawk. (0396702629)
Jonathan Babineaux is a rookie with Atlanta. (0395907975)

---- INDEX REFERENCES ----

COMPANY: TICKETMASTER; CITYSEARCH INC; QWEST COMMUNICATIONS INTERNATIONAL INC

INDUSTRY:  (Entertainment (1EN08); Sports (1SP75); U.S. Football (0AA68))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); Iowa (1IO85); Wash-

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

ington (1WA44))

Language:  EN

OTHER INDEXING:  (BABINEAUXS; ELIAS SPORTS BUREAU; JAGUARS; NFL; QWEST; SOUTHERN
ARKANSAS; TICKETMASTER; TV)  (Babineaux; Babineaux Seahawks; Fans; Hasselbeck; Hay-
ward; Jonathan; Jordan; Jordan Babineaux; Jose Miguel Romero; Notes; Paul Spicer;
Reggie Hayward; Seahawks; Spicer; WR D.J. Hackett)

EDITION: Fourth

Word Count: 654
9/16/05 STLTI D6

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FGI 0029

Exhibits to Ainsworth Decl.
Page 40

Exhibit D

# FAN SCREENING AT QWEST FIELD

**TWO LEVELS OF FAN SCREENING**

Fan Screening Level will be announced at Captains' briefing. Security is dynamic and Fan Screening Levels may change at any time during the game. Control will announce any changes via radio.

<table>
<tr><td>

**YELLOW**
- STANDARD BAG SCREEN
- STANDARD VISUAL SEARCH
- NFL WAISTLINE/BACK PAT DOWN

</td><td>

**ORANGE**
- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- FULL BODY PAT DOWN

</td></tr>
</table>

## SCREENING STANDARD OPERATING PROCEDURES

Always ask prior to screening an individual for both Bag Check and Pat Down

STANDARD VISUAL SEARCH
- ALWAYS BE ALERT AND AWARE OF FANS
- LOOK FOR BULGES IN CLOTHING
- LOOK FOR SIGNS OF INTOXICATION

STANDARD BAG SCREEN
- LOOKING FOR ALCOHOL, WEAPONS AND OTHER DANGEROUS ITEMS
- SEE QWEST FIELD BAG CHECK GUIDELINES

NFL WAISTLINE/BACK PAT DOWN
- FANS MUST STAND WITH ARMS OUT AND PALMS UP
- FEEL ABOVE BELTLINE AROUND THE WAIST ON INNERMOST CLOTHING LAYER
- PLACE HAND ON SMALL OF BACK JUST ABOVE BELT

FULL BODY PAT DOWN
- FANS MUST REMOVE HATS
- ARMS OUT AND PALMS UP
- WORK HEAD TO TOE
- COLLAR AND HOOD
- PAT BOTH ARMS FROM SHOULDER TO WRIST
- OUTER JACKET, TORSO AND POCKETS
- DOWN LEGS FROM MID THIGH TO ANKLE
- PAT ON THE SMALL OF BACK, UP SPINE TO NECK

## COLD WEATHER CONSIDERATIONS FOR BAG CHECK

- LENIENCY FOR CUPS OF COFFEE, TEA, HOT CHOCOLATE, ETC.
- NO THERMOS
- MORE CLOTHING = MORE HIDING PLACES
  - UNZIP JACKETS AND REMOVE HATS
  - FEEL AND SQUEEZE BLANKETS

**FGI 0030**

## DISPOSAL AND RESOLUTION

- DO NOT TAKE POSESSION OF ITEMS OR BAGS
- ASK THE FAN TO DISPOSE OF FORBIDDEN ITEMS IN PROVIDED TRASH CONTAINER
- FAN MAY TAKE ITEM TO VEHICLE, WE DO NOT CHECK ITEMS
- OVERLY INTOXICATED FANS WILL BE DENIED ACCESS TO QWEST FIELD
- NOTIFY TEAM CAPTAIN AND OFFICER AT GATE FOR FIREARMS; DENY ACCESS AND TURN SITUATION OVER TO POLICE OFFICER.

## FAN SITUATIONS AND QUESTIONS

- BE RESPECTFUL OF THE INDIVIDUAL – RELIGIOUS, MEDICAL, DISABILITY
- STANDARD ANSWER:  OUR FAN SCREENING PROCESS IS FOR YOUR SAFETY AND THE SAFETY OF THOSE AROUND YOU.

# *QWEST FIELD BAG CHECK GUIDELINES*

## PROHIBITED ITEMS

**WEAPONS**
Guns, Knives, Mace, Pepper Spray, etc.
**ALCOHOL**
Bottles, Cans, Airplane Bottles, Flasks, Zip-Loc Bags, Shooters
**OPEN BEVERAGES**
Sodas, Water Bottles, Sports Drinks, Personal Plastic Beverage Containers
**CANS AND BOTTLES**
All Glass and/or Aluminum Beverage Containers are prohibited
**VIDEO CAMERAS**

**COOLERS AND LARGE LUGGAGE/BAGS**
**NOISEMAKERS AND AIR HORNS**
**ANY BAGS LARGER THAN 12" X 12" X 12"**

## PERMITTED ITEMS

**CAMERAS**
Personal still photography cameras and digital cameras
**SEALED FULL WATER BOTTLES**
**JUICE BOXES** AND **SOFT SIDED SINGLE SERVE CONTAINERS**
Examples:  HI-C, Capri Sun, Sealed full single serve milk cartons.
**OUTSIDE FOOD**
Inspect open food containers for prohibited items. Sealed store bought items permitted.
**BAGS SMALLER THAN 12" X 12" X 12"**



**FGI 0031**

Exhibit E



QWEST FIELD

Fan Screening Procedures

FGI 0032

Exhibits to Ainsworth Decl.
Page 45

Fan Screening at Qwest Field

Qwest Field Gameday Training

- Why do we do what we do?
- What are you looking for?
- Why are you looking for it?

FGI 0033

Qwest Field Gameday Training

# Three Keys to Great Guest Service

- **SAFETY**
- **FAN EXPERIENCE**
- **EFFICIENCY**

FGI 0034

Exhibits to Ainsworth Decl.
Page 47



Qwest Field Gameday Training

# Minimum Guidelines for Guest Service

- Greet And Thank Each Guest
- Proactively Seek Guest Contact
- Make Eye Contact And Smile
- Display Appropriate Body Language
- Maintain The Positive Fan Experience

FGI 0035

Exhibits to Ainsworth Decl.
Page 48



Guest Communication Process

Qwest Field Gameday Training

- Listen to the Guest
- Use the Rules as a Guide
- Follow Your Heart

FGI 0036



Qwest Field Gameday Training

Fan Screening at Qwest Field

Consistency

Communication to and from Control

Precision in Procedures

FGI 0037

Exhibits to Ainsworth Decl.
Page 50

Qwest Field Gameday Training

# Two Levels of Fan Screening

## 1. YELLOW

## 2. ORANGE

FGI 0038



Qwest Field Gameday Training

**YELLOW**
- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- RANDOM UPPER TORSO PAT DOWN

**ORANGE**
- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- FULL BODY PAT DOWN

FGI 0039



FAN SCREENING STANDARD OPERATING PROCEDURE

- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- UPPER TORSO PAT DOWN
- FULL BODY PAT DOWN

Qwest Field Gameday Training

FGI 0040

Exhibits to Ainsworth Decl.
Page 53



FAN PAT DOWNS

- REMOVE HATS
- PALMS UP.  WHY?
- LIGHT PAT, ARMS, TORSO, LEGS
- FEEL JACKET LINERS AND POCKETS
- SMALL OF BACK
- MAN TO MAN;  WOMAN TO WOMAN
- STAFFING CONFIGURATION

Qwest Field Gameday Training

**FGI 0041**

Exhibits to Ainsworth Decl.
Page 54

# OTHER CONSIDERATIONS

Qwest Field Gameday Training

- Leniency on Open Hot Beverages.

- No Thermos

- More Clothing and Blankets = More Hiding Places

- Our focus is to keep all of our Fans safe.

- Play for 4 Quarters – Consistent Search

- Goal is to be able to implement change in process on moment's notice from Control

**FGI 0042**

Exhibits to Ainsworth Decl.
Page 55



## DISPOSAL AND RESOLUTION

- Ask the fan to dispose of item in provided bin

- May take items to vehicle, no entry permitted with prohibited item.

- Firearms and other weapons

- Overly intoxicated fans will be denied entry

- "Our bag check and screening policy is for your safety and that of all guests of Qwest Field" – Anticipate Guest Questions.

Qwest Field Gameday Training

FGI 0043

Exhibits to Ainsworth Decl.
Page 56



FGI 0044