EXHIBIT 2
Page 9 of 34



## COMMAND CENTER

The Security Command Center is located in the southeast section of the Stadium near the loading docks. The command center is open and staffed 24 hours a day every day to monitor and maintain the safety of all Guests and employees at Qwest Field.

**Communications Hub**

For events during non-business hours, the command center is the communications hub of the stadium. You may contact the command center at 206.381.7510.

## CONTROL ROOM

For Seahawks gameday and other large stadium events, the Stadium Control Room becomes the operations, communications and decision-making hub of Qwest Field. Located in the SW corner of the Club Level, typically the Control Room will open 4 hours prior to kick off for Seahawks games and remain operational until the last fan has left the building.

Representatives from all lines of business including Security, Levy Restaurants, Housekeeping, Event Services, Facilities and Emergency Services (police and medics), will be available in the Control Room.

All major events and incidents must be reported to the Control Room immediately.

When the Stadium Control Room is not in use, refer to the Security Command Center and/or the Event Manager on Duty.

## CREDENTIALS

For the safety and security or all Guests and staff, stadium issued credentials must be worn at all times while on duty at Qwest Field. Your credential is not to be worn while not on duty or when not on the Qwest Field premises.

**Event Credentials**

Specific events may issue additional credentials valid to indicate stadium access levels for that particular event. These credentials must be prominently displayed at all times. Please understand that a Qwest Field employee credential alone does not guarantee access to all areas of Qwest Field at all times.

Stadium security will be posted at specific checkpoints to monitor access to restricted areas and are fully authorized to deny access to anyone who does not possess appropriate credentials for access.

Abuse of credential privileges or attempting to gain access to areas that you are not authorized for is a major violation of stadium policies and appropriate consequences will result.

## EJECTIONS

In achieving our safety and service goals, a guest ejection should be a last resort in the situation resolution process. However, there may come a point when the safety and fan experience of other guests are adversely impacted by the actions of one or more fans. In that case, and when serious violations of the Stadium Code of Conduct have occurred, an ejection may be necessary.

The only members of the event staff who can authorize an ejection on game day are Alcohol Monitors Team Captains and Assistant Managers. Members of law enforcement and emergency response teams as well as the event management team may also make this determination. During all other events, only the Event Manager on duty, law enforcement and building security management may authorize an ejection.

## ELEVATORS

Public elevators are reserved for the use of our fans and guests while an event is in progress or the gates are open for a stadium. Staff are encouraged to use the ramps and stairwells to move about the stadium and events center. On gameday, the SE freight elevators provide limited employee service as available.

## EVENT MANAGER ON DUTY

An FGI Event Manager is assigned to facilitate the operation and execution of each event at Qwest Field. When the Stadium Control Room is not in use for an event, the Event Manager on Duty is the authority for operation of the event.

All communication and decisions related to the event must be filtered through the Event Manager on Duty. Direct communication with the show management and/or promoter or other outside agencies such as the police and fire department is discouraged without the approval of the Event Manager on Duty.

PSA 000012

Exhibit to Ainsworth Decl.

Dockets.Justia.com

EXHIBIT 2
Page 10 of 34

## EXIT AND REENTRY

Re-entry is not permitted for Seattle Seahawks games after kickoff.

For all other events, the event promoter in consultation with stadium management will determine re-entry policy. Re-entry policy for each specific event will be found in the event resource.

## FIGHTING AND ALTERCATIONS

Always maintain your composure and cool. Your job is to calm the situation not to escalate it. If you feel like you are losing your cool, walk away and get help.

Take accurate notes for your incident report noting seat locations and people involved.

### Verbal Altercations

* Speak in a calm, slow and low voice.
* Try to separate the adversarial parties
* Do not place blame, separate

### Physical Altercations

* Always approach this type of situation with a partner when possible. Do not go "hands on".
* Try to remove bystanders and clear the immediate area.
* Contact stadium security and police to respond either directly in the area or through the Stadium Control Room.

Move away from any situation in which you feel personally threatened.

## GATE OPENING

For Seattle Seahawks games and other large stadium events, gates open on the "go for gates" cue from the Control Room only.

When the Control Room is not in use for an event, the event manager on duty is the sole contact for event communication and authorization. The event manager on duty will communicate the gate opening to the event staff supervisor directly.

## HOUSEKEEPING



Maintaining a clean stadium and workplace is the responsibility of every employee. Please do your part to pick up trash and other items out of place. In the event of a large mess or spill needing attention, contact Housekeeping over the radio, via the Stadium Control Room or by calling the Command Center.

In locations where flyers, brochures or other materials are distributed and/or sold including condiment counters at food locations, every effort must be made to maintain a clean, neat and orderly presentation.

## INFORMATION REQUESTS / MEDIA INQUIRIES

Providing consistent and correct information is essential to the overall fan experience. When in doubt about a guest question, know how to use the resources available to you to find the answer. Contact your captain, lead or the closest spectator services booth. In the case of a media information request, direct the interested party to contact the appropriate media relations professional within our organization. Any and all media contact must be directed through our Public Relations team.

## INTEGRITY OF IMAGE

The overall show and fan experience go far beyond the walls of the Stadium and as such it is always important to project a consistent and professional image when representing the Stadium and Company. The overall show and fan experience go far beyond the walls of the Stadium and as such it is always important to project a consistent and professional image when representing the Stadium and Company. All logos and names of the Seattle Seahawks, First and Goal, the Stadium and our partners must be used consistently and precisely.

Handmade signs are not permitted. All signage must be approved by the head of the department responsible for the area that the sign is located.

## LANGUAGE

Proper nomenclature for names of Company facilities and operations must be used. Slang and employee jargon should be avoided when communicating with guests.

All forms, documentation and reports must be consistent and professional. As such only forms and similar tools provided by the Company may be used in your location. Suggestions for enhancements to existing tools and ideas for new tools and procedures should be brought to the attention of the head of the department for approval.

Use of company logos and stationary outside of the standard operating guidelines must be approved by the head of the department.

As a part of our commitment to fan experience, please be mindful of your speech and choice of words in all communication while on duty. You should adjust your vocabulary to avoid offending guests and fellow staff. Keep your comments positive and professional. In addition, every effort should be made to utilize proper nomenclature for the facilities and avoid slang and jargon.

## LOST AND FOUND

The Security Command Center and Spectator Services are the primary locations for lost and found at Qwest Field. A lost item should be taken to the closest Spectator Services location. If Spectator Services is not open, the item should be taken to the Command Center. Items remaining in Spectator Services at the end of the event will also be taken to the Command Center.

PSA 000013

EXHIBIT 2
Page 11 of 34

### NURSING MOTHERS

Nursing areas are provided in Spectator Services on Seahawks gamedays and other large stadium events. When Spectator Services is not open, please contact the Event Manager on duty.

### PRESS BOX AND PRESS LOUNGES

The press box and press lounges on the Suite level are restricted access areas. Fans are not allowed in these areas. Only staff with official business are allowed in the Press Box during events. Proper credentials must be shown to gain access to these and other restricted areas.

### PROHIBITED ITEMS

See the Stadium Fan Guide section for a listing of prohibited items.

### PROMOTIONAL GIVEAWAYS

Promotional giveaways are for ticket holders attending our games and events. At no time should event staff take a promotional item for themselves nor accept one from a guest. Violations of this policy are similar in scope and severity to acceptance of a gratuity. When possible, we will try to share remaining promotional items with event staff after the conclusion of the event.

### RADIO ETIQUETTE

Radios are provided to be used for business related communication throughout the stadium.

• Radios are a business tool and are provided for event-related communication only. Personal communication is not permitted on the radio.

• Keep messages as concise as possible.

• Fans and guests can hear radio traffic. Always use discretion when speaking.

• Listen for other radio traffic prior to making a transmission.

• In the case of an emergency, only persons directly handling the emergency situation are permitted to use the radio.

### REPORTING AND DOCUMENTATION

It is important to document all incidents and injuries (employee and guest), as they happen to ensure that all facts are recorded. The appropriate forms should be used and command notified.

13

---

In the event that you are injured as an employee you must immediately contact your team captain. Please follow the incident and emergency procedures as outlined in the corresponding training materials.

### RESTRICTED AREAS

During Seahawks game day and other events, access to portions of the stadium may be restricted to staff. Proper credentials are required for access to these areas, which may include but is not limited to, the field, freight elevators, Suite level, Press Box, back of house locker room areas and show management offices.

### SECURITY

Safety and security is the responsibility of all Qwest Field staff. The Security Command Center is the central hub for the stadium operations and security 24 hours a day when the control rooms not in use. Please notify the command center immediately of any suspicious, illegal or otherwise questionable activity.

### SMOKING AREAS (FANS)

Initiative 901 – Prohibits smoking in public areas and places of employment. Washington State Law, which became effective on December 8, 2005. Smoking is prohibited within the seating bowl and inside the exhibition center. Under no circumstances should event staff be smoking while in uniform in view of guests. Employee smoking areas will be designated in your event staff briefing.

### STORAGE

It is the policy of Qwest Field not to offer storage or item checking service to our Guests and fans. Spectator Services may provide limited storage services in extreme circumstances as an exception for Guest Service purposes. Please refer to the section on Bag Check and Fan Screening for more information on prohibited items and storage policy.

### SUITES AND SUITE ACCESS

Suites are located on the Club and Suite levels and at the north end of the Field level. These suites are to be treated as property of the suite holder. With the exception of an emergency or other safety related situation, stadium staff are not to enter a suite without the direct invitation of the suite holder or in an emergency situation.

Contact the Stadium Control Room for authorization to enter a suite and/or to resolve issues related to individual suites. When the Control Room is not in use, contact the Event Manager on duty for all suite related issues.

14

Exhibit to Ainsworth Decl.
Page143

EXHIBIT 2
Page 12 of 34

## SUSPICIOUS ITEMS

Report immediately any suspicious packages, items or individuals to the Security Command Center. Any bags left unattended for an extended period of time, people engaged in suspicious behavior and any other odd or unusual circumstances or situations must be reported to the Security Command Center for investigation immediately.



## TEAM QWEST FIELD

### TEAM QWEST FIELD ALL-STARS

The All-Star program is a way that you can recognize your fellow event staff that are going above and beyond to make great fan experiences. Each month you will have the opportunity to give a fellow employee(s) an All-Star. An All-Star is for any fellow employee that you have witnessed doing a good deed or something you'd like to thank them for. You will be given All-Star Forms at the start of your employment. All Managers and the Qwest Field Front Desk will also have them on hand. All-Star Forms need to be dropped off in the box located in the locker room or to your supervisor. All-Star Forms are due on the 10th of each month. All-Star recipients will receive a certificate, will be mentioned in *The Goal Line* and be entered into the drawing below.

Please note that you cannot award yourself an All-Star, nor can you give an employee an All-Star more than one time in any given month.

### AWARDS MONTHLY DRAWING

Every person awarded an All-Star will be entered into a monthly raffle, and 2 employees will be drawn to win fabulous prizes such as:

• Restaurant Gift Certificates
• Movie Passes
• Ticket to sports events
• Sports Gear
• Tickets to theatre / Arts events

### QWEST FIELD HALL OF FAME

Each year the top employees who have received All-Star awards will be nominated to be inducted into the Qwest Field Hall-of-Fame. The selected Hall-of-Fame inductees will be honored at the Holiday Bowl in December. All Qwest Field employees will be invited to this exciting event.

Please stay tuned to the FGI company newsletter, *The Goal Line*, mailed on the 15th of every other month for up-to-date information!

### MERCHANDISE DISCOUNT

The Seahawks ProShop offers all employees of First and Goal a 30% discount on regular priced merchandise. A valid and current First and Goal, Inc. employee identification card must be presented at the time of purchase. In order to best serve our guests and fans, the employee discount is offered every day except for game days.

Exhibit to Ainsworth Decl.
Page144

EXHIBIT 2
Page 13 of 34



# QWEST FIELD

## STADIUM GUIDE

### FOOD DISCOUNT

Employees are entitled to a 40% discount on food and non-alcoholic beverages purchased at Levy restaurants concession stands in Qwest Field and Qwest Field Events Center. Discount is valid at all concession stands throughout the stadium and events center with the exception of those located on the Club level. Employee ID must be presented at time of purchase to receive the discount. Your may use your discount to purchase food for yourself only while you are on duty during a scheduled shift for First and Goal, Inc.

### ATTENDANCE POINTS PROGRAM

Event staff earn points for every event worked at Qwest Field. The more events worked and better your attendance record, the more points earned. At the end of the football season there will be an opportunity for those staff that have earned enough points to redeem them for prizes.

Details are provided in training each season.

### STAFF CELEBRATIONS

Twice a year we gather at Qwest Field to celebrate the greatest event staff in the entire world. The Holiday Bowl is our year-end celebration each December. Event Staff are invited to attend a fun filled night to recognize the year's Hall of Fame inductees and celebrate another great season at Qwest Field.

Each summer before the Seahawks season kicks off, we hold the Stadium Rally. All Qwest Field staff are invited to celebrate the beginning of another fun filled season of sports and events with games, food and other surprises.

17

Exhibit to Ainsworth Decl.
Page145

EXHIBIT 2
Page 14 of 34



# STADIUM GUIDE

## INTRODUCTION

Welcome to Qwest Field and Event Center, Washington's state-of-the-art sports and entertainment facility. This 67,000 seat football stadium and versatile event center is capped by stunning architectural arches that outline Seattle's skyline offering breathtaking views of the Olympic mountains, the Puget Sound and Mt. Rainier.

This Stadium Guide is designed to ensure that your experience at Qwest Field and Event Center is enjoyable and convenient. It contains a display of stadium maps or the various levels of the facility, including restrooms, first aid stations, elevator access, stairs and more.

In addition to Seahawks football, other exciting events have been scheduled including Seattle Sounders soccer, a variety of summer concerts, trade shows and collegiate football. Contact the "Events Hotline" at (206) 381-7500 for details on upcoming attractions or visit www.qwestfield.com.

We hope you enjoy your visit to our tremendous facility—one of the finest in the nation!

## ALCOHOL

The Seattle Seahawks and Qwest Field work hard to promote responsible consumption of alcoholic beverages. Our alcohol policies are listed below and are also posted at every concession stand.

- All Guests purchasing alcohol, who appear to be less than 30 years old, must present a valid ID
- No alcohol will be sold to Guests who appear intoxicated
- There will be a two (2) beer limit, per transaction, at concession stands and portable concessions
- There will be a one (1) beer limit, per person, by a roving vendor
- Beer sales will terminate at the beginning of the third quarter
- Management reserves the right to cut off alcohol sales at its discretion
- Guests passing alcohol to minors will be ejected and subject to arrest
- Guests possessing alcohol, who do not have proof of being at least 21 years of age, may be ejected

- We reserve the right to refuse the sale the sale of alcohol to any Guest
- Alcoholic beverages may not be brought into the stadium. Any attempt to bring alcohol into the stadium will be considered a violation of the Code of Conduct and may result in the Guest being ejected, arrested, or tickets being revoked

## ANIMALS

Service animals, or those in training, for guests with disabilities are allowed in Qwest Field and Event Center. All other animals are prohibited.

## ASSISTIVE LISTENING DEVICES

Qwest Field has been equipped with a highly advanced assistive listening system (ALSI). Headsets and receivers are available for no charge at Spectator Services. A driver's license, credit card or some form of identification will be required as a deposit.

## ATMS

There are ATMs in various locations throughout Qwest Field and Event Center.

## AUTO TROUBLE

AAA provides roadside assistance after Seahawks games in the North Lot, Qwest Field Event Center Garage and Union Station garage. Limited service is available including lockout rescue, flat tire service and jump-starts.

For non-Seahawks events, please see the parking attendant to arrange for assistance.

## BABY CHANGING STATIONS

For your convenience, baby-changing stations are located in all family restrooms throughout Qwest Field and Event Center. Family restrooms are located on all levels of Qwest Field.

## BAG SEARCH

Due to NFL policy, no soft-sided containers, coolers or large bags (bigger than 12" x 12" x 12") are permitted into Qwest Field and Event Center on Seahawks game days. Event security is required to open all bags at the gates for a visual inspection before allowing guests' entry. Security measures may be increased based on direction from the NFL, orders from the Seattle Police or government as well as the current terror threat level. These procedures will include but are not limited to a more thorough search of persons and property as well as a pat

19    20

PSA 000017

EXHIBIT 2
Page 15 of 34

down. Due to these safety procedures, we strongly recommend early arrival to all major Qwest Field events.

Large bags are permitted at other Qwest Field and Event Center events, and are subject to search. For specific event information, please call Qwest Field at (206) 381-7555.

### PROHIBITED AND RESTRICTED ITEMS

Qwest Field and Event Center does not allow the following items:

- Alcohol
- Glass bottles or cans
- Illegal drugs
- Firearms / Weapons
- Laser pointers
- Horns /whistles / noisemakers for NFL games
- Signs or flags larger than 18 inches
- Any item deemed by management to be inappropriate or that may disrupt other fans' enjoyment of the game

Other prohibited items may vary by event. For specific event information, please call Qwest Field at (206) 381-7555.

### BANNERS AND SIGNS

Banners and signs are permitted in the stadium as long as they do not obstruct the view of guests or block stadium signage. Banners and signs must be event-related, in good taste and not commercial, political or offensive in nature. All signs must be hand-held; signs on sticks are not permitted. Qwest Field reserves the right to remove any banner or sign.

### BIKE PARKING

Bicycles may be parked at the bike racks on the North Plaza at the owners' risk. Bikes may not be locked to fences, posts, trees or signs.

### BOTTLES AND CANS

No bottles, cans or outside beverages are permitted in Qwest Field and Event Center for Seahawks games with the exception of water bottles. The water bottle must be full and factory-sealed. It can't be a container from home, and it must be filled with water. Exceptions are also made for empty personal plastic sports bottles, baby bottles, health-related materials and unopened, soft-sided, single serve containers (such as small milk cartons, juice boxes, etc.).

21

### BOX OFFICE

The Qwest Field Box Office is located in the northwest corner of the stadium. Ticket sellers are available six days a week to assist you with all Qwest Field events. For Seahawks football event information, please call (206) 682-2800. For all other Qwest Field events, please contact (206) 381-8057.

Hours of Operation:

**January—June**
Monday — Friday 10:00am–5:00pm,        Saturday 10:00am–2:00pm

**July—December**
Monday — Friday 8:30am–5:30pm,        Saturday 10:00am–2:00pm

The Box Office is closed on Sundays, except Seahawks game days.

### CELL PHONES

The use of cellular phones is permitted inside Qwest Field and Event Center provided they do not interfere with other guests' enjoyment of an event.

### CUSTOMER SERVICE

During a Qwest Field event, please direct any comments and concerns to the nearest Spectator Services Center or Concierge Desk. Questions or comments may also be directed to the Seahawks Customer Relationship Department by calling (888) 635-4295, Monday through Friday 9:00am–5:00pm, or emailing customerservice@seahawks.com.

**Qwest Spirit of Service Line-*12**

We are committed to improving your game day experience and providing a safe, family environment. To report any inappropriate activity that is disrupting your enjoyment of the game or for housekeeping needs press *12 on your Qwest call phone. From all other phones please dial 1-888-MY HAWKS.

### COMMUNITY OUTREACH & STADIUM NEIGHBORHOODS

Qwest Field and Event Center is surrounded by three diverse neighborhoods—Chinatown-International District, SODO/North Duwamish and Pioneer Square. Qwest Field has worked closely with these three neighborhoods in the planning and operation of Qwest Field and Event Center and encourages patrons to visit the many businesses, restaurants, museums and cultural landmarks in these areas.

Chinatown-International District is the historic neighborhood directly to the east of the stadium— just across the Weller Street Pedestrian Bridge. The International District boasts a wide variety of Asian restaurants,

22

Exhibit to Ainsworth Decl.
Page147

EXHIBIT 2
Page 16 of 34

specialty shops and cultural offerings. Please see the International District web site at www.internationaldistrict.org or the Chinatown web site at www.seattlechinatown.org.

PioneerSquareisSeattle'soriginalhistoriccenter,locateddirectlyofthenorthofthe stadium.PioneerSquareoffersaremarkableinventoryofartgalleries,finerestaurants, one-of-a-kind museums and renowned entertainment, including frequent summer concerts on Occidental Park. Please visit the Pioneer Square web site at www.pioneersquare.org to learn more about its many attractions.

SODO/North Duwamish (south of downtown) stretches two miles south of the stadium and is the largest business and industrial complex in the Pacific Northwest, with over 2,000 businesses and 50,000 employees. Businesses include manufacturing, distribution and warehousing, trucking and general offices. There are also several interesting retail outlets, art galleries and restaurants in this expanding, evolving business community. Please visit the SODO web site at www.sodobusinessassociation.org to learn more about this area.

## CONCESSION STANDS

For a list of Stadium concession stands with their locations visit www.seahawks.com.

## COVERED SEATING

The majority of the seats in Qwest Field are protected from the elements. The following general outline will serve to assist fans in determining whether or not their seats are covered. This information is weather and wind speed/ direction contingent. Generally, the east side is known as the "sunny side" and in addition, will be more exposed to the elements.

Field/Main Level: Cover begins at flows Z-AA of the 100 level sideline seats
North End Zone and Hawks Nest: No covered seating
South End Zone: Cover only in last two rows, PP and QQ
Club Level: All seating covered
Suite Level: All seating covered
Upper Level: Sideline - covered *; Corners - no covered seating

*East side, rows A-D may be exposed to elements based on wind speed.

## CREDIT CARDS

The Qwest Field Box Office, Seahawks Pro Shop and permanent novelty stands prefer MasterCard, but also accept VISA, American Express and Discover. All stadium concession stands accept VISA, MasterCard and American Express. Credit card acceptance varies by event for all other Qwest Field events.

The Seahawks MBNA MasterCard with PayPass technology gives fans speed and convenience at stadium and event center concession stands and the

Seahawks Pro Shop while earning "Seahawks Extra Points" which may be redeemed for Seahawks / NFL merchandise, experiences, game tickets and more. To learn more about the benefits of the Seahawks MBNA MasterCard with PayPass technology, please visit www.seahawks.com or stop by any MBNA kiosk at Qwest Field during Seahawks home games.

## DISABLED ACCESS INFORMATION

For more information on disabled access to Qwest Field and Event Center, please visit our website at www.seahawks.com or call the Qwest Field Box Office at (206) 682-2800.

## DISABLED PARKING INFORMATION

Disabled parking is available in the Qwest Field Event Center garage, the North Lot and the Union Station garage. For more information, please refer to our online transportation guide at www.seahawks.com or call the Seahawks Customer Relationship Department at (888) 635-4295.

## DISABLED SEATING INFORMATION

There are disabled seats (wheelchair convertible) dispersed throughout all areas and price levels of Qwest Field. Disabled seating and access are fully compliant with the Americans with Disabilities Act (ADA). For further location of access appropriate options, please contact the Seahawks Box Office at Voice: (206) 682-2800 or TDD/TTY: (206) 381-7833.

## DRINKING FOUNTAINS

Drinking fountains are located near the restrooms on all levels of Qwest Field and Event Center. On the Upper Concourse there are 27 fountains, on the Club Wells Fargo Level there are 4 double fountains, on the Main Concourse there are 16, and on the Field Level there are 6.

## DROP-OFF AREA

The passenger and disabled drop-off zone is located off the intersection of Railroad Way S. and Occidental Ave., which can be accessed from 1st Ave. S. Drivers may drop off their passengers adjacent to the stadium prior to parking. Similar access will be provided after every major event.

## EJECTION

Qwest Field and the Seattle Seahawks reserve the right to eject anyone whose behavior is unruly or illegal in nature. Tickets will be revoked without a refund and the individual(s) will be escorted from Qwest Field and Event Center.

23        24

EXHIBIT 2
Page 17 of 34

Seahawks season ticket holders are responsible for the behavior of persons using their seats. If those persons are ejected, the Seattle Seahawks may take appropriate action against the season ticket holder, up to and including season ticket revocation.

## ELEVATORS

The stadium is equipped with two elevators in each of the northeast, northwest, and southwest corners of the stadium, providing service to all levels of the facility. Elevators are also located at the north and south ends of the parking garage, as well as the southeast corners of the Qwest Field Event Center. For convenient access to the upper level, an express elevator is also available in the NW corner.

Elevator service priority is given to guests with disabilities, followed by Club Wells Fargo and suite ticket holders. Please be mindful of elevator line procedures in the lobbies.

## EMERGENCIES AND EVACUATION PROCEDURES

In the event of a serious Qwest Field and Event Center emergency, all event staff, law enforcement and fire personnel are available to assist guests, including those with disabilities. Information will also be provided over the public address system and on stadium televisions and scoreboards.

## EMPLOYMENT OPPORTUNITIES

For employment opportunities with Qwest Field please call (206) 381-7555, for the Seattle Seahawks please call (425) 827-9777, and for Levy Restaurants please call (206) 381-8000.

## EVENT BOOKING AT QWEST FIELD AND EVENT CENTER

Passion, pageantry, memories... it all begins here! From weddings to proms, reunions to holiday celebrations, our world class venue is the ideal location for corporate events, special occasions, trade/consumer shows and sporting events. Enjoy incredible views, state-of-the-art amenities and world-renowned catering by Levy Restaurants. Choose Qwest Field-your place for truly memorable occasions. Contact the Qwest Field Sales & Marketing Department at (206) 381-7555 or via e-mail at eventbooking@qwestfield.com to inquire about hosting your next event here.



## FAN CODE OF CONDUCT

First & Goal is committed to creating a safe, comfortable and enjoyable experience for its guests at Qwest Field and Event Center. The facility's staff will proactively intervene to support an environment where event patrons, their guests and other fans can enjoy the event experience free from the following behaviors:

* Smoking on Qwest Field and Event Center premises
* Foul or abusive language or obscene gestures
* Intoxication or other signs of impairment related to alcohol consumption
* Fighting, taunting, or threatening remarks or gestures
* Sitting in a location other than the guest's ticketed seat
* Displays of affection not appropriate in a public setting
* Obscene or indecent clothing
* Any disruption to the progress of the event by guests' actions
* Throwing objects of any kind

All Season Ticket Holders are responsible for their conduct as well as the conduct of their Guests and/or persons occupying their seats.

## FIRST AID STATIONS

For guest safety and convenience there are several first aid stations located throughout Qwest Field and Event Center. In an emergency, please notify the nearest Guest Services representative (or assistance and directions to these first aid stations. First aid stations can be found in the following locations:

Main Concourse: Sections 103, 119 & 141
Club Level: SW Concourse across from Suite 26
Suite Level: SW Concourse across from Suite 36
Upper Concourse: Sections 300 & 326

Automatic External Defibrillators (AED's) are located throughout the facility.

## FOOD AND BEVERAGE

A variety of delicious food and beverage choices are available through the stadium's concession stands and restaurants, provided by Levy Restaurants. There are 39 permanent concession stands and 40 portable carts located throughout the stadium. All concession stands in the stadium are ADA-compliant and open 2 hours prior to kickoff. Additionally, all permanent concession stands now accept credit card payment. Qwest Field and Event Center proudly serves Coca-Cola and Anheuser-Busch products and is host to local outside vendors such as Ivar's, Kidd Valley and Taco Del Mar.

25

26

Exhibit to Ainsworth Decl.
Page149



## FOOD AND BEVERAGE POLICY

Seahawks fans may bring food into Qwest Field and Event Center on game days in clear plastic bags only, but no beverages will be allowed per NFL policy (see Bottles and Cans). Coolers and backpacks are also prohibited on Seahawks game days (see Bag Search).

For all other events in Qwest Field and Event Center, outside food and beverages are not permitted. Exceptions are made for factory sealed bottled water, baby bottles, food or beverages related to medical needs, and unopened, soft-sided single-serve containers.

## GATE OPENING TIMES

For Seahawks games, all gates will open two hours prior to kickoff. Gate opening times for other events in Qwest Field and Event Center will vary by event. For specific event information, please call the Event Hotline at (206) 381-7500.

## INTERNET ACCESS

Fans can access complete information about Qwest Field and Event Center at the following Web sites:

- **Levy Restaurants:** www.levyrestaurants.com
- **National Football League:** www.nfl.com
- **Qwest Field:** www.qwestfield.com
- **Seattle Seahawks:** www.seahawks.com
- **Ticketmaster:** www.ticketmaster.com

## LEVY RESTAURANTS

Qwest Field and Event Center proudly offers catering and concessions from nationally recognized food service provider, Levy Restaurants. Whether hosting an intimate luncheon or serving thousands of Seahawks fans on game day, Levy provides outstanding food and beverage service. For more information, please call (206) 808-8351 or visit their web site at www.levyrestaurants.com.

## LOST AND FOUND

If you have misplaced an item at an event, please proceed to the nearest Spectator Services Center. After the conclusion of the event you may contact the Seahawks Customer Relationship Department at (888) 635-4295. Lost items will be kept for one month; those unclaimed after that time will be donated to charity.

27

## LOST CHILDREN/PARENTS

Guests are encouraged to instruct children in their group to find a Qwest Field Staff Member if they become lost or separated from their group. Lost children will be taken to the nearest Spectator Services Center. Parents looking for a lost child should follow the same procedure.

As a preventive measure, all Spectator Services Centers and Spectator Services Representatives offer the "Family Finder" program as a free service. Parents can also have their seat location printed on a fun wristband for their children to wear while at Qwest Field.

## MOBILITY CONCEPTS, INC.

Scooters, provided by Mobility Concepts, Inc. an IUVO Business Partner, are available to fans needing mobility assistance. Simply let a Qwest Field staff member know at the gate/entrance and they will contact Spectator Services. A scooter will be dispatched and a staff member will escort you to your seat and then arrange a pick-up at the end of the game.

## PAGING

Paging is permitted in the case of medical emergencies only. If there is a medical emergency and paging is necessary, please contact any Qwest Field Staff Member or go directly to a Spectator Services Center.

Those who wish to leave an emergency number with relatives or sitters can refer them to the Qwest Field office at (206) 381-7555. Please remember to leave the exact seat location (section, row, seat number) at home with the emergency number. If Qwest Field is contacted in the event of an emergency, a Stadium Staff Member will deliver the message to a patron's seat.

## PARKING AND TRANSPORTATION

Parking is available in selected off-street locations around Qwest Field and Event Center, and the facility may be reached by many modes of public transportation. For more information, please refer our online Transportation Guide at www.seahawks.com or call the Transportation Hotline at (800) 981-

28

EXHIBIT 2
Page 18 of 34

Exhibit to Ainsworth Decl.
Page150

EXHIBIT 2
Page 19 of 34

6465 for the latest information on parking, construction closures, carpool and RV parking, bus service, Park & Ride locations, ferries, disabled drop-off and parking, taxi loading locations, and Sound Transit and Amtrak train service. Below are direct contact numbers and/or e-mail addresses for a number of transit providers:

- Washington State Department of Transportation: www.wsdot.wa.gov/traffic
- Washington State Ferries: (800) 843-3779, www.wsdot.wa.gov/ferries
- King County Metro: (206) 553-3000, www.transit.metrokc.gov
- Sound Transit: (800) 201-4900, www.soundtransit.org
- Amtrak: (800) 872-7245, www.amtrak.com

Please see the Disabled Parking section for information on parking for guests with disabilities.

### PLAYING SURFACE

The stadium field surface is called FieldTurf™— a new generation of artificial turf that is gaining in popularity with both football and soccer teams throughout the world. The surface includes sand and ground rubber as the base of the artificial grass, providing a flexible playing surface for both football and soccer. The field's durability in all types of weather will ensure that a wide range of events can be successfully held at the stadium.

### POLICE

For your safety and convenience, Seattle Police Department and King County officers are stationed throughout Qwest Field and Event Center. If you have an emergency, please notify the nearest Guest Services representative immediately.

### PRESS GATE

The press gate for Seahawks, Sounders, and College games is located at the southwest corner of the stadium and will open three hours prior to kickoff. Credentials are required and must be arranged prior to game day by calling Seahawks Public Relations at (425) 827-9777. Credentials are non-transferable.

### PUBLIC ART PROGRAM

$1.75 million of Qwest Field private money was contributed for the acquisition of commissioned artworks for Qwest Field. An art selection committee chose 12 interior and exterior pieces to enhance the facility, including paintings, banners, photography, sculpture, video and a light sculpture.

### PUBLIC TELEPHONES

Public telephones are located at all Spectator Services Booths. TDD/TTY phones are available at the Qwest Field Box Office.

### QWEST FIELD EVENT CENTER

Open since 1999, Qwest Field Event Center is the largest facility of its kind in the Northwest and is adjacent to Qwest Field. The building attracts a variety of events and trade shows, entertains millions of visitors and contributes over a half a billion dollars a year to the state economy. For booking information, see Event Booking.

### RADIOS AND TELEVISIONS

Radios and televisions are permitted in Qwest Field and Event Center so long as they do not disturb other fans. For the benefit of others, fans listening to broadcasts are required to use headsets.

### RAMPS

Four ramps are located in the southwest, northwest, northeast and southeast corners of the stadium. All ramps access the upper levels of the stadium and are ADA-compliant.

### RESTROOMS

Restrooms are located throughout Qwest Field and Event Center and are all ADA-compliant. Family restrooms with baby-changing tables and chairs for nursing are also available throughout the facility.

### SAFE RIDE HOME PROGRAM

Qwest Field, in conjunction with Levy Restaurants, Budweiser and Graytop Taxi, has developed the Safe Ride Home program. Guests who feel they cannot safely drive home due to the effects of alcohol should visit the nearest Spectator Services Center where they will be escorted to the pick up near King Street Station and receive a taxi ride to their residence – free of charge.

### SEAHAWKS PRO SHOP

The Seahawks Pro Shop is located on the west side of the stadium on Occidental Ave. Store hours are Monday - Saturday 10 a.m.-6 p.m., Sunday 12-5 p.m., with extended hours for all Seahawks home games. In addition to the Pro Shop, the Seahawks will have 14 permanent retail stands and 6 kiosks throughout the stadium. Fans can also purchase Seahawks merchandise online at the Pro Shop store at http://proshop.seahawks.com/.

29

EXHIBIT 2
Page 20 of 34

## SKATEBOARDING / ROLLERBLADING

Skateboarding and/or rollerblading on property surrounding Qwest Field and Event Center is strictly prohibited.

## SMOKING

In compliance with state law (RCW 70.160), smoking is prohibited in all areas of Qwest Field and Event Center.

## SOLICITATION / LITERATURE

Any persons without written consent from either First & Goal Inc. or the Seattle Seahawks are prohibited from soliciting contributions or distributing literature on Qwest Field and Event Center property (inside or outside).

## SPECTATOR SERVICES CENTERS

Got a question? Spectator Services Centers are provided to help with questions or concerns, to check strollers, and assist in finding lost guests or items. Any stadium staff member can offer assistance, or you can visit one of our Spectator Services Centers in the following locations:

- **Field level:** Across from Section 130 & 140
- **Main Concourse:** Across for Sections 100 & 127
- **Club Wells Fargo Level:** Concourse desk located at FSN Lounge in south end of Club Level
- **Upper Concourse:** Across from Section 318

## STROLLERS

Strollers are allowed in Qwest Field and Event Center. During stadium events, strollers too large to be stored under a seat may be checked at the nearest Spectator Services Center.

## SUITE RENTAL

The stadium's suites are among the largest in professional sports. Varying in size from 12 to 36 seats, these luxury suites offer every amenity for comfort and viewing pleasure. For further information, please call (206) 381-7810 for current availability.

## TAILGATING AT QWEST FIELD

Tailgating is permitted in the North Lot only. Qwest Field security, Seattle Police and King County Sheriffs will patrol the lots to ensure the safety of all event attendees. For your convenience, portable restrooms are located around the perimeter of the North Lot. Please adhere to the following tailgating policies:

- Park in ONE stall only. Awnings, chairs, BBQ's, etc. cannot extend into other spaces or traffic lanes.
- Tailgating is permitted on the East side of the North Lot only.
- No charcoal BBQ's or fires on the ground.
- No Deep Fat Fryers.
- No glass bottles or cans permitted—please pour drinks into plastic cups.
- Consuming alcoholic beverages in public is a violation of city and state law.
- Fighting and taunting are NOT permitted.
- Throwing, catch and sports activities are NOT permitted.
- Please dispose of all trash in bins provided.

These lots close 2 hours after the conclusion of the game. Be prepared to depart at that time.

## TAXI SERVICES

Taxicabs are available at the Northwest corner of 1st Avenue and Royal Brougham after Seahawks games. Additionally, taxi cabs are available at the King Street Station. Graytop taxi can be reached at (206) 622-4800.

## TOURS.

A behind-the-scenes walking tour of Qwest Field is available to all fans. Guests will tour many areas that are not open to the public during events such as the press box, a luxury suite, the playing field and the visiting team locker room. Tours depart from the Seahawks Pro Shop on the west side of the stadium. For more information call (206) 381-7582 to confirm the current tour schedule.

## TRANSPORTATION

Please see Parking and Transportation.

## UMBRELLAS

Umbrellas are permitted in the stadium provided they do not interfere with other guests' enjoyment of the event.

31

32

EXHIBIT 2
Page 21 of 34



# SEAHAWKS

### VIDEO BOARDS (HAWKVISION)

The video boards at Qwest Field are called HawkVision and represent a "one-of-a-kind" approach to sports venue video displays. HawkVision was designed, engineered and built to deliver video and graphic images of the highest resolution and clarity to fans. The south video board, measuring approximately 84 feet wide by 24 feet high, will display video on a super landscape format. The North Tower's board is the first-ever portrait layout, measuring approximately 44 feet wide by nearly 50 feet high. Together, the HawkVision video boards represent some of the largest viewing surfaces in the NFL.

For birthday and anniversary recognition on the video board at Seahawks games, please call Seahawks Corporate Partnerships at (206) 381-7800. Please reserve at least one week prior to event as space is limited.

### WASHINGTON STATE PUBLIC STADIUM AUTHORITY (PSA)

The Washington State Public Stadium Authority (PSA) is the public owner of Qwest Field and Event Center. When voters approved Referendum 48 in 1997, the PSA was created to oversee the construction and operation of the facility on behalf of the public. The PSA has a seven-member board appointed by the Governor. The PSA can be reached at (206) 381-7940 or by visiting their web site at www.stadium.org.

### WILL CALL WINDOWS

Public Will Call windows are located in the northwest corner of the stadium, and will open two hours prior to the event. Press and Player Will Call is located at the southwest corner and will open three hours prior to kickoff of a game.

A picture ID is required for all ticket pick-ups. The credit card used to purchase tickets is also required for Ticketmaster Will Call pick-ups.

Will Call locations vary for other Qwest Field and Event Center events. Please call the Qwest Field offices at (206) 381-7555 for specific event information.

### ADDITIONAL SEASON TICKETS

For patrons wishing to add additional seats to their season ticket account, every effort will be made to provide them with seats near or adjoining their current ticket location. Please contact the Seahawks Ticket Sales Office at (888) 635-4295.

### ADDRESS CHANGES

Please submit any address changes via mail or fax to the Seahawks Box Office at P.O. Box 4769, Seattle, WA 98194, (206) 381-7832. Address changes must include the signature of the account holder as well as the account number. Changes to corporate accounts must be submitted on company letterhead. Changes cannot be made over the phone.

### AWAY GAME TICKETS

The Seahawks do not have away game tickets to make available to season ticket holders. Fans wishing to see the Seahawks on the road are invited to contact our ticket exchange partner, RazorGator, for ticket information. Go to Seahawks.razorgator.com or call (800) 542-4466 for more details.

### BIRTHDAY / ANNIVERSARY PACKAGES

For information on birthday and anniversary recognition packages on the video board at Seahawks games, call Seahawks Corporate Partnerships at (206) 381-7800. Please reserve at least one week prior to event as space is limited.

Blitz, the Seahawks mascot is the big blue bird with crazy hair. He makes sure that Qwest Field is the loudest, most exciting place to play in the NFL. He is also the Seahawk's biggest fan! Along with football, Blitz loves to exercise his brain and body. He goes to the gym everyday, eats healthy foods and reads anything he can get his wings on.

Blitz also launched a statewide "Ready, Set, Goal" literacy program designed to enhance reading comprehension, writing and goal-setting skills among 3rd

34



33

PSA 000024

EXHIBIT 2
Page 22 of 34

through 6th grade students. Three classes per month are selected at random to participate in a live video conference with Blitz and a Seahawks player or Sea Gal. Blitz is available for parades, parties and corporate events, please visit www.seahawks.com for appearance information.

### BROADCASTS

The Seattle Seahawks broadcast information is available at the team website, www.seahawks.com.

### CAMERAS, AUDIO AND VIDEO RECORDERS

Still cameras with lenses over 12" are not allowed into the stadium. You are welcome to use your still photo camera with lenses under 12" for your personal enjoyment. Commercial use of any audio or video recordings of the game is in violation of the National Football League. Video cameras and tripods are not allowed and may not be stored at Qwest Field.

### CHARTER SEAT LICENSE

A Charter Seat License is a one-time purchase giving you control of your tickets and seat location in beautiful Qwest Field. This seat license affords you the opportunity to purchase season tickets in your Charter Location with the right to determine who gains control of them in the future. The Charter Seat Plan is limited to approximately 8,000 seats, situated in premium sideline locations. For more information, please contact the Seahawks Ticket Sales Office at (888) 635-4295.

### CHILDREN'S TICKET POLICY

Children who have celebrated their third birthday are required to have a ticket to gain admittance to a Seahawks game. Children under three years of age are not required to have a ticket, provided they sit on an adult's lap. There are no discount tickets available for children.

### CLUB: WELLS FARGO CLUB LEVEL SEATING

There are no better seats in the stadium. With Wells Fargo Club Seats, you will have an up-close, covered view of all game action, scoreboards and video replay screens, as well as impressive views of the surrounding city, Puget Sound and mountains. The seats are 24" wide, high-backed, fully padded and are also the largest, most comfortable seats in the NFL. The Wells Fargo Club Seat experience provides the luxury of every possible amenity in the greatest stadium ever built. For Wells Fargo Club Level tickets contact the Seahawks Ticket Sales Office at (888) 635-4295.

### DESIGNATED DRIVER PROGRAM

The "Good Sport" program sponsored by Anheuser-Busch and Levy Restaurants, is part of Qwest Field's commitment to public and fan safety. Under the Designated Driver program, one person from a group attending the game volunteers to refrain from drinking alcohol and is responsible for providing transportation for the rest of the group. Designated drivers can register by signing a pledge card at any Spectator Services Center through the end of the first quarter. They will receive a "designated driver" armband, a coupon for a free soft drink and will be entered in a game day drawing for team merchandise.

To ensure that everyone has a safe ride home, in those isolated instances when alternative transportation is necessary, staff will encourage guests to use a taxi. Information about taxi service is available at any Spectator Service Center. See Safe Ride Home.

### DISABLED SEATING

There are disabled seats (wheelchair convertible) dispersed throughout all areas and price levels of Qwest Field. Disabled seating and access are fully compliant with the Americans with Disabilities Act (ADA). For more information on the location access and appropriate options, please contact the Seahawks Box Office at Voice: (206) 682-2800 or TTY/TDD: (206) 381-7833.

### FAN CODE OF CONDUCT

First & Goal is committed to creating a safe, comfortable and enjoyable experience for its guests at Qwest Field and Event Center. The facility's staff will proactively intervene to support an environment where event patrons, their guests and other fans can enjoy the event experience free from the following behaviors:

• Smoking on Qwest Field and Event Center premises
• Foul or abusive language or obscene gestures
• Intoxication or other signs of impairment related to alcohol consumption
• Fighting, taunting, or threatening remarks or gestures

35

36



Exhibit to Ainsworth Decl.
Page154

EXHIBIT 2
Page 23 of 34

- Sitting in a location other than the guest's ticketed seat
- Displays of affection not appropriate in a public setting
- Obscene or indecent clothing
- Any disruption to the progress of the event by guests' actions
- Throwing objects of any kind

All Season Ticket Holders are responsible for their conduct as well as the conduct of their Guests and/or persons occupying their seats.

**FIELD ACCESS**

Only authorized personnel with proper credentials will be permitted on the field before, during or after a Seahawks game. Any unauthorized person going onto the field will be removed and subject to arrest and loss of Seahawks season tickets.

**GROUP TICKETS**

Get your family and friends together for an unforgettable experience or reward your employees for all of their hard work. Come enjoy a Seahawks football game with a group of 20 or more and you will be seated together, have your name in lights and be recognized in the game-day program. Come early to enjoy the pre-game Touchdown City, the Sea Gals and all the festivities. Group Tickets are available by calling (888) 635-4295.

**LOST/STOLEN TICKETS**

Season tickets or single game tickets that are lost, stolen or destroyed may be replaced for a $5.00 processing fee per ticket. Tickets that have been stolen will be replaced free of charge; however, a stolen property report must be filed with the police and a case number assigned before tickets will be reissued. Please contact the Seahawks Ticket Sales Office at (888) 635-4295 prior to the ticket holder of record may come to the customer service window, located in the northwest corner of the stadium, to pick up the tickets on game day.

**NATIONAL ANTHEM**

Any questions pertaining to performing The National Anthem may be directed to the Seattle Seahawks Fan Development Department at (206) 381-7800.

**PLAYOFF TICKETS**

Season ticket holders will have the first right of refusal in purchasing their current seat location for playoff games hosted by the Seattle Seahawks.

37

Any questions pertaining to the presentation of the colors may be directed to the Seattle Seahawks Fan Development Department at (206) 381-7800.

**PRIORITY DATE**

Every season ticket account is assigned a priority date which represents the chronological order on which tickets were purchased, or when the purchaser was placed on the waiting list. This priority date gives patrons preference during seat relocations. Those wishing to cancel their seats for a season and reapply in the future will forfeit their original priority date.

**RE-ENTRY POLICY**

Due to security concerns and direction from NFL Security, re-entry is ONLY permitted up until kickoff time. After kickoff there is no re-entry. Once a fan exits Qwest Field after kickoff, they cannot re-enter. In the case of a medical emergency, you can be issued a medical pass by Qwest Field First Aid.

**RESALE AND SCALPING**

A season ticket will not be recognized, honored, or reserved for admission if purchased from a source other than the Seattle Seahawks or its authorized agencies, such as RazorGator or Ticketmaster. There will be no refunds and no exchanges, other than provided herein. Tickets obtained from sources other than the National Football League or its member clubs may be lost, stolen, or counterfeit tickets and in such cases will not be honored.

**REVOCABLE LICENSE**

A ticket is a revocable license and may be withdrawn at any time at the sole discretion of the Seattle Seahawks. All tickets are subject to the rules, regulations and policies of Qwest Field including the "Fan Code of Conduct" and the National Football League. Tickets may be revoked for reasons including, but not limited to, the following: failure to make payment deadlines, drunk or disorderly conduct, scalping or resale of tickets, stadium construction and reconfiguration of seating areas and ownership disputes.

**RING OF HONOR**

The Seahawks Ring of Honor, now permanently located in Qwest Field, was created to recognize those within the Seahawks organization who exemplify excellence in the sport of football. Wide receiver Steve Largent was the first inductee in 1989 and is the only Seahawks player represented in the Pro Football Hall of Fame. For the complete list of Ring of Honor members along with highlights and career statistics, please visit www.seahawks.com.

38

Exhibit to Ainsworth Decl.
Page155

EXHIBIT 2
Page 24 of 34



## THE SEA GALS

The Sea Gals – the Seahawks' enthusiastic cheering squad – are the team's partners in establishing an exciting, sports presence in Seattle. Since 1976, the Sea Gals have served as a source of entertainment and pride for fans, the community and the Seahawks organization. These talented dancers rally fans with their spirited routines and, in addition to their game-day performances, volunteer at charitable organizations throughout the Pacific Northwest.

## SEAHAWKS BLUE THUNDER DRUMLINE

Seahawks Blue Thunder is the heartbeat of the fans. This high-energy, entertainment drumline was established in 2004 at Qwest Field, performing throughout the stadium before, during and after games. Not your typical drumline, Blue Thunder uses a variety of rhythms and visuals, incorporating rock and roll drumming alongside drum corps style, endearing them to Seahawks fans of all ages. Blue Thunder is also available for parades, parties and corporate events, please visit www.seahawks.com for appearance information.

## SEAT IMPROVEMENT

Season ticket holders are eligible to request a seat improvement. The degree of seat movement will depend on the number of cancellations after each season, as well as the assigned priority date. A season ticket deposit must be paid to be eligible for an upgrade. To request seat improvement, a written or verbal request must be submitted each season to the Seahawks Ticket Sales Office at (888) 635-4295 by the initial renewal deadline.

## SINGLE GAME TICKETS

Single game tickets for the general public may be purchased by visiting any Ticketmaster outlet in Washington, Oregon or British Columbia by calling (206) 628-0888, or in person at the Seahawks Box Office. See Box Office for current hours of operation.

## SUPER BOWL TICKETS

Should the Seahawks make it to the Super Bowl, season ticket holders will have the opportunity to participate in a random drawing for Super Bowl tickets. When not participating in the Super Bowl, the Seahawks are unable to offer Super Bowl tickets to season ticket holders or the general public.

39

## TOUCHDOWN CITY

Touchdown City has something for fans of all ages and interests. You can test your quarterbacking accuracy, get timed in the 40 yard dash and participate in other interactive exhibits that test your football skills or knowledge. For those who want to relax and watch NFL games from across the country, there's Touchdown City's "Linebacker Lounge," a sports bar with a giant 40' X 48' projection screen.

Touchdown City features more than twenty-five entertaining exhibits including a full scale Seahawks locker room replica, inflatable games, a broadcast booth where you make the calls, Measure up to the Pros football combine, 710 KIRO's pre-game broadcast stage, Seahawks Alumni autographs, face painting booth and energizing performances by the Sea Gals and the Seahawks "Blue Thunder" drumline.

Admission into Touchdown City is free and open to all Seahawks fans three hours before each home game. Touchdown City is located inside the Qwest Field Event Center, which is connected to the south end of Qwest Field.

## TICKET OFFICE LOCATION

The Seahawks Ticket Sales Office is located on the Field Level of Qwest Field just inside the NW VIP entrance to the Stadium. To set up an individual appointment contact a sales representative at (888) 635-4295. The Qwest Field Box Office is located at the northwest corner of the stadium.

## TRANSFER POLICY

Charter Seats: Subject to the restrictions and guidelines set forth in the "Charter Seat License Terms and Conditions," a Charter Seat License may not be transferred more than once each calendar year except in the case of the death of the Licensee. A Charter Seat Transfer Form must be completed and submitted to the Seahawks Box Office. See Box Office for current hours of operation.

Club Wells Fargo Seats: Season ticket accounts in club seating areas are non-transferable.

General Seating: Season ticket accounts in general seating areas are non-transferable.

## WHEELCHAIR/COMPANION TICKET EXCHANGES

Guests holding fixed tickets that require either disabled or companion tickets must contact the Seahawks Box Office 72 hours in advance of the game at (206) 682-2600. The Seahawks will make ticket exchanges to the closest ticket price and comparable location, subject to availability.

40

Exhibit to Ainsworth Decl.
Page156

EXHIBIT 2
Page 25 of 34





## APPEARANCES

To request player appearances please visit our website at www.seattlesounders.net.

## BIRTHDAY / ANNIVERSARY PACKAGES

For information on birthday and anniversary recognition packages, call the Sounders at (206) 622-3415.

## CONTACT INFORMATION

The Seattle Sounders Professional Soccer Club play their home matches at Qwest Field. For ticket or schedule information, call (206) 622-3415 or call toll free at 1-800-726-KICK. The Sounders are located at: P.O. Box 80969 Seattle, WA 98108.

## GROUP PRICING

To purchase Sounder group packages, you must purchase a minimum of 15 tickets to receive a group discount. When purchasing group discounted tickets the group leader receives a voucher for two seats to future Sounders games.

Group tickets are only available through the Sounders box office. They cannot be purchased at Qwest Field. Group tickets purchased the week of the game date will be left at the Qwest Field will call window located on the NW corner of the stadium. Tickets purchased earlier will be mailed. Group tickets can only be picked up by one person at the will call window – bring valid photo ID.

It is the group leader's responsibility to distribute tickets to others in the group. Multiple tickets cannot be left at the will call window for other group members. Call the Sounders group sales office with any additional questions at (206) 622-3415.

## INDIVIDUAL TICKETS

To purchase individual tickets, visit our website at www.seattlesounders.net or visit the Qwest Field Box Office during business hours.

## SEASON TICKETS

When purchasing Sounders season tickets, you gain the opportunity to purchase season-long discount parking and receive priority for Sounders exhibition matches and international exhibition matches the Sounders have a role in. To purchase your season tickets, call (206) 622-3415.

## SOUNDER CAMPS

With over 30 locations in the greater Seattle area from June-August, Seattle Sounders soccer camps' goal is to provide your child with the best coaching available so that learning the game and skills of soccer is enjoyable and fun. Through encouragement, motivation and a positive fun environment, your child will receive a valuable camp experience.

For additional information about the Seattle Sounders soccer camps you can visit their website at www.seattlesounders.net.

PSA 000028

EXHIBIT 2
Page 26 of 34

## QWEST FIELD/ SEAHAWKS STADIUM FIRSTS

### SEAHAWKS STADIUM (2002)

First Preseason Game at Seahawks Stadium: August 8, 2002 vs. Colts
Colts: 28    Seahawks: 10 (52,902)

First Preseason TD Rushing @ Seahawks Stadium:
Seahawks – Maurice Morris 6 yd. run vs. Chargers
Opponent – Colts' J. Finn 1 yd. run

First Preseason TD Receiving @ Seahawks Stadium:
Seahawks – James Williams 20 yard pass from Trent Dilfer vs. Colts
Opponent – Colts' T. Walters 11 yard pass from B. Huard

First Preseason FG @ Seahawks Stadium:
Seahawks – A. Elling 38 yards vs. Colts
Opponent – Chargers' S. Christie 20 yards

First Regular Season Game @ Seahawks Stadium: September 15, 2002 vs. Arizona
Cardinals: 24    Seahawks: 13

First Regular Season TD Rushing @ Seahawks Stadium:
Seahawks – Shaun Alexander 2 yd. run vs. Vikings
Opponent – Vikings' M. Williams 3 yd. run

First Regular Season TD Receiving @ Seahawks Stadium:
Seahawks – Itula Mili 1 yd. pass from Trent Dilfer vs. Cardinals
Opponent – Cardinals' E. Sanders 4 yd. pass from J. Plummer

First Regular Season FG @ Seahawks Stadium:
Seahawks – Ryan Lindell 46 yards vs. Cardinals
Opponent – Cardinals' B. Gramatica 23 yards

First Regular Season Victory @ Seahawks Stadium: September 29, 2002 vs. Vikings
Seahawks: 48    Vikings: 23

First 100-yard Rusher @ Seahawks Stadium:
Seahawks – Shaun Alexander 139 yards vs. Vikings
Opponent – Cardinals' T. Jones 173 yards

First Interception @ Seahawks Stadium:
Seahawks – Isaiah Kacyvenski vs. Cardinals
Opponent – 49ers' Z. Bronson

43

### QWEST FIELD (2004)

First Regular Season Game and Victory @ Qwest Field: September 26, 2004
Seahawks: 34    49ers: 0

First Regular Season TD Rushing @ Qwest Field:
Seahawks – Shaun Alexander 1 yard run vs. 49ers
Opponent – Rams' M. Bulger 9 yard run

First Regular Season TD Receiving @ Qwest Field:
Seahawks – Shaun Alexander 3 yard pass from Matt Hasselbeck vs. 49ers
Opponent – Rams' B. Manumaleuna 9 yard pass from M. Bulger

First Regular Season FG @ Qwest Field:
Seahawks – Josh Brown 35 yards vs. 49ers
Opponent – Rams' J. Wilkins 39 yards

First Regular Season 100-yard Rusher @ Qwest Field:
Seahawks – Shaun Alexander 150 yards vs. Rams
Opponent – Bills' W. McGahee 116 yards

First Regular Season Interception @ Qwest Field:
Seahawks – Ken Lucas vs. 49ers
Opponent – Panthers' B. Allen

First Playoff Game @ Qwest Field: January 8, 2005 vs. St. Louis Rams
Rams: 27    Seahawks: 20

First Playoff TD Rushing @ Qwest Field:
Seahawks – Matt Hasselbeck 6 yard run vs. Redskins
Opponent – Rams' M. Faulk 1 yard run

First Playoff TD Receiving @ Qwest Field:
Seahawks – Bobby Engram 19 yard pass from Matt Hasselbeck
Opponent – Rams' T. Holt 15 yard pass from M. Bulger

First Playoff Interception @ Qwest Field:
Seahawks – Ken Hamlin vs. Rams
Opponent – Rams' T. Fisher

First Playoff 100-yard Rusher @ Qwest Field:
Seahawks – Shaun Alexander 134 yards vs. Panthers January 22, 2006
Opponent –

First Playoff Victory @ Qwest Field: January 14, 2006 vs. Washington Redskins
Seahawks: 20    Redskins: 10

44

PSA 000029

EXHIBIT 2
Page 27 of 34



THANK YOU STAFF
FOR MAKING QWEST FIELD
THE BEST STADIUM
IN THE NFL

ATTENDANCE

First Game at Kingdome
58,441 (vs. St. Louis 9/12/76)

First Game at Seahawks Stadium
52,902 (vs. Indianapolis 8/10/02)

First Game at Qwest Field
47,641 (vs. Denver 8/21/04)

Seahawks Single Game Record Home Attendance:
68,681 (vs. Oakland 12/16/00, Husky Stadium)

Seahawks Stadium Record Attendance:
66,507 (vs. Pittsburgh 11/2/03)

Qwest Field Record Attendance:
68,093 (vs. Dallas 12/6/04)

NFC Championship Game:
67,837 (vs. Carolina 1/22/06)

PSA 000030



EXHIBIT 2
Page 28 of 34

PSA 000031

Exhibit to Ainsworth Decl.
Page160

EXHIBIT 2
Page 29 of 34



Exhibit to Ainsworth Decl.
Page161

EXHIBIT 2
Page 30 of 34



Exhibit to Ainsworth Decl.
Page162



EXHIBIT 2
Page 31 of 34

PSA 000034

Exhibit to Ainsworth Decl.
Page163

EXHIBIT 2
Page 32 of 34



## 2006 Seating Prices Per Game.

| | Season | *Single Game | Season Savings* |
|---|---|---|---|
| Club Seats 1 | $305 | $335 | $300 |
| Club Seats 2 | $240 | $275 | $350 |
| Club Seats 3 | $170 | $205 | $350 |
| Club Seats 4 | $120 | $165 | $450 |
| Charter Seats | $85/78 | $85 | $70 |
| General Seating | $70 | $79 | $90 |
| General Seating | $62 | $72 | $100 |
| General Seating | $54 | $65 | $120 |
| General Seating | $50 | $58 | $80 |
| General Seating | $37 | $39 | $20 |
| General Seating | $29 | $39 | $100 |

*Per Game Season
**Plus Charter seat license fee



**1-888-NFL-HAWK** ( 1-888-635-4295 )
**WWW.SEAHAWKS.COM**

Seating maps are for general overview;
actual section and seat locations may vary.
Group prices and seating are subject to availability.

PSA 000035

Exhibit to Ainsworth Decl.
Page164



EXHIBIT 2
Page 33 of 34

Exhibit to Ainsworth Decl.
Page165

PSA 000036

EXHIBIT 2
Page 34 of 34



PSA 000037

Exhibit to Ainsworth Decl.
Page166

Exhibit 3

Exhibit to Ainsworth Decl.
Page167



September 30, 2005

Ms. Lorraine Hine, Chair
Washington State Public Stadium Authority
Qwest Field and Event Center
800 Occidental Avenue, Suite 700
Seattle, WA 98134



Dear Ms. Hine:

This letter is to provide you with information to assist in responding to State Treasurer Michael Murphy's letter of September 27, 2005, regarding our security procedures implemented for the September 17 Washington State University football game played at Qwest Field.

As you know, under the terms of our lease, First & Goal Inc. has the authority and responsibility for operating Qwest Field and Event Center. This includes establishing as well as implementing operating policies and procedures. Event security is a critical component of these policies and procedures. As the operator of Washington's premier outdoor sports and entertainment facility, First & Goal has an obligation to ensure the safety and comfort of all event patrons and participants.

The NFL strongly recommends limited pat-downs for all NFL games, and we have implemented these for all home Seahawks games. However, industry best practices for security in large venues like ours dictate that security measures be determined by the size and profile of the event, not just by the particular users. Large, high-profile college football games do not present less risk than NFL games.

Our decision to include limited pat-downs – torso only, taking less than 5 seconds to complete – as part of our event security plan for the WSU game was based on three factors: anticipated crowd size, information from Federal law enforcement agencies, and our experience with WSU games in 2002, 2003 and 2004.

    1. As of September 16, there were approximately 50,000 tickets for the WSU game distributed, with potential for significant additional walk-up ticket sales on game day. In contrast, there were only 17,000 tickets distributed for the Air Force Academy home game against the University of Washington played at Qwest Field earlier in September;

**EXHIBIT 3**
**Page 1 of 2**

QWEST FIELD & EVENT CENTER
800 OCCIDENTAL AVE S., NO 100, SEATTLE, WA 98134

PSA 000038



**FIRST & GOAL**
INCORPORATED

2. Subsequent to the UW game, but prior to the WSU game, we received information from the Department of Homeland Security and the FBI that, in our view, warranted heightened security measures for our large bowl events such as the WSU game; and

3. Our prior three years experience with WSU games at Qwest Field led us to expect significant problems with outside alcohol and minors in possession. After the 2004 WSU game, we found evidence of outside alcohol in almost every section of the stadium. We have been working closely with the Washington State Liquor Control Board to strengthen our controls in this area. Limited pat-downs serve this purpose, as well as identifying weapons and other unauthorized items. As expected, the limited pat-downs identified a significant number of patrons attempting to bring alcohol into the stadium. Our limited pat-downs at the WSU game also uncovered one concealed handgun.

It is important to clarify that First & Goal, not the PSA, the State or the NFL, is responsible for security measures for events at Qwest Field. We believe our policies and procedures to be appropriate and consistent with sports venue best practices. We stand by our decision to utilize limited pat-downs as part of our security plan for the WSU game.

Treasurer Murphy's complaint is virtually the only negative feedback we have received regarding limited pat-downs. Indeed, many of our event patrons have been complimentary and appreciative of this heightened security measure.

We would be happy to provide further background and explanation on this topic. Thank you.

Very truly yours,

Susan Darrington

Susan Darrington
Vice President, Event Operations and Services
First & Goal Inc.

**EXHIBIT 3**
**Page 1 of 2**

QWEST FIELD & EVENT CENTER
800 OCCIDENTAL AVE S., NO 100, SEATTLE, WA 99134
TEL 206-301-7655   FAX 206-301-7657
WWW.QWESTFIELD.COM

PSA 000039