The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STARK, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SEATTLE SEAHAWKS, FOOTBALL, )<br>NORTHWEST, LLC, *et al.*, )<br>)<br>Defendants. ) | Case No. CV06-1719 JLR |

## PROPOSED ORDER

This ___ day of _____, 2007, having reviewed defendants the Seattle Seahawks, Football Northwest, LLC, and First & Goal, Inc.'s (collectively "Seahawks Defendants") motion for summary judgment, their memorandum of authorities, and their supporting materials, along with the opposition of plaintiffs Fred and Kathleen Stark;

IT IS ORDERED that the Seahawks Defendants' motion for summary judgment is granted.

_____
United States District Judge

Proposed Order

Case No. CV06-1719 JLR

**Covington & Burling LLP**
1201 Pennsylvania Ave, NW
Washington, DC 20002
Tel: 202.662.6000  FAX: 202.662.6291