THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants. | Case No. CV06 1719 JLR<br><br>[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE |

The Court, having considered the motion for summary judgment by defendants Washington Public Stadium Authority and Lorraine Hine, their supporting materials, and the response and supporting materials by plaintiffs, hereby ORDERS:

1.  The motion for summary judgment by defendants Washington Public Stadium Authority and Lorraine Hine are hereby GRANTED.

Page 1 - [PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE, Case No. CV 6-1719          ::ODMA\PCDOCS\PORTLAND\562349\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

1     2.     The claims against defendants Washington Public Stadium Authority and

2 Lorraine Hine are hereby DISMISSED with prejudice.

3     IT IS SO ORDERED this ___ day of _____, 2007.

4

5

                                  _____
                                  James L. Robert

6                                   U.S. District Court Judge

7

8 Presented by:

9

10 /s/ John J. Dunbar
     John J. Dunbar, WSBA No. 15509
11 BALL JANIK LLP
     101 SW Main Street, Suite 1100
12 Portland, OR 97204
     Telephone: (503) 228-2525
13 Facsimile: 503-226-3910
     Email: jdunbar@bjllp.com
14
     Attorneys for Defendants Washington State
15 Public Stadium Authority and Lorraine Hine

16

17

18

19

20

21

22

23

24

25

26

Page 2 - [PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE, Case No. CV 6-1719        ::ODMA\PCDOCS\PORTLAND\562349\1

# CERTIFICATE OF SERVICE

1  
2      I hereby certify that, on the 27th day of March, 2007, I served a true and correct copy of

3  the foregoing **[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT BY**

4  **DEFENDANTS PSA AND HINE**, by the method shown below, addressed to the following

5  named persons at their last-known addresses on the date shown above:

| | |
|---|---|
| 6   Timothy G. Leyh, Esq.<br>     Christopher T. Wion, Esq,<br>7   Danielson Harrigan Leyh & Tollefon LLP<br>     999 Third Avenue, Suite 4400<br>8   Seattle, Washington 98104<br>         Counsel for Plaintiffs | BY EMAIL AND FEDERAL EXPRESS |
| 9<br>     Gregg H. Levy, Esq.<br>10  Paul A. Ainsworth, Esq.<br>     Covington & Burling LLP<br>11  1201 Pennsylvania Avenue, NW<br>     Washington, DC  20004 | BY EMAIL AND FEDERAL EXPRESS |
| 12<br>     Jeffrey Miller, Esq,<br>13  Timothy Filer, Esq.<br>     Foster Pepper PLLC<br>14  1111 Third Avenue, Suite 3400<br>     Seattle, Washington 98101<br>15      Attorneys for Defendants The Seattle Seahawks,<br>     Football Northwest LLC and First & Goal, Inc. | BY EMAIL AND FEDERAL EXPRESS |

16

17              /s/ John J. Dunbar
                John J. Dunbar, WSBA No. 15509
18              BALL JANIK LLP
                101 SW Main Street, Suite 1100
19              Portland, OR 97204
                Phone: (503) 228-2525
20              Fax: (503) 226-3910
                Email: jdunbar@bjllp.com

21              Attorneys for Defendants The Washington State
22              Public Stadium Authority and Lorraine Hine

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\562349\1