THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants. | Case No. CV06 1719 JLR<br><br>DECLARATION OF LORRAINE HINE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE |

Lorraine Hine states:

1. I am over the age of 21 years and otherwise competent to make this declaration. I make this declaration on personal knowledge of the facts set forth in this declaration, unless expressly indicated otherwise.

1. I am the Chair of the Board of Directors of the Public Stadium Authority ("PSA"). I was appointed by the Governor. Board members are paid a stipend each year, not to exceed $3000.

Page 1 - DECLARATION OF LORRAINE HINE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE -- CASE NO. CV06 1719 JLR

::ODMA\PCDOCS\PORTLAND\562090\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

2. I have had no involvement in FGI's decision to implement pat-downs at Qwest Field before Seahawks' home games and other football games. I was not consulted by the NFL, the Seattle Seahawks, or FGI about the decision to conduct pat-downs. I have had no role in the planning, implementation, design, or enforcement of the pat-downs or any other game day security measure. Before and after the pat-downs began, I have not encouraged, suggested, compelled, or provided any kind of approval of any game day security measures, including the pat-downs.

I declare under penalty of perjury under the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of March, 2007 in Seattle, Washington.

*Lorraine Hine*
Lorraine Hine

Page 2 - **DECLARATION OF LORRAINE HINE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE --
CASE NO. CV06 1719 JLR**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 27th day of March, 2007, I served a true and correct copy of the foregoing **DECLARATION OF LORRAINE HINE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS PSA AND HINE,** by the method shown below, addressed to the following named persons at their last-known addresses on the date shown above:

| | |
|---|---|
| Timothy G. Leyh, Esq.<br>Christopher T. Wion, Esq,<br>Danielson Harrigan Leyh & Tollefon LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington  98104<br>    Counsel for Plaintiffs | BY EMAIL AND FEDERAL EXPRESS |
| Gregg H. Levy, Esq.<br>Paul A. Ainsworth, Esq.<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004 | BY EMAIL AND FEDERAL EXPRESS |
| Jeffrey Miller, Esq,<br>Timothy Filer, Esq.<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, Washington  98101<br>    Attorneys for Defendants The Seattle Seahawks,<br>    Football Northwest LLC and First & Goal, Inc. | BY EMAIL AND FEDERAL EXPRESS |

/s/ John J. Dunbar
John J. Dunbar, WSBA No. 15509
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
Phone:  (503) 228-2525
Fax: (503) 226-3910
Email:  jdunbar@bjllp.com

Attorneys for Defendants The Washington State Public Stadium Authority and Lorraine Hine

Page 1 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\562338\1