THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants | Case No. CV 06-1719 JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PRODUCTION OF REBUTTAL DECLARATIONS**<br><br>**Noted:**<br><br>Friday, March 30, 2007 |

## STIPULATION

On February 5, 2007, this Court entered the parties' proposed Stipulation and Order Setting Briefing Schedule Re Plaintiffs' Request for Injunctive Relief ("Scheduling Order"). The Scheduling Order required defendants to serve "responsive declarations" by January 26,

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 1

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

1  2007, and all parties were required to serve written discovery no later than February 16, 2007
2  (which meant that responses to the written discovery were due by March 19, 2007). Plaintiffs
3  were required to serve "rebuttal declarations" 11 days later, on March 30, 2007.
4      Due to minor discovery delays that the parties have resolved amicably among
5  themselves, the parties are requesting a short extension to the deadline for Plaintiffs to serve
6  rebuttal declarations. The parties have stipulated and agreed that Plaintiffs may have until
7  April 9, 2007 to provide rebuttal declarations, and respectfully request that this Court enter an
8  Order amending the prior Scheduling Order to reflect this agreement. No other changes to the
9  Scheduling Order are contemplated at this time.

## ORDER

The Court, having considered the parties' proposal, hereby amends the Scheduling Order previously entered on February 5, 2007 as follows:

> The deadline for Plaintiffs to serve any rebuttal declarations is hereby extended to April 9, 2007.

/
/

IT IS SO ORDERED

DATED this _____ day of _____, 2007.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 2

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Timothy G. Leyh
    Timothy G. Leyh, WSBA #14853
    Christopher T. Wion, WSBA #33207
Attorneys for Plaintiffs Fred and Kathleen Stark

FOSTER PEPPER LLC

By /s/ Tim J. Filer
    Tim J. Filer, WSBA #16285
    Jeffrey Miller, WSBA #28077
Attorneys for First & Goal and Football NW

BALL JANIK LLP

By /s/ John Dunbar

    John Dunbar, WSBA #15509
Attorneys for Washington State Public Stadium Authority

STIPULATION AND [PROPOSED] ORDER    Case No. CV 6-1719
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim J. Filer and John Dunbar, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:_____.

*[signature]*
D. Yvette Chambers

STIPULATION AND [PROPOSED] ORDER    Case No. CV 6-1719
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717