THE HONORABLE JAMES ROBART

___FILED ___ENTERED
___LODGED ___RECEIVED

APR - 2 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

06-CV-01719-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

Plaintiffs,

vs.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,

Defendants

Case No. CV 06-1719 JLR

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PRODUCTION OF REBUTTAL DECLARATIONS

Noted:

Friday, March 30, 2007

## STIPULATION

On February 5, 2007, this Court entered the parties' proposed Stipulation and Order Setting Briefing Schedule Re Plaintiffs' Request for Injunctive Relief ("Scheduling Order"). The Scheduling Order required defendants to serve "responsive declarations" by January 26,

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 1

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

2007, and all parties were required to serve written discovery no later than February 16, 2007 (which meant that responses to the written discovery were due by March 19, 2007). Plaintiffs were required to serve "rebuttal declarations" 11 days later, on March 30, 2007.

Due to minor discovery delays that the parties have resolved amicably among themselves, the parties are requesting a short extension to the deadline for Plaintiffs to serve rebuttal declarations. The parties have stipulated and agreed that Plaintiffs may have until April 9, 2007 to provide rebuttal declarations, and respectfully request that this Court enter an Order amending the prior Scheduling Order to reflect this agreement. No other changes to the Scheduling Order are contemplated at this time.

## ORDER

The Court, having considered the parties' proposal, hereby amends the Scheduling Order previously entered on February 5, 2007 as follows:

> The deadline for Plaintiffs to serve any rebuttal declarations is hereby extended to April 9, 2007.

/

/

IT IS SO ORDERED

DATED this _2_ day of _April_, 2007.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 2

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By ____/s/ Timothy G. Leyh_____
    Timothy G. Leyh, WSBA #14853
    Christopher T. Wion, WSBA #33207
Attorneys for Plaintiffs Fred and Kathleen Stark


FOSTER PEPPER LLC



By ____/s/ Tim J. Filer_____
    Tim J. Filer, WSBA #16285
    Jeffrey Miller, WSBA #28077
Attorneys for First & Goal and Football NW


BALL JANIK LLP



By _/s/ John Dunbar_____

    John Dunbar, WSBA #15509
Attorneys for Washington State Public Stadium Authority

---

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 3

Case No. CV 6-1719

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim J. Filer and John Dunbar, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

*[signature]*

D. Yvette Chambers

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PRODUCTION OF
REBUTTAL DECLARATIONS - 4

Case No. CV 6-1719

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717