Stark et al v. Seattle Seahawks et al...  Doc. 29
Case 2:06-cv-01719-JLR    Document 29    Filed 04/17/2007    Page 1 of 3
Case 2:06-cv-01719-JLR    Document 27    Filed 04/13/2007    Page 1 of 3

The Honorable James L. Robart

06-CV-01719-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STARK, *et al.*, | ) | Case No. CV 06-1719 JLR |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER AMENDING CASE SCHEDULE |
| v. | ) | AND BRIEFING SCHEDULE ON |
| | ) | MOTIONS FOR SUMMARY |
| THE SEATTLE SEAHAWKS, FOOTBALL | ) | JUDGMENT |
| NORTHWEST, LLC, *et al.*, | ) | |
| | ) | Noted for Motion Docket: |
| Defendants. | ) | Friday, April 13, 2007 |
| | ) | |

## STIPULATION

On February 5, 2007, this Court entered the parties' proposed Stipulation and Order Setting Briefing Schedule Re Plaintiffs' Request for Injunctive Relief ("Scheduling Order"), subsequently modified by order on April 2, 2007. The Scheduling Order provides that all depositions must be completed by April 30, 2007, that the parties' opening briefs are due on May 18, 2007, and that the hearing is to occur the week of June 25, 2007. In addition, on March 27, 2007, Defendants filed motions for summary judgment on the issue of state action; those motions are noted for April 20, 2007, with oppositions due April 16, 2007, and replies due April 20, 2007.

Scheduling conflicts have resulted in the parties being unable to complete all depositions during the time set forth in the Scheduling Order. The parties have been working

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR PLAINTIFFS OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGEMENT AND FOR
DEPOSITIONS - 1
Case No. CV06-1719 JLR
50807424.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

Dockets.Justia.com

cooperatively to resolve these conflicts, but agree that the resulting delay requires some adjustment to the schedule originally proposed.

Subject to the Court's approval, the parties have agreed that the deposition deadline shall be extended from April 30 until May 11, 2007; that the deadline for filing Plaintiffs' opposition to the pending summary judgment motions shall be extended from April 16 until May 8, 2007, that the motions for summary judgment shall be re-noted for May 18, 2007, and that replies shall be due no later than the noting date per Local Rule 7(e).

Again subject to the Court's approval, the parties have further agreed that the deadline for filing opening briefs shall be June 8, 2007, the deadline for filing responsive briefs shall be June 22, 2007, and the hearing date, if the Court's calendar allows, be set for July 16-18, 2007.

## ORDER

The Court, having considered the parties' proposal, hereby amends the Scheduling Order previously entered on February 5, 2007, and amended on April 2, 2007, as follows:

The deadline for taking depositions is hereby extended to May 11, 2007;

The deadline for filing Plaintiffs' opposition to Defendants' motions for summary judgment is hereby extended to May 8, 2007;

The deadline for filing Defendants' replies in support of their motions for summary judgment is hereby extended to May 18, 2007;

The Noted date for Defendants' motion for summary judgment is hereby extended until May 18, 2007;

The deadline for filing opening briefs is hereby extended to June 8, 2007;

The deadline for filing responsive briefs is hereby extended to June 22, 2007;

The evidentiary hearing date is hereby continued to July 16-18, 2007.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENTY AND FOR DEPOSITIONS - 2
Case No. CV06-1719 JLR
50807424.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

1  IT IS SO ORDERED

2  DATED this 17th day of April, 2007.

   _____
   UNITED STATES DISTRICT COURT JUDGE

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By     /s/ Timothy G. Leyh
       Timothy G. Leyh, WSBA #14853
       Christopher T. Wion, WSBA #33207

       Attorneys for Plaintiffs Fred and Kathleen Stark

FOSTER PEPPER LLC


By     /s/ Tim J. Filer
       Tim J. Filer, WSBA #16285
       Jeffrey Miller, WSBA #28077

       Attorneys for First & Goal and Football NW

BALL JANIK LLP

By     /s/ John Dunbar
       John Dunbar, WSBA #15509

       Attorneys for Washington State Public Stadium Authority

---

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR PLAINTIFFS OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGEMENT AND FOR
DEPOSITIONS - 3
Case No. CV06-1719 JLR
50807424.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400