1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED STARK, et al,

                    Plaintiffs,

          v.

THE SEATTLE SEAHAWKS, et al.,

                    Defendants.

CASE NO. C06-1719JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are Defendants' motions for summary judgment (Dkt. ## 21, 22), both of which are noted for consideration on May 18, 2007.  In order to ensure sufficient time for the parties to prepare and brief Plaintiffs' motion for preliminary injunction, the court amends the scheduling order as follows:

Plaintiffs' motion for preliminary injunction shall be noted for consideration on July 13, 2007; the motion and responsive pleadings shall be filed in accordance with the court's local rules.  See Local Rules W.D. Wash. CR 7(d)(3).

Filed and entered this 4th day of May, 2007.

                                        BRUCE RIFKIN, Clerk

                                              s/Mary Duett
                              By
                                              Deputy Clerk

MINUTE ORDER