THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants. | Case No. CV 06-1719 JLR<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' SUMMARY JUDGMENT MOTIONS<br><br>Noted for May 18, 2007 |

This matter came before the Court on the motions of Defendants, The Seattle Seahawks, Football Northwest, LLC, First & Goal, Inc., PSA and Lorraine Hine, for an order granting them summary judgment dismissing the plaintiff's claims for Violation of Fourth

[PROPOSED] ORDER DENYING DEFENDANTS' SUMMARY JUDGMENT MOTIONS - 1

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

Dockets.Justia.com

CV 06-1719 JLR

Amendment Rights, Violation of Civil Rights under 42 U.S.C. § 1983 and Violation of Washington State Constitution. The Court has considered the following pleadings:

1. Seahawks Defendants' Motion for Summary Judgment (State Action) and Supporting Memorandum of Authorities;

2. Declaration of Paul A. Ainsworth in Support of The Seahawks Defendants' Motion for Summary Judgment (State Action) and attached exhibits;

3. Motion for Summary Judgment and Memorandum in Support by Defendants PSA and Hine;

4. Declaration of Lorraine Hine in Support of Motion for Summary Judgment by Defendants PSA and Hine;

5. Declaration of Ann Kawasaki Romero in Support of Motion for Summary Judgment by Defendants PSA and Hine and attached exhibits;

6. Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment;

7. Declaration of Garth D. Wojtanowicz in Support of Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment;

8. _____;

9. _____;

10. _____.

Having considered the arguments of the parties and being otherwise fully advised in the premises, it is hereby ORDERED that the Motions of all Defendants for Summary Judgment are DENIED.

///

///

[PROPOSED] ORDER DENYING
DEFENDANTS' SUMMARY JUDGMENT
MOTIONS - 2

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

DONE IN OPEN COURT this \_\_\_\_\_ day of May, 2007.

_____
JUDGE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN & TOLLEFSON LLP

By _____
Timothy G. Leyh, WSBA #14853
Christopher T. Wion, WSBA #33207
Garth D. Wojtanowicz, WSBA #30822
Attorneys for Plaintiffs Fred and Kathleen Stark

[PROPOSED] ORDER DENYING
DEFENDANTS' SUMMARY JUDGMENT
MOTIONS - 3

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| I declare under penalty of perjury of the laws of the State of Washington that on May 8, 2007, I caused to be served a copy of this document upon the following: | |
|---|---|
| Tim J. Filer / Jeffrey Miller<br>Foster Pepper LLC<br>1111 Third Ave., Suite 3400<br>Seattle, WA 98101-3299 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>    (206) 447-9700<br>[X] By E-Mail<br>FileT@Foster.com<br>MilJE@Foster.com<br>howej@foster.com |
| Stephen T. Janik / John Dunbar<br>Ball Janik LLP<br>One Main Place<br>101 SW Main St, Suite 1100<br>Portland, OR 97204 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>    (503) 295-1058<br>[X] By E-Mail<br>sjanik@balljanik.com<br>jdunbar@bjllp.com<br>ismith@bjlp.com<br>lpjordan@balljanik.com |
| Paul A. Ainsworth<br>Gregg H. Levy<br>Covington & Burling LLP<br>1201 Pennsylvania Ave., NW<br>Washington, DC 20004-2401 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>    (202) 662-6291<br>[X] By E-Mail<br>painsworth@cov.com<br>glevy@cov.com |
| *(signature)* D. Yvette Chambers | |

[PROPOSED] ORDER DENYING
DEFENDANTS' SUMMARY JUDGMENT
MOTIONS - 4

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717