THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

Plaintiffs,

vs.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,

Defendants.

Case No. CV 06-1719 JLR

DECLARATION OF GARTH D. WOJTANOWICZ IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Noted for May 18, 2007

I, Garth D. Wojtanowicz declare as follows:

1. I am an attorney for plaintiffs in this action. I have personal knowledge of each fact stated in this declaration.

/ / /

DECLARATION OF GARTH D. WOJTANOWICZ IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - 1

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

| | |
|---|---|
| 1 | 2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Ann Kawasaki-Romero dated April 25, 2007 and exhibits 27, 29, 30, 31, 32 and 36 thereto. |
| | 3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of the Public Stadium Authority 30 (b)(6) designee Ann Kawasaki-Romero dated April 25, 2007. |
| | 4. Attached hereto as Exhibit 3 is a true and correct copy of Answer of Defendants the Washington State Public Stadium Authority and Lorraine Hine dated January 9, 2007. |
| | 5. Attached hereto as Exhibit 4 is a true and correct copy of Answer of the Seattle Seahawks, Football Northwest LLC, and First & Goal, Inc. dated January 3, 2007. |

2.   Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Ann Kawasaki-Romero dated April 25, 2007 and exhibits 27, 29, 30, 31, 32 and 36 thereto.

3.   Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of the Public Stadium Authority 30 (b)(6) designee Ann Kawasaki-Romero dated April 25, 2007.

4.   Attached hereto as Exhibit 3 is a true and correct copy of Answer of Defendants the Washington State Public Stadium Authority and Lorraine Hine dated January 9, 2007.

5.   Attached hereto as Exhibit 4 is a true and correct copy of Answer of the Seattle Seahawks, Football Northwest LLC, and First & Goal, Inc. dated January 3, 2007.

6.   Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Martha Fuller dated April 30, 2007 and exhibits 58, 59 and 60 thereto.

7.   Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Lorraine Hine dated April 27, 2007 and exhibit 55 thereto.

8.   Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Fred Stark dated November 27, 2006.

9.   Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Milton Ahlerich dated May 2, 2007.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.

Executed this 8th day of May, 2007, at Seattle, Washington.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
Garth D. Wojtanowicz, WSBA #30822

DECLARATION OF GARTH D.
WOJTANOWICZ IN SUPPORT OF
PLAINTIFFS' CONSOLIDATED
RESPONSE TO DEFENDANTS' MOTIONS
FOR SUMMARY JUDGMENT - 2

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

2   I declare under penalty of perjury of the laws of the State of Washington that on May 8, 2007, I caused to be served a copy of this document upon the following:

| Name / Address | Method |
|---|---|
| Tim J. Filer / Jeffrey Miller<br>Foster Pepper LLC<br>1111 Third Ave., Suite 3400<br>Seattle, WA 98101-3299 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>   (206) 447-9700<br>[X] By E-Mail<br>FileT@Foster.com<br>MILJE@Foster.com<br>howej@foster.com |
| Stephen T. Janik / John Dunbar<br>Ball Janik LLP<br>One Main Place<br>101 SW Main St, Suite 1100<br>Portland, OR 97204 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>   (503) 295-1058<br>[X] By E-Mail<br>sjanik@balljanik.com<br>jdunbar@bjllp.com<br>ismith@bjlp.com<br>lpjordan@balljanik.com |
| Paul A. Ainsworth<br>Gregg H. Levy<br>Covington & Burling LLP<br>1201 Pennsylvania Ave., NW<br>Washington, DC 20004-2401 | [ ] Legal Messenger<br>[ ] By Mail<br>[ ] By Facsimile<br>   (202) 662-6291<br>[X] By E-Mail<br>painsworth@cov.com<br>glevy@cov.com |

*/s/ D. Yvette Chambers*
D. Yvette Chambers

---

DECLARATION OF GARTH D. WOJTANOWICZ IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - 3

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717