| Washington State Stadium Authority Revenue Received From FGI 1/1/2004 to Present | |
|---|---:|
| Rent | 2,824,644.00 |
| Common School Fund | 426,492.00 |
| Admission Surcharge | 2,012,636.00 |
| Naming Rights | 4,795,000.00 |
| Sale of FF & E | 64,627.00 |
| Interest Earnings on Lock Box | 17,474.00 |
| Total | 10,140,873.00 |

Exhibit  27  Date 4-25-07

Witness  Kawasaki

Mindy Suurs

PSA 000597

Dockets.Justia.com



# WASHINGTON STATE PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Meet the PSA |

Qwest Event Center Information | Public Benefits
First & Goal | Construction | Links | Contact Us





**More Topics**

Public Lottery Suite

Public Art

Youth Athletic Facilities

Diversity Program

Community Involvement and Mitigation

Affordable Seats

Permanent Common School Fund

Profit Sharing

## Public Benefits

Qwest Field & Event Center offers more to Washington's citizens than just a state-of-the art venue. Read our Public Benefits section to learn more about how public and private interests worked together to make the facility a sound investment in Washington's future.



On Sept. 4, 2002 the PSA & FGI presented Governor Gary Locke with a check made payable to the Permanent Common School Fund in the amount of $116,360.

© 2004 Public Stadium Authority, All Rights Reserved. Terms of use.

Exhibit 29 Date 4-25-07
Witness Mindy Suurs
Kawasaki



**WASHINGTON STATE PUBLIC STADIUM AUTHORITY**

Qwest Field Information

Meet the PSA

Qwest Event Center Information | Construction | Links | Public Benefits | Contact Us

First & Goal | Qwest Event Center Information | Construction | Links | Public Benefits | Contact Us

More Topics

Public Lottery Suite

**Public Art**

Youth Athletic Facilities

Diversity Program

Community Involvement and Mitigation

Affordable Seats

Permanent Common School Fund Profit Sharing

# Public Art

The Stadium and Exhibition Center Art Program was launched in 1998, enabled by a voluntary $1.75 million contribution from First & Goal Inc. In 1996, a request for qualifications yielded a total of 254 responses from around the United States and Canada. The artists featured in the program were selected by a 11-member Art Selection Committee.

The guiding mission of the art program was to:

- Engage both regional and national artists to create artworks that capture the public's interest and imagination for visitors
- Develop a collection that will serve as a destination for visitors from around the world
- Represent a diverse range of cultural and artistic perspectives
- Create a collection that will be a source of pride for the region

**Juan Alonso, Seattle**

*Four Zones, 2001*

Mr. Alonso produced a series of four paintings, each measuring 6' tall and 10' wide. The paintings depict floral imagery for which the artist is known, and are exhibited on the north wall of the south end-zone club restaurant/lounge.

**Bellz Brother, Seattle**

*lumen, 2002*

Ms. Brother, well known for her use of light as an art form interacting with architecture, created a geometric design using lights embedded in the concrete in the North Plaza. Mainly seen at night, the work will provide a stimulating focus within the North Plaza for patrons and the surrounding community.





**Romson Regarde Bustillo, Seattle**
*Barangay, 2001*
Mr. Bustillo's three large-scale paintings are
from an ongoing series of works exploring
contemporary and historic Filipino culture.
The works are featured in the corridor
between the Exhibition Center and the
Stadium.



**Cheryl dos Remedios, Seattle**
*The Stadium Suite, 2001*
Eight of Ms. dos Remedios' paintings have
been reproduced as banners to be displayed
in the Occidental Avenue Concourse. Her
work reflect playfully on the full range of
visual stimuli in the building.



**Claudia Fitch, Seattle**
*Colossal Heads, 2002*
Ms. Fitch created the six "Colossal Heads"
mounted on the central columns of the
stadium's west colonnade along Occidental
Avenue. The heads, all between 6 and 7 feet
in height are a idiosyncratic interpretation of
images from a variety of eras and cultures.



**Glenn J. Rudolph, Seattle**
*10 gelatin silver prints all uniquely named*
Working in large format black and white
photography, Mr. Rudolph focused primarily
on the Duwamish River. When shown
together, his 10 photographs tell the story of
the changing face of this Northwest
landscape.

**David Russo, Seattle**
*Populi, 2001*

Mr. Russo created movi... ...deo imagery reflecting the textures of our surrounding region in a loose, non-linear narrative that permits "entering" the piece at any time. This imaginative time-based work is featured on the external media totems as well as on the internal media system.

## Robert Yoder, Seattle

*Montgomery Line, 2000*
In the South Royal Brougham Way sidewalk, Mr. Yoder developed a series of shapes that weave in and out of the entrance to the Exhibition Center. The colorful material is visible to pedestrians as well as patrons viewing the project from above.

## Bob Haozous, Santa Fe, New Mexico

*Earth Dialogue, 2002*
Mr. Haozous' installation of the stadium's North Tower is assembled from four 24-foot diameter painted steel discs. Although inspired by symbols that are part of his Warm Springs/Chiricahua Apache heritage, Haozous believes that the forms and colors of the artwork have universal meanings.

Specifically, the artwork is intended as a constant reminder of our deep connection to the earth. According to Haozous, the lowest disc, depicting a stylized cityscape, represents our contemporary, man-made world. The green disc above it symbolizes life and growth, but its human figures are flying away, suggesting the loss of man's direct tie to nature, or in a more hopeful reading, a return to those ties. The third disc honors the sun, highlighting our depended on the natural world and the redemptive powers of nature. The top disc is a collection of man-made clouds, meant to suggest the immensity of the natural environment.





**James Lavadour, Pendleton, Oregon**

*Standing Among Ghosts, 2001*

Mr. Lavadour is highly regarded for his Northwest landscape images. For this project, 16 of his paintings have been assembled into an interlocking grid and installed at the entrance of the club lounge in the stadium. The invented landscapes pay homage to the deserts and mountains of his homeland in northeastern Oregon.



**Susan Point, Vancouver, British Columbia, Canada**

*Written Into the Earth, 2002*

Ms. Point's artwork for the stadium consists of two distinct projects; a band of cast bronze bas-relief sculptures at the base of the North Tower and all the tree grates for the entire Stadium & Exhibition Center.

The pattern of bronze bas-relief sculptures at the base of the North Tower (in an arc that outlines a portion of the former footprint of the Kingdome) is composed of four designs intended to represent world cultures.

The tree grate designs are based on the designs of spindle whorls-stone flywheels attached to the tools the Salish used for spinning yarn.



**Peter Shelton, Malibu, California**

*rockshadow, 2002*

On the West Plaza along Occidental Avenue, Mr. Shelton installed a work titled "Rockshadow." The installation includes a large Northwest boulder approximately eight to 10 feet in diameter, and weighing 35,000-65,000 pounds, which reflects the geological origins of our region. A bronze cast of the rock or "shadow" has been placed near the rock.



# WASHINGTON STATE PUBLIC STADIUM AUTHORITY






Home | Qwest Field Information | Qwest Event Center Information | Public Benefits
Meet the PSA | First & Goal | Construction | Links | Contact Us

**More Topics**

Public Lottery Suite

Public Art

**Youth Athletic Facilities**

Diversity Program

Community Involvement and Mitigation

Affordable Seats

Permanent Common School Fund

Profit Sharing

## Youth Athletic Facilities

Referendum 48 (the Stadium Act) authorized the creation of a youth athletic facilities grant program. The program supports grants for acquiring, developing, equipping, maintaining, and improving "youth or community athletic facilities." In 1998, Paul Allen contributed $10 million to the account. To date, grants have been awarded across the State through this program. Additional funds will be generated in the future for more fields and athletic facilities.

For more information regarding the youth athletic facilities grant program, contact the Community Outdoor Athletic Fields Advisory Council at www.iac.wa.gov.

© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

# WASHINGTON STATE PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Qwest Event Center Information | Public Benefits

Meet the PSA | First & Goal | Construction | Links | Contact Us



**More Topics**

Public Lottery Suite

Public Art

Youth Athletic Facilities

**Diversity Program**

Community Involvement and Mitigation

Affordable Seats

Permanent Common School Fund

Profit Sharing

## Diversity Program

Referendum 48 required the Stadium and Exhibition Center Project to adopt King County's goals for Minority and Women Business Enterprise (M/WBE) participation. Through the collaborative efforts of the PSA, First & Goal Inc, and Turner Construction Company, over $81 million in contracts were awarded to Minority and Women Business Enterprises during construction.

First & Goal has continued its commitment to diversity programs in its management of the stadium and exhibition center by establishing similar M/WBE goals for its operations. M/WBE firms interested in exploring contracting opportunities at Qwest Field & Event Center should contact First & Goal at www.qwestfield.com.



© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

# WASHINGTON STATE PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Qwest Event Center Information | Public Benefits
Meet the PSA | First & Goal | Construction | Links | Contact Us







**More Topics**

Public Lottery
Suite

Public Art

Youth Athletic
Facilities

Diversity
Program

Community
Involvement
and Mitigation

**Affordable
Seats**

Permanent
Common
School Fund
Profit Sharing

## Affordable Seats

Referendum 48 requires the Seattle Seahawks to offer to sell at least 10 percent of the spectator seats in the stadium at a price which is not greater than the average of the lowest ticket prices charged by all NFL teams during the preceding NFL season.

For more information regarding Seattle Seahawks tickets visit www.seahawks.com.

© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

WASHINGTON STATE
PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Qwest Event Center Information | Public Benefits

Meet the PSA | First & Goal | Construction | Links | Contact Us

## Permanent Common School Fund Profit Sharing

Referendum 48 requires that 20 percent of any annual net profits
generated from the operation of the Exhibition Center be deposited into
the State of Washington Permanent Common School Fund for public
school improvements.

Past contributions to the Common School Fund were:

2002 - $116,360

2003 - $137,580

2004 - $126,697

2005 - $150,057

2006 - $276,434

**More Topics**

Public Lottery
Suite

Public Art

Youth Athletic
Facilities

Diversity
Program

Community
Involvement
and Mitigation

Affordable
Seats

**Permanent
Common
School Fund
Profit Sharing**

© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

# WASHINGTON STATE PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Qwest Event Center Information | Public Benefits
Meet the PSA | First & Goal | Construction | Links | Contact Us






**More Topics**

PSA Board

PSA Staff

Frequently Asked Questions

Meetings

## About PSA

The Washington State Public Stadium Authority (PSA) was created by Referendum 48, a ballot initiative passed by voters authorizing use of public funds to build a Stadium and Exhibition Center. Here you can find background on the PSA and those dedicated to making sure the public's interest is effectively represented in the operation and management of the state-of-the-art facility.

The PSA's mission is to represent the public's interest in owning Qwest Field & Event Center and overseeing First & Goal Inc.'s operation of the facility for the benefit of all Washington state citizens.

In pursuit of this mission, the PSA will work to ensure that Qwest Field & Event Center:

- Is accessible and of high quality.
- Provides economic and entertainment benefits to residents across the state of Washington.
- Attracts families and individuals of all incomes and interests.
- Is an asset and symbol of pride to its residential and business neighbors and to all Washington state residents.
- Remains a showcase that will attract national and international sports, entertainment and trade events and visitors for many decades to come.
- Serves as a national model for public-private partnerships.

© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

Exhibit 30  Date 4-25-07
Witness Kawasaki
Mindy Suurs

Exhibit 31
Date 4-25-07
Witness Mindy Suura
Kawasaki

# WASHINGTON STATE PUBLIC STADIUM AUTHORITY

Home | Qwest Field Information | Meet the PSA | First & Goal | Qwest Event Center Information | Construction | Links | Public Benefits | Contact Us



**More Topics**

PSA Board

PSA Staff

**Frequently Asked Questions**

Meetings

## PSA Frequently Asked Questions

### What is the Washington State Public Stadium Authority and what does it do?

The Public Stadium Authority (PSA) was created by voters in 1997 when they passed Referendum 48 authorizing public financing for a stadium and exhibition center. The referendum established the PSA, as the owner of the stadium, exhibition center and parking garage, and made the PSA responsible for overseeing the siting, design, construction and operation of the $430-million complex.

With construction complete, the chief role of the PSA is to ensure the public's interests are represented and protected in the facility's operation. The PSA Board is comprised of seven civic members from across the state appointed by the Governor.

### How does First & Goal Inc. fit into all of this?

The interests of the Seattle Seahawks NFL football team and its owner, Paul Allen, are represented by First & Goal Inc (FGI). In 1998, the PSA Board authorized FGI to construct and operate the facility under PSA oversight. As the facility operator and master tenant, FGI-not the PSA-is responsible for scheduling events, ticketing, operations and parking.

### How much did the facility cost and who paid for it?

The $430-million Qwest Field & Event Center was built with both public and private funds. Public investment totaled $300 million and came from the following sources: Washington State Lottery; King County sales tax; King County Hotel/Motel tax; deferred sales tax in King County; and stadium and exhibition center parking and admissions taxes.

The remaining balance of $130 million came from FGI, which is also responsible for funding maintenance, repair, and operations. Proceeds from the sale of naming rights will be used for facility improvements and other capital projects. Parking tax and admissions tax receipts will also be available for major capital repairs, replacements and improvements after the bonds are repaid.



## What kinds of events are held at the stadium?

Qwest Field is home to the Seattle Seahawks (www.seahawks.com) of the National Football League, and the facility will host 10-12 NFL games per year. The stadium will also host professional soccer and a variety of other professional and amateur sporting events. The stadium could also be used for major national and international sporting events, such as the Super Bowl or World Cup Soccer.

## What about the Event Center? What's held there?

Qwest Event Center hosts major consumer shows such as the Auto Show, Boat Show and Home Show, and similar large scale trade events. Concerts and other public festivals also take place in the facility. These events are too large for the Washington State Convention Center or Seattle Center, so the new exhibition center compliments these venues and adds to Seattle's ability to hold large events.

## Why is FieldTurf installed in the stadium instead of natural grass?

Qwest Field's playing field is covered with FieldTurf, an artificial surface that has received praise from the football community and has gained considerable acceptance in the soccer community. The PSA Board approved First & Goal's request to install FieldTurf at the stadium only after FGI committed to install and pay for temporary natural grass for major soccer events. If Major League Soccer requires a grass playing surface, the field will be permanently changed to natural grass at the time that Seattle receives an MLS team. In the meantime, FieldTurf provides much greater flexibility in scheduling back-to-back events in the stadium.

## What benefits will Washington citizens realize from the facilities?

The voter-approved referendum that authorized public funding for Qwest Field & Event Center included a variety of statewide public benefits generated by the project. They include:

- The opportunity to attend consumer shows and sports/entertainment events in a nationally-recognized facility, including soccer, football, concerts and other special events.
- Facilities that will attract events-and therefore people-from throughout the Pacific Northwest, and in some cases from throughout the world, benefiting the state's hospitality and tourism industry.
- A state-of-the-art stadium that will help keep NFL football in the Pacific Northwest.

- Revenue for [.......]'s Permanent Common School Fund (20 percent of the net profit from the exhibition center are deposited in the fund, which is used for public school improvements).
- A contribution of $10 million from Paul Allen to improve or create youth and community athletic fields and facilities across Washington state. Additional funds will be generated in the future for more fields and athletic facilities.

© 2004 Public Stadium Authority. All Rights Reserved. Terms of use.

THE HONORABLE JAMES L. ROBART

Exhibit _____ 32 _____ Date 4-25-07

Witness _____ Kawasaki

Mindy Suurs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED and KATHLEEN STARK, a married couple,

        Plaintiff,

      v.

THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,

        Defendants.

Case No. CV06 1719 JLR

DECLARATION OF ANN KAWASAKI ROMERO

I, Ann Kawasaki Romero, declare and state:

1. I am over the age of 21 years and otherwise competent to make this declaration. I make this declaration on personal knowledge of the facts set forth in this declaration, unless expressly indicated otherwise

I.   **Background**

2. I am Executive Director of the Public Stadium Authority ("PSA"). I was previously the Deputy Executive Director of the PSA and Director of Finance and Operations for the Washington State Major League Baseball Stadium Public Facilities District. I also served as

Page 1 - **DECLARATION OF ANN KAWASAKI ROMERO, CASE NO. CV06 1719 JLR**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\554792\4

1    the acting Director of the Kingdome, Deputy Director of the King County Department of Public

2    Works, and the Kingdome's Finance and Administration Manager.

3            3.  In my role as Executive Director of the PSA, I serve as staff liaison to the

4    PSA Board of Directors, develop policy options for Board consideration, and lead the PSA's

5    intergovernmental relations to ensure strong coordination with other jurisdictions  In addition, I

6    monitor the PSA's Master Lease Agreement with First & Goal, Inc. ("FGI").

7            4.  I have a master's degree in public administration from the University of

8    Washington.

9    **II.**    **Qwest Field**

10           5.  PSA is the owner of Qwest Field & Event Center (or "Qwest Field").  Qwest

11    Field cost approximately $430 million dollars to build and develop, including a $300 million

12    investment of public funds as authorized by the Stadium and Exhibition Center Financing Act.

13    FGI has paid the balance of the development costs.

14           6  As provided in the Stadium and Exhibition Center Act, PSA and FGI entered

15    into a master lease agreement, dated November 28, 1998 (the "Master Lease").  Under the

16    Master Lease, FGI is the "sole master tenant" of Qwest Field.  Attached as Exhibit A to this

17    declaration is a true and correct copy of the Master Lease and its subsequent amendments

18           7.  The Master Lease grants FGI "exclusive power and authority" to possess,

19    operate, use, and sublease Qwest Field.  Ex. A, §§ 2, 19  FGI is the sole and exclusive operator

20    of Qwest Field.  FGI is solely and exclusively responsible for all operations at Qwest Field; that

21    includes everything from event booking to ticketing to parking to concessions to security.

22           8.  Subject to the terms of the Master Lease, PSA has no legal liability,

23    obligation, control, or responsibility for the operations and activities that occur at Qwest Field.

24    PSA does not pay any of Qwest Field's operating costs. Ex. A, §§ 2, 10, 15, 19.  FGI has all

25    operating and maintenance responsibilities, risk, legal liability, and operating costs associated

26    with Qwest Field.  RCW 36.102.060(8); Ex. A, §§ 2, 10, 15.

Page 2 - **DECLARATION OF ANN KAWASAKI ROMERO, CASE NO. CV06 1719 JLR**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone: 503-228-2525

::ODMA\PCDOCS\PORTLAND\65479\214

1    9.  As sole master tenant, FGI retains all revenues from the operation of Qwest

2    Field, with some minor exceptions  Ex A, §§ 2, 6.  The Master Lease obligates FGI to pay PSA

3    annual rent for Qwest Field.  The provisions regarding rent for Qwest Field provide the

4    following.  Annual rent for Qwest Field and other facilities is the greater of $850,000 (adjusted

5    annually based on the Consumer Price Index) or reasonable PSA operating expenses for a lease

6    year (if those expenses exceed $850,000).  Ex A, § 5  As a rule, the rent derived from Qwest

7    Field is entirely unrelated to, and does not vary depending on, the amount of FGI's revenues or

8    costs from Qwest Field.  As for the minor exceptions, additional rent can be derived from

9    Olympic Games events or World Cup soccer games at the PSA Project, which includes Qwest

10   Field  In the event there are profits from Exhibition Hall operations, 20% of those profits are

11   paid by FGI to the common schools fund, even though the payment is denominated as rent.

12   These exceptions do not apply to revenue from football games at Qwest Field.  Ex A, §§ 6, 18.

13   In addition to rent, FGI also collects and remits to PSA a ticket surcharge  Ex A, § 18.

14   **III.    The NFL Pat-Down Requirement**

15       10. The PSA has had no involvement in FGI's decision to implement mandatory

16   limited pat-down inspections of all persons attending Seahawks home games.  The PSA was not

17   consulted by the NFL, Football Northwest (the Seattle Seahawks), or FGI about the pat-downs.

18   The PSA has had no role in planning, implementation, design, or enforcement of the pat-downs

19   or any other game day security measure; nor has PSA approved, compelled, encouraged, or

20   ratified the pat-down inspections.

21       11  PSA has no financial responsibility for the pat-downs or any other security

22   measures.  Pursuant to the terms of the Master Lease, FGI is solely responsible for all costs

23   associated with the pat-downs.  Ex A, Section 10.

24       12. PSA has not profited, directly or indirectly, from the pat-down inspections or

25   from any other stadium security procedures.

26

Page 3 -  **DECLARATION OF ANN KAWASAKI ROMERO, CASE NO. CV06 1719 JLR**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\554792\4

1    I declare under penalty of perjury under the laws of the State of Washington and

2  the laws of the United States of America that the foregoing is true and correct.

3      Executed this __26th__ day of January 2007 in Seattle, Washington.

4

5

6                                    Ann Kawasaki Romero

7                              Ann Kawasaki Romero

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 -  **DECLARATION OF ANN KAWASAKI ROMERO, CASE NO. CV06 1719 JLR**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\554792\4

1

## CERTIFICATE OF SERVICE

2      I HEREBY certify that on January 26th, 2007, I electronically filed the foregoing

3  **DECLARATION OF ANN KAWASAKI ROMERO** with the Clerk of the Court using the

4  ECM/CMF system which will send notification of the filing to the following parties:

5     Timothy G. Leyh, Esq.
6     Christopher T. Wion, Esq,
      Danielson Harrigan Leyh & Tollefon LLP,
7     999 Third Avenue, Suite 4400
      Seattle, WA 98104,
8        Counsel for Plaintiffs

9     Gregg H. Levy
      Paul A. Ainsworth                        Jeffrey Miller
10    COVINGTON & BURLING LLP                   Timothy Filer
      1201 Pennsylvania Ave., NW                FOSTER PEPPER PLLC
11    Washington, DC 2004                       1111 Third Avenue, Suite 3400
      Telephone: 202-662-6000                   Seattle, WA 98101
12    Fax: 202-662-6291                         Telephone: 206-447-4400
                                                Fax: 206-447-9700
13    Attorneys for Defendants The Seattle Seahawks,
14       Football Northwest LLC and First & Goal, Inc.

15

16                                    /s/ John J. Dunbar
                                      John J. Dunbar, WSBA No. 15509
17                                    BALL JANIK LLP
                                      101 SW Main Street, Suite 1100
18                                    Portland, OR 97204
                                      Telephone: 503-228-2525
19                                    Fax: 503-226-3910
                                      jdunbar@bjllp.com (email)
20                                       Attorneys for Defendants The Washington
                                         State Public Stadium Authority and Lorraine
21                                       Hine

22

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on January 26th, 2007, a copy of the declaration of Ann

3   Kawasaki Romero was sent by email and overnight delivery to:

4
    Timothy G. Leyh, Esq.
5   Christopher T. Wion, Esq,
    Danielson Harrigan Leyh & Tollefon LLP,
6   999 Third Avenue, Suite 4400
    Seattle, WA 98104,
7        Counsel for Plaintiffs

8   Gregg H. Levy
    Paul A. Ainsworth                         Jeffrey Miller
9   COVINGTON & BURLING LLP                    Timothy Filer
    1201 Pennsylvania Ave., NW                 FOSTER PEPPER PLLC
10  Washington, DC 2004                        1111 Third Avenue, Suite 3400
    Telephone: 202-662-6000                    Seattle, WA 98101
11  Fax: 202-662-6291                          Telephone: 206-447-4400
                                               Fax: 206-447-9700

12  Attorneys for Defendants The Seattle Seahawks,
        Football Northwest LLC and First & Goal, Inc.

13

14

15                                    John Dunbar
                                      _____
16                                    John J. Dunbar, WSBA No. 15509
                                      BALL JANIK LLP
17                                    101 SW Main Street, Suite 1100
                                      Portland, OR 97204
18                                    Telephone: 503-228-2525
                                      Fax: 503-226-3910
19                                    jdunbar@bjllp.com (email)
                                           Attorneys for Defendants The Washington
20                                         State Public Stadium Authority and Lorraine
                                           Hine

21

22

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\554792\4



AD 001-007
F 61
D 136305

October 14, 2005

The Honorable Michael Murphy
Washington State Treasurer
P.O. Box 40200
Olympia, WA 98504-0200

Dear Mr. Murphy:

Thank you for your September 27, 2005 letter expressing concern regarding the implementation of limited pat-downs at Qwest Field during the September 17th Washington State University football game. After receiving your correspondence we contacted First & Goal Inc., the facility operator of Qwest Field and Event Center, to obtain additional information as well as confirm our understanding of security procedures in effect during the September 17th game. Attached is a copy of their response to our inquiry. It should be noted that during that game, limited pat downs uncovered one concealed weapon as well as a significant number of patrons attempting to bring unsupervised, unregulated alcohol into the facility.

Pursuant to the terms and conditions of our Master Lease Agreement, First & Goal Inc. has the exclusive responsibility and assumes liability for operation of Qwest Field and Event Center including implementing appropriate security measures during all events held at the facility. First & Goal is required to operate these facilities in compliance with all applicable laws and to exercise prudent judgment with respect to security-related measures to ensure patron safety.

Thank you again for your inquiry. Please feel free to contact me if you have further questions.

Sincerely,

*Lorraine Hine*

Lorraine Hine
PSA Board Chair

Enclosure

cc: V. Lane Rawlins, President, Washington State University

Exhibit ___36___ Date 11-24-07
Witness _Kawasaki_
Mindy Suurs

**FGI 0488**



FIRST & GOAL
INCORPORATED

September 30, 2005



RECEIVED
OCT 5 - 2005
WA State Public
Stadium Authority

Ms. Lorraine Hine, Chair
Washington State Public Stadium Authority
Qwest Field and Event Center
800 Occidental Avenue, Suite 700
Seattle, WA 98134

Dear Ms. Hine:

This letter is to provide you with information to assist in responding to State Treasurer
Michael Murphy's letter of September 27, 2005, regarding our security procedures
implemented for the September 17 Washington State University football game played at
Qwest Field.

As you know, under the terms of our lease, First & Goal Inc. has the authority and
responsibility for operating Qwest Field and Event Center. This includes establishing as
well as implementing operating policies and procedures. Event security is a critical
component of these policies and procedures. As the operator of Washington's premier
outdoor sports and entertainment facility, First & Goal has an obligation to ensure the
safety and comfort of all event patrons and participants.

The NFL strongly recommends limited pat-downs for all NFL games, and we have
implemented these for all home Seahawks games. However, industry best practices for
security in large venues like ours dictate that security measures be determined by the size
and profile of the event, not just by the particular users. Large, high-profile college
football games do not present less risk than NFL games.

Our decision to include limited pat-downs – torso only, taking less than 5 seconds to
complete – as part of our event security plan for the WSU game was based on three
factors: anticipated crowd size, information from Federal law enforcement agencies, and
our experience with WSU games in 2002, 2003 and 2004.

1. As of September 16, there were approximately 50,000 tickets for the WSU
game distributed, with potential for significant additional walk-up ticket sales on game
day. In contrast, there were only 17,000 tickets distributed for the Air Force Academy
home game against the University of Washington played at Qwest Field earlier in
September;

**FGI 0489**



2.  Subsequent to the UW game, but prior to the WSU game, we received information from the Department of Homeland Security and the FBI that, in our view, warranted heightened security measures for our large bowl events such as the WSU game; and

3.  Our prior three years experience with WSU games at Qwest Field led us to expect significant problems with outside alcohol and minors in possession. After the 2004 WSU game, we found evidence of outside alcohol in almost every section of the stadium. We have been working closely with the Washington State Liquor Control Board to strengthen our controls in this area. Limited pat-downs serve this purpose, as well as identifying weapons and other unauthorized items. As expected, the limited pat-downs identified a significant number of patrons attempting to bring alcohol into the stadium. Our limited pat-downs at the WSU game also uncovered one concealed handgun.

It is important to clarify that First & Goal, not the PSA, the State or the NFL, is responsible for security measures for events at Qwest Field. We believe our policies and procedures to be appropriate and consistent with sports venue best practices. We stand by our decision to utilize limited pat-downs as part of our security plan for the WSU game.

Treasurer Murphy's complaint is virtually the only negative feedback we have received regarding limited pat-downs. Indeed, many of our event patrons have been complimentary and appreciative of this heightened security measure.

We would be happy to provide further background and explanation on this topic. Thank you.

Very truly yours,

Susan Darrington

Susan Darrington
Vice President, Event Operations and Services
First & Goal Inc.

**FGI 0490**



MICHAEL J. MURPHY
State Treasurer

State of Washington
Office of the Treasurer

Sept. 27, 2005

Lorraine Hine, Chair
Washington State Public Stadium Authority
Qwest Field & Event Center
800 Occidental Ave. S. #700
Seattle, WA 98134

RECEIVED

SEP 2 8 2005

WA State Public
Stadium Authority

Dear Ms. Hine:

I'm writing today with a concern that came to light Sept. 17 at the Washington State University football game at Qwest Field. As my party entered the suite area before the game as guests of WSU President Lane Rawlins, we were patted down by security personnel. I was surprised at this. When I asked about it I was told by Susan Darrington, vice president for facility operations, that the National Football League had suggested the pat-downs for this event.

Qwest Field is a state-owned facility. How is it that the NFL can dictate security policy for a football game of one of our state's public universities? Also, as a point of consistency, I was at a college football game two weeks previously at Qwest Field at which I was not patted down.

I understand the need for heightened security at all public events and venues, but I believe it is inappropriate to pat down attendees at college football games at this state-owned facility. I look forward to a conversation on this subject.

Sincerely,

MICHAEL J. MURPHY
Washington State Treasurer

cc: V. Lane Rawlins

**FGI 0491**

Legislative Building, P.O. Box 40200 • Olympia, Washington 98504-0200 • (360) 902-9000 • TDD (360) 902-8963
FAX (360) 902-9044 • Home Page http://tre.wa.gov