The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARK, *et al.* | )<br>)<br>) Case No. CV06-1719 JLR |
| Plaintiffs, | )<br>) |
| v. | ) [PROPOSED] ORDER GRANTING<br>) SEAHAWKS DEFENDANTS' |
| THE SEATTLE SEAHAWKS, FOOTBALL,<br>NORTHWEST, LLC, *et al*., | ) MOTION FOR LEAVE TO FILE A<br>) MOTION FOR SUMMARY<br>) JUDGMENT WITHIN 90 DAYS OF<br>) TRIAL DATE |
| Defendants. | ) |

This _____ day of _____, 2007, having reviewed defendants the Seattle Seahawks, Football Northwest, LLC, and First & Goal Inc.'s (collectively the "Seahawks Defendants") motion for leave to file a motion for summary judgment within 90 days of the trial date and their supporting materials, along with the opposition of plaintiffs' Fred and Kathleen Stark;

IT IS ORDERED that the Seahawks Defendants motion for leave to file a motion for summary judgment within 90 days of the trial date is granted;

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
LEAVE TO FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

IT IS FURTHER ORDERED that the Seahawks Defendants motion for summary judgment on consent shall be noted for consideration on May 25, 2007, and that the opposition and reply briefs be due pursuant to the normal briefing schedule under the Local Rules.

_____
Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING SEAHAWKS DEFENDANTS MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT WITHIN 90 DAYS OF TRIAL DATE

Case No. CV06-1719 JLR

2

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

Presented by:

FOSTER PEPPER PLLC

By: /s/ Tim J. Filer
    Tim J. Filer, WSBA $16285
    Jeffrey S. Miller, WSBA # 280787
    Attorneys for Defendants the Seattle Seahawks,
    Football Northwest, LLC, and First & Goal Inc.

COVINGTON & BURLING LLP

By: /s/ Paul A. Ainsworth
    Gregg H. Levy (*admitted pro hac vice*)
    Paul A. Ainsworth (*admitted pro hac vice*)
    Attorneys for Defendants the Seattle Seahawks,
    Football Northwest, LLC, and First & Goal Inc.

[PROPOSED] ORDER GRANTING SEAHAWKS DEFENDANTS MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT WITHIN 90 DAYS OF TRIAL DATE

Case No. CV06-1719 JLR

3

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291