The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARK, *et al.* | ) |
| | ) Case No. CV06-1719 JLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER GRANTING |
| | ) SEAHAWKS DEFENDANTS' |
| THE SEATTLE SEAHAWKS, FOOTBALL, | ) MOTION SUMMARY JUDGMENT |
| NORTHWEST, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This _____ day of _____, 2007, having reviewed defendants the Seattle Seahawks, Football Northwest, LLC, and First & Goal Inc.'s (collectively the "Seahawks Defendants") motion for summary judgment on consent, their memorandum of authorities, and their supporting materials, along with the opposition of plaintiffs' Fred and Kathleen Stark;

IT IS ORDERED that the Seahawks Defendants motion for summary judgment is granted;

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
SUMMARY JUDGMENT

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

1   IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in favor
2   of all defendants and against plaintiffs Fred and Kathleen Stark.

_____
Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
SUMMARY JUDGMENT

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000 FAX: 202.662.6291

2

1  Presented by:

3  FOSTER PEPPER PLLC

5  By:    /s/ Tim J. Filer
         Tim J. Filer, WSBA $16285
6        Jeffrey S. Miller, WSBA # 280787
         Attorneys for Defendants the Seattle Seahawks,
7        Football Northwest, LLC, and First & Goal Inc.

9  COVINGTON & BURLING LLP

11 By:    /s/ Paul A. Ainsworth
         Gregg H. Levy (*admitted pro hac vice*)
12       Paul A. Ainsworth (*admitted pro hac vice*)
         Attorneys for Defendants the Seattle Seahawks,
13       Football Northwest, LLC, and First & Goal Inc.

---

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
SUMMARY JUDGMENT

Case No. CV06-1719 JLR

3

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291