1
2
3
4
5
6
7

The Honorable James L. Robart

8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE WESTERN DISTRICT OF WASHINGTON
     AT SEATTLE

| | | |
|---|---|---|
| 10 | STARK, *et al.* | ) | Case No. CV06-1719 JLR |
| 11 | | ) | |
| 12 | Plaintiffs, | ) | |
| 13 | v. | ) | DECLARATION OF PAUL A. |
| | | ) | AINSWORTH IN SUPPORT OF |
| 14 | THE SEATTLE SEAHAWKS, FOOTBALL, | ) | THE SEAHAWKS DEFENDANTS' |
| | NORTHWEST, LLC, *et al.*, | ) | MOTION FOR SUMMARY |
| 15 | | ) | JUDGMENT (CONSENT) |
| 16 | Defendants. | ) | |

18    I, Paul A. Ainsworth, declare as follows:

19        1.    I am an attorney admitted to practice *pro hac vice* in the United States

20  District Court for the Western District of Washington.  I am associated with the firm of

21  Covington & Burling LLP.  My firm represents defendants the Seattle Seahawks, Football

22  Northwest, LLC, and First & Goal, Inc. in the above-captioned matter.

24        2.    I am familiar with the matters set forth herein and make this declaration

25  on personal knowledge and belief.

26
27
28

Declaration of Paul A. Ainsworth in Support of
the Seahawks Defendants Motion for Summary
Judgment (Consent)

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

3.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of Milton Ahlerich.

4.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of Paul Schieck.

5.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the April 26, 2007 Deposition of Fred Stark.

6.      Attached hereto as Exhibit D is a true and correct copy of excerpts of the April 26, 2007 Deposition of Kathleen Stark.

7.      Attached hereto as Exhibit E is a true and correct copy of the Declaration of Fred Stark.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Paul A. Ainsworth

Executed on:  May 11, 2007

Declaration of Paul A. Ainsworth in Support of the
Seahawks Defendants Motion for Summary
Judgment (Consent)

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

2

# EXHIBIT A

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STARK *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CV06-1719 JLR |
| | ) | |
| THE SEATTLE SEAHAWKS, FOOTBALL | ) | DECLARATION OF MILTON E. |
| NORTHWEST LLC, *et al.*, | ) | AHLERICH |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MILTON E. AHLERICH

### I.    Background

      1.    My name is Milton E. Ahlerich. I am over the age of eighteen years and competent to testify about the matters set forth herein.

      2.    I am Vice President of Security for the National Football League. I have been responsible for League security since January 1996.

      3.    I graduated from Kansas State University in 1968 with a degree in psychology. From January 1973 through December 1975, I attended courses in advanced studies in criminal justice at Long Island's C.W. Post University. From 1971 until January 1996, I was employed by the FBI in several senior executive positions, including Chief of the Bureau's

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

1  Office of Congressional and Public Affairs, Chief Spokesman for the Bureau, and Director of the

2  Bureau's Forensic Laboratory.

3        4.    During my 25 years with the FBI, I had extensive experience with counter

4  terrorism. For example, while I was Assistant Special Agent-in-Charge in Chicago, I oversaw

5  the investigation of Fuerzas Armadas de Liberación Nacional ("FALN"), a Puerto Rican terrorist

6  group. I had similar responsibilities for terrorist investigations while I was the Special Agent-in-

7  Charge in Connecticut. The bombing of the Alfred P. Murrah Federal Building in Oklahoma

8  City occurred during my tenure as Director of the Bureau's Forensic Laboratory; I oversaw the

9  Forensic Laboratory's role in that investigation.

10       5.    As Vice President of Security for the NFL, my responsibilities include

11 supervision of all NFL security programs, including stadium security and security for special

12 events such as the Super Bowl. I am also responsible for all NFL internal investigative matters,

13 including fraud, pre-employment reviews, player misconduct, and transactional due diligence. I

14 supervise a staff of ten security professionals and thirty-four security consultants, all of whom

15 are licensed private investigators.

**II.    The Development of the NFL's Best Practices for Stadium Security**

      6.    After the events of September 11, 2001, NFL Commissioner Paul Tagliabue made clear that the NFL's first priority going forward would be to ensure the safety of its fans, employees, and facilities. In response to the Commissioner's directive, the NFL formed a task force of security experts, stadium operators, and Club owners to evaluate stadium security operations, identify our vulnerabilities, assess the risks, and develop a strategy for responding to the changing security environment.

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

7. The Task Force consulted with and relied on information received from various federal government sources including the Federal Bureau of Investigation, the Department of Homeland Security, and the Joint Terrorism Task Force, as well as various state and local law enforcement agencies. (I am in regular contact with these sources in order to remaining aware of and alert to emerging threats to our stadiums, as well as state-of-the-art steps that we can and should take in response.)

8. The task force concluded, and I believe, that the NFL's most significant vulnerabilities to terrorism include suicide bombers, aerial attack, car bombs, and biological or chemical attack.

9. The task force's assessment of our vulnerabilities is consistent with more recent assessments by federal agencies responsible for counter terrorism efforts. *See* U.S. Department of Homeland Security, Risk Management Division, Office of Infrastructure Protection, *Stadiums and Arenas*, at 1 (April 28, 2006) (attached hereto as Exhibit A) ("Specific threats of most concern to stadiums and arenas include: explosives (e.g., car bomb, suicide bomber; arson (e.g., firebombing, using accelerants); biological/chemical/radiological agents introduced into the facility; hostage-taking; indiscriminate shooting of patrons.")

10. The task force's work led to a comprehensive strategy for stadium security known as our "Best Practices," an updated copy of which is attached hereto as Exhibit B. The Best Practices establish a layered, multi-dimensional approach to security. To the extent possible, each NFL stadium is expected to have a 100-foot hardened perimeter to guard against car and truck bombs. Deliveries of game day necessities, such as food and beverages, are closely monitored; drivers' credentials are checked; and access by vehicle is tightly restricted. Stadium

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

operators are required to secure and monitor stadium HVAC and water systems in order to deter and detect possible chemical or biological attacks. On game days, stadium security sweeps, including sweeps by canine units trained to detect explosives, are conducted before fans are admitted to the stadium. And all parcels brought into the stadium by fans on game day are inspected. (All purses and bags have been inspected at Qwest Field since 2001.) The Best Practices are consistent with recent recommendations from the Department of Homeland Security specifically addressing stadiums and arenas. *See* Exhibit A, *Stadiums and Arenas,* at 2.

11.    In January 2002, we implemented a pat-down inspection procedure for all Super Bowl games. The pat-downs augmented our existing security practice of inspecting all bags at Super Bowl games and limited, random inspections using hand-held magnetometer wands. (The attractiveness of Super Bowl games for terrorist attack has led the Federal Government to designate recent Super Bowl games being as National Special Security Event or Level-One National Security Events, which allows numerous federal counter-terrorism agencies and their experts a substantial role in security designing, planning, and implementation.) The pat-down procedure was adopted in response to the risk that terrorists seeking to attack the Super Bowl would do so through improvised explosive devices ("IEDs," which I discuss further below) concealed on the person.

12.    In 2004, after observing a rise in incidents of suicide bombings, the NFL considered requiring pat-downs for all games in addition to the Super Bowl and championship games. We concluded that all stadiums should prepare and train for pat-downs in the event that the security environment deteriorated further.

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

13. In August 2005, after numerous additional high-profile suicide bombing attacks, the NFL adopted a policy of mandatory limited pat-down inspections of all persons entering NFL stadiums on the day of an NFL event. Upon my recommendation to the NFL Commissioner and in consultation with members of the task force, the mandatory pat-down policy was adopted unanimously by the owners of the 32 Clubs. The policy, as adopted, is reflected in a memorandum I sent to the Clubs in August 2005 (attached hereto as Exhibit B).

## III.  The Risk Addressed By The Pat-Down Procedure

14. The specific threat addressed by the pat-downs is the use of an IED, especially by a suicide bomber. An IED is any kind of device, placed or fabricated in an improvised manner, that incorporates destructive, lethal, noxious, pyrotechnic, or incendiary chemicals and is designed to destroy, incapacitate, harass, or distract. Common examples of IEDs are suicide bomber vests or belts, as well as car bombs. The bombs detonated in Oklahoma City in 1995, in Atlanta at the Centennial Olympic Park in 1996, and more recently at the University of Oklahoma football stadium in 2005, are also examples of IEDs. Because of the relative ease with which an IED can be constructed, nearly anyone can build such a device with the capacity for devastating effects.

15. While bag inspections are of some use in detecting IEDs, terrorists have shown increasing willingness in the last few years to strike with suicide bombs carried on the person, often concealed under clothing. Terrorists have also adapted their techniques to create IEDs with non-metallic materials, resulting in bombs not susceptible to detection by magnetometers.

16. The NFL is concerned not only with suicide bombings by international terrorists, but also with attacks by home-grown terrorists and the mentally unstable. For

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

example, in the absence of appropriate stadium security, the 2005 detonation of an IED by a University of Okalahoma student outside a university football stadium could have just as easily happened inside an NFL stadium. In that case, a student had constructed a home-made peroxide-based bomb that apparently exploded prematurely near the stadium during a football game.

17.    Our terrorist risk assessment is based in part on our conclusion that indicators applicable to mass transit systems are also applicable to NFL games. NFL stadia share many common characteristics with mass transit systems; both are soft targets with a high degree of accessibility, multiple and parallel targets, a predictable schedule, and large crowds.

18.    The London Subway bombings in July 2005 and the attempted copy-cat bombings a few weeks later are good examples of these similarities; both sets of incidents increased our concerns about the security of NFL games. Among other things, they demonstrated the ease, willingness, and ability of terrorists to execute simultaneous coordinated suicide bomb attacks in western nations.

19.    Our terrorist risk assessment also takes into account terrorist threats and attacks on sporting events at home and abroad. We are well aware, for example, of incidents at Madrid's Santiago Bernabéu, which hosts one of Europe's premiere "football" teams, and of terrorist literature recommending sports stadiums as fertile targets for terrorist attack. We also understand that terrorists have downloaded information about the design and architecture of two NFL stadia.

20.    In 2006 alone, there were two publicized terrorist threats relating to U.S. sporting events, one of which involved Qwest Field. This spring, the FBI issued an alert reporting that an extremist message board had advocated suicide attacks against sporting events

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

- 6 -

as a cost-effective means of killing thousands of Americans. According to the FBI, the posting suggested a coordinated attack, using three to five blond or black American Muslim suicide bombers, inside the stadium and outside the gates as crowds fled from the initial explosions. The posting also reportedly observed that the resulting crowd panic would kill more spectators then the explosion itself. *See* Federal Bureau of Investigation, Office of Intelligence and Analysis, *Background on Potential Terrorist Targeting of Public Facilities* (March 10, 2006) (attached hereto as Exhibit C.)

21.   In October 2006, the FBI reported receiving information indicating that terrorists were planning a coordinated attack using radiological agents on seven NFL stadiums. The FBI quickly investigated this threat and concluded it to be a hoax. In addition to these publicized incidents, I have recently received non-public information relating to potential terrorist activity that supports our assessment that NFL stadiums are attractive terrorist targets.

22.   We also recognize that NFL games are especially attractive targets for terrorists because all NFL games, including those at Qwest Field, are broadcast throughout the nation and abroad, presenting terrorists with a world-wide, real time stage for their efforts.

**IV.    The NFL Pat-Down Procedure is Brief, Limited, and Focused**

23.   The limited pat-down inspection protocol recommended by the NFL consists of a visual and physical inspection of each person seeking entry to the stadium by trained private stadium security personnel, sometimes called "screeners." Each of these inspections takes approximately five to ten seconds.

24.   A screener conducts a visual inspection of the person by asking the person to extend his arms sideward and upward, parallel to the ground, with palms facing up, and then visually inspecting the person's wrists and arms for switches, wires, or push-button devices.

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

25.    A screener next conducts a limited physical inspection of the person by touching, patting, or lightly rubbing specified clothed portions of the subject's body.  The inspection is performed by a screener of the same gender as the person being inspected.  Security personnel are directed to touch only clothed areas and to avoid skin-to-skin contact with the subject.

26.    A screener begins the physical inspection by touching, patting, or lightly rubbing the person's torso, around his waist, along the beltline.  This part of the inspection is limited to the area extending from the area immediately below the belt line to a few inches above the belt line.  The screener then touches, pats, or lightly rubs the person's back along the spine from the belt line to the collar line.

27.    Screeners are trained to adapt their physical inspections to the clothing worn by the particular person.  If the person is wearing trousers with large pockets, such as cargo pants, the screener will pat the pockets; if an object is detected, the screener may lightly squeeze the pockets; and if the screener detects a sizeable object, the screener may require the person show the object.  Similarly, if a person is wearing a jacket, the screener may require the person to open the jacket to facilitate the physical inspection.  But if parts of a person's torso are unclothed -- for example, if a person is wearing only a halter-top -- the screener will tailor the physical inspection to avoid contact with the person's skin.

28.    Limited pat-downs, as described above, coupled with visual inspections are the most effective method for detecting IEDs carried by suicide bombers in venues like stadiums.  This protocol is not designed to detect contraband such as drugs but rather to detect IEDs.  It is a

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

Exhibits to Ainsworth Decl
Page9

1    substantially more limited inspection than the type of search that a police officer would employ

2    when conducting a protective search.

3        29.    Beyond actual detection of IEDs, pat-downs also have a substantial deterrent

4    effect.  It is well known that terrorists conduct surveillance of their targets and are less likely to

5    strike at events or venues with visible security measures in place.  Visible security measures are

6    therefore recommended to deter against suicide bombings.

7

8        30.    I have reviewed Mr. Stark's declaration and his assertion that pat-downs

9    were not performed at the February 5, 2006 Super Bowl in Detroit.  As the person responsible

10   for overseeing security at the Super Bowl in Detroit, I can state unequivocally that that assertion

11   is incorrect.  Pat-downs were conducted for all persons attending the Super Bowl in Detroit.

12       31.    Plaintiff's allegation that the pat-down procedures are ineffective is similarly

13   unfounded.  One of the hallmarks of an effective counter terrorism measure is that it *deters*

14   potential terrorist incidents; we simply do not know how many incidents have been avoided by

15   the pat-down procedures.  But terrorists, and suicide terrorists in particular, are unlikely to target

16   a location where they perceive a substantial risk of detection before they can accomplish their

17   objective; the pat-down procedure increases this risk in a very visible way that is likely to have a

18   deterrent effect.  Suicide bombings are much less likely to occur at NFL games with the pat-

19   downs in place than if they were not conducted.

20       32.    Moreover, the pat-downs are highly likely to be effective in *detecting* suicide

21   bombs.  The pat-downs are tailored to detect the kinds of explosive devices that terrorists are

22   most likely to use.  While a suicide terrorist could, in theory, conceal a device below the waist,

23   the possibility of such an attack is remote; I am unaware of a single reported incident in which a

24

25

26

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

1  terrorist concealed such a device below his or her waist (except when the target was an airplane,

2  on which an explosion of very small magnitude could have a devastating effect).

3      33.  I also understand that plaintiffs have complained that the pat-down

4  procedures are not always implemented in a manner consistent with the guidelines set forth by

5  the NFL, FGI, and the Seahawks.  Human error is inherent in any security design that relies on

6  individuals to conduct screenings.  The best strategy for reducing human error is to emphasize

7  proper training and supervision of the security screeners, and we have done that.  For example,

8  the NFL has produced a training video that provides an overview of the pat-down procedure, its

9  objectives, and common errors; that video has been shown to screeners at Qwest Field as part of

10  their initial and continuing training.  In addition, NFL representatives work with the Clubs,

11  stadium operators, and security managers to ensure that the pat-downs are implemented in

12  accordance with our protocols.  I am confident that the departures from those protocols represent

13  a very tiny percentage of the total number of pat-downs conducted at each NFL stadium,

14  including at Qwest Field.

15      I declare under penalty of perjury that that foregoing is true and correct.

16

17

18

19  January 3 , 2007

20  _____
    Milton E. Ahlerich

21

22

23

24

25

26

DECLARATION OF MILTON E. AHLERICH
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

# Exhibit A

*FOR OFFICIAL USE ONLY*



**U.S. Department of Homeland Security**
Risk Management Division
Office of Infrastructure Protection

# Stadiums and Arenas

There are more than 1,300 stadiums and arenas in the United States. They are located in every region and state; in most, if not all, major municipalities; in many smaller localities; and often on university and high school campuses. Arenas and stadiums range in size from on-campus field houses and high school football stadiums that can accommodate a few hundred people to downtown sports arenas, large indoor/outdoor stadiums, and automobile racetracks that can accommodate over 100,000 spectators. They host many types of events, including sporting events, concerts, religious gatherings, university/high school graduations, political conventions, and circuses.



## Potential Indicators of Terrorist Activity

Terrorists have a wide variety of weapons and tactics available to achieve their objectives. Specific threats of most concern to stadiums and arenas include:

- Explosives (e.g., car bomb, suicide bomber)
- Arson (e.g., firebombing, using accelerants)
- Biological/chemical/radiological agents introduced into the facility
- Hostage-taking
- Indiscriminate shooting of patrons

Terrorist activity indicators are observable anomalies or incidents that may precede a terrorist attack. Indicators of an imminent attack requiring immediate action may include the following:

- Persons in crowded areas (e.g., facility common areas, food courts) wearing unusually bulky clothing that might conceal suicide explosives or automatic weapons

- Vehicles (e.g., cars, motorcycles, trucks, boats, or aircraft) illegally parked near facility buildings or near places where large numbers of people gather (the larger the vehicle, the greater the quantity of explosives that might be loaded into it)

- Vehicles approaching the facility at unusually high speeds and/or steering around barriers and traffic controls

- Unattended packages (e.g., backpacks, briefcases, boxes) that might contain explosives (packages may be left in open areas or may be hidden in trash receptacles, lockers, or similar containers)

Indicators of potential surveillance by terrorists include:

- Persons discovered with facility maps, photos, or diagrams with critical assets highlighted or notes regarding infrastructure or listing of personnel

- Persons questioning facility employees off site about practices pertaining to the facility and its operations, or an increase in personal e-mails, telephone calls, faxes, or postal mail requesting information about the facility or one of its key assets

- Facility employees using video/camera/observation equipment that is not job-related

- An increase in threats from unidentified sources by telephone, postal mail, or the e-mail system and/or an increase in reports of threats from outside known, reliable sources

- Unfamiliar cleaning crews or other contract workers with passable credentials, or crews or contract workers attempting to access unauthorized areas

## Common Vulnerabilities

The following are key common vulnerabilities of stadiums and arenas:

- Large number of people entering facility for events with varying levels of inspection of the items carried in

- Little or no control or inspection of vehicles entering parking areas adjacent to the facility

- Little or no inspection of items carried in by event participants, vendors, contractors, and maintenance and janitorial personnel

- Limited security of facility (e.g., lock downs, patrols, inspections) between events

- Large number of people present at scheduled and publicly announced events, providing easy targets

FOR OFFICIAL USE ONLY

## Protective Measures

Protective measures include equipment, personnel, and procedures designed to protect a facility against threats and to mitigate the effects of an attack. Protective measures for stadiums and arenas include:

- **Planning and Preparedness**
  - Develop a comprehensive security plan and emergency response plan for the facility
  - Establish liaison and regular communication with local law enforcement and emergency responders
  - Conduct regular exercises with facility employees
  - Review available threat information and determine whether events should be cancelled on the basis of this information

- **Personnel**
  - Conduct background checks on all employees (more detailed checks should be conducted on those who will have access to critical assets)
  - Maintain an adequately sized, equipped, and trained security force for all events
  - Conduct continuous roving security patrols during special events; expand roving/motorized patrols to outer perimeter

- **Access Control**
  - Establish a process for controlling access and egress to the facility; including designated, monitored points of entry
  - Establish a buffer zone and perimeter around the facility and a process for controlling access
  - Define and secure controlled areas that require extra security
  - Control employee and concessionaire identification and access through use of photo identification badges
  - Formally identify gathering areas for tail-gate parties and other such gatherings in locations with natural surveillance and access; make informal areas off-limits and subject to automatic scrutiny

- **Barriers**
  - Increase the number of temporary venue barriers and place them to guide the flow of vehicles
  - Offset vehicle entrances from the direction of a vehicle's approach to force a reduction in speed

- **Communication and Notification**
  - Maintain contact numbers and checklists to follow in the event of a security-related incident
  - During events, maintain instantaneous communication capability with local, state, or federal law enforcement and emergency responders

- **Monitoring, Surveillance, Inspection**
  - Ensure that the venue has an intrusion detection system
  - Provide video surveillance systems on venue grounds
  - At the beginning and end of each event, inspect interior/exterior of facility
  - Require screening of all patrons before they are allowed to enter the facility's perimeter
  - Require screening of all employees, concessionaires, event participants, and delivery and emergency service personnel before they are allowed to enter the facility's perimeter for special events
  - Check outdoor air intakes of heating, ventilation, and air conditioning (HVAC) systems to ensure that they are protected

- **Infrastructure Interdependencies**
  - Provide 24/7 guard at utility supply points starting 24 hours before a special event until its conclusion
  - Ensure that an emergency power source is provided for critical systems
  - Ensure that dumpsters are secured and enclosed

- **Cyber Security**
  - Minimize the number of people with authorized access to computer systems
  - Increase computer security levels to maximum, if not already in place

- **Incident Response**
  - Ensure that multiple evacuation routes and rallying points are available
  - Inspect all available emergency equipment prior to any event to ensure that it will operate during crisis situations
  - Assign specific staff members the responsibility of turning off the gas, electricity, water, and alarm systems in the event of an emergency

More detailed information on stadiums and arenas is contained in the document, *Stadiums and Arenas: Potential Indicators of Terrorist Activity, Common Vulnerabilities, and Protective Measures.* Information on issues relevant to a wide range of critical infrastructures and key resources is available in the document, *Overview of Potential Indicators of Terrorist Activity, Common Vulnerabilities, and Protective Measures for Critical Infrastructures and Key Resources.* Both are available from the contacts listed below.

### WARNING

This document is **FOR OFFICIAL USE ONLY** (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

At a minimum when unattended, this document is to be stored in a locked container such as a file cabinet, desk drawer, overhead compartment, credenza or locked area offering sufficient protection against theft, compromise, inadvertent access and unauthorized disclosure.

*For more information about this document contact:*
*David Dickinson (703-235-5714*
*David.Dickinson1@dhs.gov)*
*or Wade Townsend (703-235-5748*
*Wade.Townsend@dhs.gov)*

FOR OFFICIAL USE ONLY

# Exhibit B

## MEMORANDUM

**TO:**                       Club Presidents
General Managers
Security Points of Contact

**FROM:**           Milt Ahlerich

**DATE:**           August 24, 2005

**SUBJECT:**     Stadium Security
Pat Downs Guidelines

Per the Commissioner's memo to the Chief Executives and Club Presidents of August 18, pat down screening will be mandatory for fans attending our games by no later than the week three of the regular season (September 25-26). This will follow up on the Commissioner's memo and provide detailed guidelines for implementing this screening procedure. Over the past few seasons a growing number of clubs have employed pat downs and we have benefited a great deal from the experience of these clubs and have a much better understanding of how to use the technique with minimal inconvenience to fans while accomplishing a much higher level of security effectiveness.

We want to emphasize that the objective of this procedure is straightforward: <u>to keep our fans as safe as reasonably possible while enjoying games</u>. We believe pat downs further this objective in two important respects:

- <u>By locating and excluding</u> improvised explosive devices and other large weapons from our games.
- <u>By deterring terrorists or others who would seek</u> to introduce improvised explosive devices and other large weapons into our games. We are repeatedly told by the intelligence community that strong visible security deters terrorists away from their intended targets.

## Some guidelines to keep in mind as Pat Downs are implemented

- Training and close supervision is critical to using pat downs successfully. We strongly recommend that no security personnel conduct pat downs without thorough training. If any club needs assistance in securing trainers or other resources please contact the Security Department

- Physical inspections which involve touching or patting patrons, employees and others should only be conducted on a <u>consensual</u> basis. We suggest that clear signage be posted or audio loop announcements be made as fans approach the gates informing the patrons that entering the gate screening area constitutes their consent to the pat down screening. Patrons who do not wish to give their consent should not be given access to the game and their money refunded.

- Physical pat down inspections should be conducted by like gender security screening personnel.

- In the instance of a patron wearing a zippered or buttoned outer garment, it should be opened by the patron and held away from the body by the patron. Inspect the clothing by touching, patting or squeezing the garment sufficiently to locate large or suspect foreign objects. Inspect blankets being carried in by squeezing thoroughly.

- Ask the person to be inspected to extend his or her arms to the side, parallel to the ground, with palms facing up. Visually inspect the wrists and palms for switches, wires or push button devices. Gloves should be removed.

- Security screeners should inspect the person by touching, patting or lightly rubbing the torso of the inspected person, confining the area to the belt line and a few inches above the belt. Following inspection of the complete circumference of the torso at the belt line, pat, touch or lightly rub the center of the patron's back from the belt line to collar line. Large trouser pockets should be inspected by patting or lightly squeezing. Large items discovered in the pockets should be displayed to the screener for visual inspection. The screener's hands remain fully open during the pat down screening and no skin-on-skin contact should occur during the pat down.

- Consistency is important and screening should be uniformly applied. On a very limited basis – and for a clearly defined and limited group of people, such as visiting teams and their coaches, staffs, etc. – alternative security screening can be employed. But this should be a <u>limited</u> exception, and not replace pat downs to any meaningful degree. Common sense must apply in certain instances where a pat down accomplishes nothing to advance our security objectives.

- To be consistent, we suggest all game day employees (security, food service and other event staff) undergo pat downs. The pat downs should be applied at suite and media gates as well.

- As a reminder, security screeners are urged to make full use of visual inspections. A great deal can be ascertained by careful visual inspections when screeners are vigilant, carefully trained, closely supervised and given regular breaks.

Pat down security screening now becomes an important part of the *Best Practices for Stadium Security.* There are other elements of gate screening and management that continue to be very important. These areas are: prohibiting certain items including any large containers, large backpacks and packages, consistent inspection of interior of all bags and purses and the posting of uniform police officers at all gates to support the security screening process and as a deterrent. In respect of the last point, we strongly recommend that clear lines of immediate communication be established between the uniformed police officers and the screening personnel in the event that prohibited items are discovered by screeners.

Security managers are encouraged to call the Security Department if we can be of any assistance in the implementation of pat downs security screening.

f:\2004\guardsmark&sectaskforce\limitedpatdownguidelines12-28.doc

PT:gd
f:\2005\guardsmark&taskforce\memos\ceos,pres,gms-patdowns8-17(fromjp).doc

Exhibit C

UNCLASSIFIED//FOR OFFICIAL USE ONLY



Joint Special Assessment

# (U//FOUO)  Background Information on Potential Terrorist Targeting of Public Facilities

## 10 March 2006

*(U)  Attention: Federal Departments and Agencies, State Homeland Security Advisors, Emergency Managers, Tribal Governments, Security Managers, State and Local Law Enforcement, Information Sharing and Analysis Centers, and International Partners.*

*(U)  Distribution Notice: Secondary release, dissemination or sharing of this product is authorized by Federal Departments and Agencies within their respective departments and agencies, and by State Homeland Security Advisors within their state and local jurisdictions to authorized homeland security partners, that have an official valid need-to-know.  Any further release, dissemination or sharing of this product, or any information contained herein, (beyond that indicated above) is not authorized without further approval from the Department of Homeland Security (DHS), Office of Intelligence & Analysis (I&A) –Production Management Division (PM) at IA.PM@dhs.gov.*

## (U)  Key Findings

(U//FOUO)  A recent posting on a jihadist message board advocated targeting American sporting venues and other public facilities.  DHS and the FBI do not believe this posting constitutes an imminent threat.  However, the posting has received broad distribution among jihadist websites and contains detailed information regarding potential tactics.  The emergence of this posting provides an opportunity to remind readers of terrorist interest in open, public facilities.

(U//FOUO)  The posting, "How You Can Kill Thousands of Americans with a Few Hundred Dollars and Three Men," proposed that suicide bombers attack a sporting event at various locations throughout a stadium to incite panic and create a stampede.  We have no information to suggest the individual or group posting this statement is connected to al-Qaʻida or other affiliated Sunni extremist groups.  In addition, DHS and the FBI are unaware of any specific or credible plans regarding an imminent threat to any sporting event or public facility within the Homeland.

(U)  Warning:  This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

### (U)  Poster Claims Attacks Against Sporting Venues Efficient and Justified

(U//FOUO)  The posting on an extremist message board advocated suicide attacks against sporting events as a cost-effective means of killing thousands of Americans.  According to the posting, attacks on civilians are increasingly justified because the American people purportedly refused a truce offered by Usama Bin Ladin.  DHS and the FBI assess that the posting is likely referring to Usama Bin Ladin's 19 January 2006 taped statement in which he offered a "truce" to the United States.  Bin Ladin also issued ultimatums directly to the American people on 18 October 2003 and 29 October 2004.  DHS cannot confirm whether the poster of this message is affiliated with al-Qaʻida or other Sunni extremist organizations; the overwhelming majority of the Internet-based activity regarding alleged al-Qaʻida threats or plots to U.S. interests are associated with individuals with unknown or undetermined credibility.

### (U)  Poster Recommends the Use of Suicide Bombers and Secondary Attacks

(U//FOUO)  The author of the posting recommended an attack on a sporting venue using three to five "blond or black" American Muslim suicide bombers.  The bombers would employ handmade explosive belts hidden under their clothing.  In order to avoid detection, the author suggested the bombing take place in winter when bombers could wear heavy clothing to conceal the explosives without arousing suspicion.  According to the posting, one suicide bomber would detonate explosives inside the stadium to create an initial panic.  The other bombers would subsequently detonate their belts at the exit gates when spectators are fleeing.  Citing past stampeding incidents, the author of the posting believed that the combined explosions would create a panic that would kill far more spectators than the bombing alone.  Islamic extremists in previous operations have used secondary attacks to amplify the casualties, destruction, and disruption of an initial attack.

### (U)  Implications

(U//FOUO)  DHS and the FBI are unaware of any specific or credible plans regarding an imminent threat to any sporting event or public facility.  International and domestic extremists have targeted sporting events in the past, including terrorist attacks at the 1972 Munich and 1996 Atlanta Olympic Games.  Al-Qaʻida and affiliated terrorist groups have mounted attacks against "soft" or symbolic targets around the world, including hotels, restaurants, nightclubs, housing compounds, schools, and places of worship.  These open access facilities allow terrorists to avoid the extensive security measures at "hardened" facilities while providing the opportunity to achieve objectives such as mass casualties and mass disruption.

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## (U)  Protective Measures for Stadiums and Public Assembly Facilities

(U//FOUO)  Members of the Public Assembly and Sports Leagues Sub-Sectors, owners/operators of stadiums, arenas, or public facilities, and owners/operators of critical infrastructures or key resources within close proximity of a stadium or arena should review and coordinate their security best practices and emergency response procedures to address this potential threat. FBI and DHS suggest routine coordination with local law enforcement, first responders, and Joint Terrorism Task Forces as a best practice.

### (U)  Reporting Notice:

(U//FOUO)  For additional information regarding indicators of suicide bomber activity refer to FBI-DHS Bulletin # 185, "Update: Tactics and Techniques of Suicide Bombers," 19 October 2005.

(U)  DHS and FBI encourage recipients of this document to report information concerning suspicious or criminal activity to the local FBI Joint Terrorism Task Force (JTTF) and the Homeland Security Operations Center (HSOC).  The FBI regional phone numbers can be found online at http://www.fbi.gov/contact/fo/fo.htm, and the HSOC can be reached by telephone at 202-282-8101 or by email at HSOC.Common@dhs.gov.  For information affecting the private sector and critical infrastructure, contact the National Infrastructure Coordinating Center (NICC), a sub-element of the HSOC.  The NICC can be reached by telephone at 202-282-9201 or by email at NICC@dhs.gov.  When available, each report submitted should include the date, time, location, type of activity, number of people and type of equipment used for the activity, the name of the submitting company or organization, and a designated point of contact.

(U)  For comments or questions related to the content or dissemination of this document, please contact the DHS/I&A Production Management staff at IA.PM@dhs.gov.

### (U)  Tracked by:

(U) HSEC-020000-02-05
(U) HSEC-021500-01-05
(U) HSEC-022000-01-05
(U) HSEC-030000-01-05
(U) HSEC-040000-01-05
(U) TERR-010000-01-05
(U) TERR-010200-01-05
(U) TERR-051500-01-05
(U) TERR-052000-01-05

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# EXHIBIT B

The Honorable James L. Robart

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

STARK *et al*,                                    )
                                                  )
9                           Plaintiffs,           )
                                                  )
10                                                )
                                                  )    No. CV06-1719 JLR
11          v.                                    )
                                                  )    DECLARATION OF PAUL SCHIECK
12    THE SEATTLE SEAHAWKS, FOOTBALL              )
      NORTHWEST LLC, *et al.*,                    )
13                                                )
                            Defendants.           )
14    _____)

15

16                          **DECLARATION OF PAUL SCHIECK**

17    **I.      Background**

18          1.       My name is Paul Schieck.  I am over the age of eighteen years and am

19    competent to testify on the matters set forth herein.  I make this declaration based on my personal

20    knowledge and belief.

21          2.       Since December 2005, I have been employed by First & Goal, Inc. ("FGI") as

22    Assistant General Manager.  My responsibilities include overseeing security, including the

23    mandatory pat-down program for Seattle Seahawks games, at Qwest Field.

24          3.       I have been employed as a security professional in the public assembly

25    business for 22 years.  I am certified by the American Society for Industrial Security as a

26

DECLARATION OF PAUL SCHIECK                          COVINGTON & BURLING LLP
Case No. CV06-1719 JLR                               1201 Pennsylvania Ave, NW
                                                     Washington, DC 20004
ERROR! UNKNOWN DOCUMENT PROPERTY NAME.               Tel: 202.662.6000 FAX: 202.662.6291

Certified Protection Professional and have been since 1996. I am also certified by the

International Association of Assembly Managers as a Certified Facility Executive.

4.         Since 2003, I have served as a faculty member and instructor at the Academy

for Venue Safety and Security, a school for facility professionals. I have also served as a

committee member and as chairman of the International Crowd Management Conference, an

annual seminar dealing with managing crowds in public assembly facilities.

5.         Under a master lease agreement with the Washington State Public Stadium

Authority ("PSA"), FGI, a privately held company, has exclusive authority and responsibility for

operations at Qwest Field and the Qwest Event Center, including security. Neither PSA nor its

employees participate in the management or operation of Qwest Field, including security.

**II.     Security Procedures at Qwest Field on NFL Game Days.**

6.         Qwest Field is subject to twenty-four hour security on a year-round basis.

That security is heightened prior to and during Seattle Seahawks games. Qwest Field's security

procedures are based on the NFL's Best Practices for Stadium Security.

7.         Game day security procedures commence with a lock-down of the facility

several hours prior to the opening of Qwest Field's gates. At that time, law enforcement,

together with stadium and contract security employees, conducts a security sweep of the facility

using K9 units. Deliveries to the stadium are not permitted after lockdown except on an

emergency basis approved by a member of FGI's senior management team. Removable bollards

are placed at both the north and south access road entrances. Security officers are posted on the

perimeter of the facility and a roving patrol team monitors the facility itself. The parking garage

adjacent to the Qwest Event Center is checked for suspicious vehicles. Vehicles entering

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

parking lots within the 100 foot perimeter are visually inspected, logged in, and tagged with a color coded system.

8.      A game day command post is located at the stadium and is staffed by law enforcement, fire/EMS, stadium management, and Seahawks representatives. A direct line to the Federal Aviation Administration is available.

9.      Access to the facility on game day is tightly controlled. No one working at the stadium may be admitted unless his or her name is on a previously approved list. Those working at the stadium -- 640 personnel comprised of FGI employees, private security contractors, off-duty uniformed police officers, and fire department personnel -- must wear either a credential or a color-coded wrist band in the facility.

10.     On game day, the entry gates and points of access are staffed by FGI employees and a third-party security vendor hired by FGI. PSA is not a party to these vendor contracts, has no role in selecting the vendor, and has no responsibility for the costs.

11.     The current security vendor, Staff Pro, provides approximately 180 employees to conduct visual inspections of bags and pat-downs (on a same-gender basis). Staff Pro hires licensed private security guards to perform the security screenings. FGI employees scan or tear the tickets at the gates.

12.     The stadium security policies for Seattle Seahawks games are in accordance with guidelines and requirements provided by the Seahawks and the NFL. These policies are posted for the public on the Qwest Field and Seattle Seahawks' websites.

### III.    The NFL Pat-Down Requirement

13.     When I joined FGI in December 2005, I learned that in August 2005, the Seattle Seahawks had informed FGI of the NFL's policy requiring limited upper body pat-downs

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

- 3 -

of all persons entering the stadium on game day.  In compliance with the Seattle Seahawk's direction, FGI implemented the pat-down requirement in accordance with NFL guidelines.

14.    NFL guidelines recommend a screening procedure that consists of a bag inspection, visual inspection, and limited pat-down of each person seeking entry to the stadium. Each of these inspections takes approximately five to ten seconds.  (Bag searches are not a new requirement and have been mandatory for persons attending Seattle Seahawks games since 2001.)  The physical portion of the inspection consists of touching, patting, or lightly rubbing specified clothed portions of the subject's upper body, including the arms, torso, beltline, and the person's back along the spine.  The inspection is performed by a screener of the same gender as the person being inspected.  Security personnel are directed to touch only clothed areas and to avoid skin-to-skin contact with the subject.  FGI directs its security vendor to implement the standard screening procedure recommended by the NFL for all Seattle Seahawks games.

15.    PSA has not participated in any way in the development, implementation or administration of pat-down inspections for Seattle Seahawks games at Qwest Field.  Likewise, local law enforcement agencies have not participated in the development, implementation or administration of the pat-down inspections.

16.    Seattle Seahawks tickets advise that compliance with stadium security measures is a condition of admission to games.  Exhibit A is a copy of the language appearing on each ticket.  The 2006 season tickets state:

> You and your belongings may be searched upon entry into Qwest Field, and prohibited items may be confiscated.  By tendering this ticket and entering Qwest Field, you consent to such searches and waive any related claims you might have against the NFL, its Member Clubs, its affiliates, Seahawks, First & Goal and their agents.  If you elect not to consent to those searches, you will be denied entry into Qwest Field.

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

17.    Prior to the August 22, 2005 game and throughout the 2005 Season, the Seattle Seahawks notified the public that pat-downs would be required of everyone entering Qwest Field for Seahawks home games.  FGI and/or the Seattle Seahawks issued press releases, which were reported in the local press; sent emails to all season ticket holders and other fans; posted notices on the Qwest Field and Seattle Seahawks' websites; posted signs at all entrances to the stadium; and played audio announcements over stadium loudspeakers.  Attached as Exhibit B are copies of press releases from the Seattle Seahawks advising the public of the pat-down policy.  Attached as Exhibit C are copies of local news articles from August and September 2005 advising ticket holders of the pat-down policy.

18.    Security screeners are instructed to conduct the pat-down inspections on a consent basis only.  If a ticket holder declines to consent to the inspection procedures, the security screeners are trained to direct the ticketholder to a supervisor who can explain the screening requirement.

19.    Since August 2005, no ticketholder has requested a refund of his or her ticket because he or she did not want to be patted down.

20.    Security screeners are trained in accordance with FGI and NFL guidelines.  In addition, FGI instructs its security vendor to be prepared to implement a heightened security screening that involves a more thorough full body pat-downs in the event that FGI determines that a higher-level of security is warranted for a particular event.  This heightened security procedure has not been used at any Seattle Seahawks games.  Attached as Exhibits D and E are copies of documents prepared for use in training security screeners at Qwest Field.

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

21.    I understand that plaintiffs have alleged that pat-downs are conducted at Qwest Field only at Seattle Seahawks games. This is not correct. In addition to Seattle Seahawks games, pat-downs are required for Washington State University football games, and the annual "Battle in Seattle" game between Central Washington University and Western Washington University. Pat-downs may also be conducted at other events at Qwest Field on an event-by-event basis, ordinarily after consultation between FGI and the event promoter.

22.    I understand that plaintiffs have alleged that on one occasion in 2005, pat-downs were suspended because of the weather. I have investigated this allegation and determined that the allegation is incorrect. On one occasion in 2005, pat-downs were suspended because a large crowd had accumulated at the gates just prior to the start of the game which overwhelmed the security staff managing the gates and performing security screenings. Due to the need to maintain appropriate crowd control, stadium security suspended the pat-down inspections for the fans who had not yet entered the stadium for that single game. Improved planning, better training of security personnel, and increased ticket holder familiarity with pat-down procedures have resulted in more effective crowd management at subsequent games.

23.    I understand that plaintiffs have alleged that on one occasion, a security screener touched one of the plaintiffs in an offensive manner. As stated above, FGI employs a private security company which hires licensed private security guards to implement our screening procedures. The security screeners are trained according to clear guidelines for conducting the pat-downs, including limiting the scope of the pat-down to the torso, back, and arms. Security screeners are directed not to make skin-on-skin contact during the pat-down, to screen only persons of the same gender, and to be sensitive when screening young children and

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

- 6 -

1  individuals with physical disabilities.  If FGI learned that any of its employees (or its security

2  contractor's employees) intentionally touched a ticketholder in an offensive manner, we would

3  address such behavior immediately; we were unaware of the incident alleged by plaintiff until

4  this lawsuit was filed.

5        I declare under penalty of perjury that the foregoing is true and correct.

6

7

8  January 23, 2007                 _____

9                                 Paul Schieck

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PAUL SCHIECK
Case No. CV06-1719 JLR

COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202.662.6000 FAX: 202.662.6291

Schieck Exhibit A

2006 TICKET TERMS

This ticket only grants entry into Qwest Field and a spectator seat for the specified NFL game, activity or other event ("Events"). Admission may be refused or ticket holder ejected at the sole discretion of the Seattle Seahawks and/or First & Goal, master tenant of Qwest Field, subject to refund, or without refund if the ticket holder is deemed to be disorderly, or fails to comply with these terms, the Fan Code of Conduct or any and all security measures. Ticket holder assumes all risks incident to the Events, including the risk of lost, stolen or damaged property or personal injury. The ticket holder will not transmit or aid in transmitting any picture, account or description (whether text, data or visual) in any media now or hereafter existing of all or any part of the Events. The ticket holder grants to the NFL, the Seattle Seahawks, First & Goal and their designees the irrevocable permission to use his or her voice or likeness in any media now or hereafter existing in connection with all or any part of the Events, for any purpose whatsoever, including the commercial purposes of the NFL, the Seattle Seahawks, First & Goal and their sponsors, licensees, promoters, advertisers or broadcasters. All sales are final. This ticket cannot be replaced if lost, destroyed or stolen. Lost, stolen or counterfeit tickets may not be honored. The ticket holder may not enter the Events or otherwise use this ticket for advertising, promotion or other commercial purposes (including contests, sweepstakes and giveaways) without the NFL's, the Seattle Seahawks' or First & Goal's express written consent. THE DATE AND TIME OF THE GAME IS SUBJECT TO CHANGE BY THE NFL IN ACCORDANCE WITH ITS SCHEDULING POLICIES OR AS A RESULT OF OTHER ACTIONS OR EVENTS BEYOND THE NFL'S CONTROL. NO REFUND WILL BE PROVIDED IF TICKET HOLDER CANNOT ATTEND. You and your belongings may be searched upon entry into Qwest Field, and prohibited items may be confiscated. By tendering this ticket and entering Qwest Field, you consent to such searches and waive any related claims that you might have against the NFL, its Member Clubs, affiliates, Seahawks, First & Goal and their agents. If you elect not to consent to these searches, you will be denied entry into Qwest Field.

**FGI 0001**

Schieck Exhibit B





## Press Releases

# Seahawks Announce Security Pat Downs; Limited Alcohol Sales

8/31/2005

In order to further enhance fan safety and comfort, everyone entering Qwest Field for 2005 Seattle Seahawks home games will be subject to pat down searches. Fans are encouraged to arrive early at stadium gates to help facilitate this additional security measure. All fans entering Qwest Field will be subject to and should expect to be patted down by security personnel before going through stadium gates. "Pat downs" of fans entering NFL stadiums have taken place on a frequent basis in recent years. Following discussion at a recent league meeting, Commissioner Paul Tagliabue and the NFL clubs determined that these hand searches should be a required element of stadium security procedures at all NFL games. "This new requirement is not a result of any specific threat information," said Commissioner Tagliabue. "It is in recognition of the significant additional security that 'pat downs' offer, as well as the favorable experience that our clubs and fans have had using 'pat downs' as part of a comprehensive stadium security plan." Several NFL teams successfully used pat downs as part of stadium security procedures last season. Hand searches of all fans entering stadiums also were employed during all NFL playoff games last season. Pat downs at stadium gates have been part of the Super Bowl security plan since 2002. Also occurring at this Friday evening's game, Minnesota will be the cut-off of alcohol sales at halftime, due to the game's late kickoff at 6 p.m. Fans are also encouraged to arrive 90 minutes early to avoid downtown traffic congestion.

RELATED CONTENT

Seahawks Report - Thursday (11/30/2006)

Seahawks Report - Wednesday (11/29/2005)

Seahawks at Broncos - Game Preview

Seahawks 34, Packers 24

Seahawks 34, Packers 24 - Notebook



Enter to WIN 4 Seahawks CLUB LEVEL TICKETS AT ANY WA/OR QWEST SOLUTIONS CENTER! Visit Qwest.com/stores for the store location nearest you!



No purchase necessary. See qwest.com/Washington for complete contest rules.

SIGN UP TODAY.

Contact Us | Fan Feedback | FAQ | Site Map | Privacy Policy | Advertise with Us | © Seattle Seahawks 2002-2006. All rights reserved.

    

Powered by

FGI 0002

August 31, 2005

## Seahawks Announce Security Pat Downs

**Kirkland, Wa. --** In order to further enhance fan safety and comfort, everyone entering Qwest Field for 2005 Seattle Seahawks home games will be subject to pat down searches.

Fans are encouraged to arrive early at stadium gates to help facilitate this additional security measure. All fans entering Qwest Field will be subject to and should expect to be patted down by security personnel before going through stadium gates.

"Pat downs" of fans entering NFL stadiums have taken place on a frequent basis in recent years. Following discussion at a recent league meeting, Commissioner Paul Tagliabue and the NFL clubs determined that these hand searches should be a required element of stadium security procedures at all NFL games.

"This new requirement is not a result of any specific threat information," said Commissioner Tagliabue. "It is in recognition of the significant additional security that 'pat downs' offer, as well as the favorable experience that our clubs and fans have had using 'pat downs' as part of a comprehensive stadium security plan."

Several NFL teams successfully used pat downs as part of stadium security procedures last season. Hand searches of all fans entering stadiums also were employed during all NFL playoff games last season. Pat downs at stadium gates have been part of the Super Bowl security plan since 2002.

To minimize downtown congestion due to outbound commuter traffic and inbound game traffic, fans are **STRONGLY URGED** to arrive at Qwest Field at least 90 minutes prior to kickoff to avoid parking delays and at the gates.

**Kickoff vs. Minnesota is at 6:00 pm.**

The Seahawks tailgate party, **Touchdown City**, opens at 3:00 pm. Touchdown City, an interactive theme park for football fans of all ages. Unique games, displays, football skill tests, and entertainment await fans inside the Qwest Event Center. Admission to Touchdown City is free. Food, beer, and wine are available for purchase.

**Park and Rides**
Regular service will operate from the five Seahawks Park and Ride locations prior to the game according to their usual weekday schedule. After the game, special Seahawks service will operate normal post-game routes back to the Park and Ride lots.

- **Pregame**: Metro buses on their normal daily schedule
- **Postgame**: Buses will operate on Seahawks postgame schedule with routes to the five designated Seahawks Park and Ride locations. **Click here** for a map of locations. Please create link to http://transit.metrokc.gov/up/spclevent/m_seahawks-post.html
- To plan you trip by Metro bus **click here**
- For more transportation options **click here** Please change link to **http://www.seahawks.com/subcontent.aspx?SecID=194**

For the safety and security of all guests, entry to all 2005 Seattle Seahawks games will include a **limited pat-down** as per NFL guidelines.

**Remember fans, arrive early so you don't miss kickoff!**

**FGI 0004**

Schieck Exhibit C

Westlaw.                                                                    NewsRoom

8/22/05 STLTI D1                                                            Page 1


8/22/05 Seattle Times D1
2005 WLNR 13230017

Seattle Times (WA)
Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

August 22, 2005

Section: ROP Sports


Bledsoe still out to prove his worth

Chris Cluff; Seattle Times staff reporter

em><strong>NEW START IN DALLAS </strong>| The former All-Pro has reunited with Bill
Parcells in Dallas after three mainly trying seasons in Buffalo. </em>

When Drew Bledsoe made his first professional on-field appearance in his home
state last November at Qwest Field, he carried the burden of proving he could still
perform as a starting quarterback after 11 years in the NFL.

Nine months later, he is back in Seattle and still trying to prove it - to a new
team run by his old coach.

Jettisoned by the Buffalo Bills in February, Bledsoe returns to Seattle for his
second exhibition start as a Dallas Cowboy when his new team plays the Seahawks to-
night at Qwest Field on ABC's "Monday Night Football."

In just three years, Bledsoe's reputation in some NFL circles has gone from that
of a record-setting, franchise savior to a stiff-legged, 33-year-old who has been
passed over by a faster-paced NFL game.

That was the message the Bills sent when they released Bledsoe because he would
not accept a demotion to back up the younger and more mobile J.P. Losman, who was
Buffalo's first-round pick in 2004.

A day after Bledsoe was released, the former Washington State star from Walla
Walla was signed by the Cowboys and reunited with Bill Parcells, the coach who had
drafted him No. 1 overall for the New England Patriots in 1993. That pick is still
lamented by some fans of the Seahawks, who drafted Rick Mirer No. 2 overall in 1993.

The Bledsoe-Parcells reunion is seen optimistically as a chance for both the
quarterback and the coach to rise to glory again.

They were there once, when they led the Patriots to the Super Bowl in the 1996
season. They lost to Mike Holmgren's Green Bay Packers, and Parcells moved to the
Jets.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0005**

Bledsoe continued to start until 2001, when he suffered a serious chest injury and was supplanted by Tom Brady during New England's first Super Bowl run. After that season, Bledsoe was traded to the Bills, who hailed him as the savior for a team coming off a 3-13 season.

"When Drew got there, that team had not won. They were looking for something to hang their hat on," said Bledsoe's father, Mac, by phone this weekend. "Expectations were off the charts for his performance."

And Drew fed the frenzy that year, setting Bills records in attempts (610), completions (375) and yards (4,359).

But the Bills let go of some of Bledsoe's top targets - Peerless Price, Jay Riemersma, Larry Centers - and his numbers dropped significantly in 2003. Last year, the Bills fired coach Gregg Williams and brought in Mike Mularkey, who implemented a run-based offense.

When the Bills asked Bledsoe to relinquish the starting position, he was not happy about it. He felt he could still start and be successful in the league.

Parcells agreed and is gambling $14 million over three years that a reunion with his one-time passing protege will benefit both the quarterback and the Cowboys.

Dallas has used seven quarterbacks since Troy Aikman, the leader of their 1990s Super Bowl teams, retired after the 2000 season. In Parcells' first season in Dallas (2003), he started the inconsistent Quincy Carter as the Cowboys surprisingly reached the playoffs. Then, last season, the coach went with his old New York Jets QB, Vinny Testaverde, and the team struggled to a 6-10 record - although one of the victories was a wild, 43-39 decision over the Seahawks on "Monday Night Football."

The Seahawks will see a slightly younger Dallas quarterback tonight - and again when it counts, on Oct. 23 - as Bledsoe replaces the 41-year-old Testaverde this season.

Bledsoe already has begun to re-establish chemistry with receiver Terry Glenn, his Patriots teammate from 1996 to 2001. He also has another veteran target in Keyshawn Johnson, who is another link to Parcells' past. And perhaps Bledsoe's best go-to guy will be tight end Jason Witten, who went to the Pro Bowl after catching 87 passes last season.

One of the criticisms of Bledsoe in Buffalo was that he held the ball too long while trying to make a big throw downfield, and Parcells told reporters early in training camp that he wants the quarterback to avoid that impulse and merely make good decisions.

Just as the Bills did, Parcells plans to base the Dallas offense on the running game, with second-year tailback Julius Jones the focus.

"I don't want the onus to be on the quarterback if I can help it," Parcells told the San Antonio News-Express. "I don't want to be in the situation we wound up being in part of the time last year, where the absence of a running game just put too much

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0006**

onus on the quarterback to win games."

Bledsoe, who is not doing phone interviews from training camp in Oxnard, Calif.,
told local reporters he is used to being the one to make plays but that his main fo-
cus is to win a championship.

"I got one of those [Super Bowl] rings, but I wasn't on the field when we won it
[2001]," he told the Fort Worth Star-Telegram. "And I want to go win a championship
and be the guy on the field when it's over."

<em>Chris Cluff: ccluff@seattletimes.com or 206-464-8787 </em>

<h3>Dallas at Seahawks </h3>

<strong>Bottom line</strong>: The Seahawks' exhibition season home opener is a
nationally-televised tilt against the Cowboys, who stunned Seattle on "Monday Night
Football" last Dec. 6 at Qwest Field with a come-from-behind 43-39 win. Seahawks
coaches will continue evaluating to determine who belongs on the final roster.
Still, the memory of the Cowboys' win is still fresh. "I will probably never forget
that game," Seahawks coach Mike Holmgren said. "That was a tough one." The Seahawks
allowed the Cowboys to rally from a 10-point deficit in the final 1:37 of the game,
and one of the Cowboys' scores was a touchdown pass that appeared to have been out
of bounds but was not reviewed on replay. Fans may be subject to limited security
pat downs at all gates.

<em>Jose Miguel Romero

</em>

 

Drew Bledsoe returns to his home state tonight. (0396529243)

---- INDEX REFERENCES ----

COMPANY: REACH TRADE AND MARKETING; ABC

INDUSTRY: (Entertainment (1EN08); Sports (1SP75); U.S. Football (0AA68))

REGION: (USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39);
New York (1NE72); Washington (1WA44))

Language: EN

OTHER INDEXING: (1990S SUPER BOWL; ABC; COWBOYS; EXPECTATIONS; NEW YORK JETS QB;
NFL; PATRIOTS; PRO BOWL; SAN ANTONIO NEWS; SUPER BOWL) (Bill Parcells; Bledsoe;
Bottom; Chris Cluff; Drew; Drew Bledsoe; Gregg Williams; J.P. Losman; Jason Witten;
Jay Riemersma; Jose Miguel Romero; Keyshawn Johnson; Larry Centers; Mike Holmgren;
Mike Mularkey; Parcells; Quincy Carter; Rick Mirer No.; Terry Glenn; Testaverde; Tom
Brady; Troy Aikman; Vinny Testaverde)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0007**

EDITION: Fourth

Word Count: 1200
8/22/05 STLTI D1

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0008**

Exhibits to Ainsworth Decl.
Page 41

Westlaw.

NewsRoom

8/22/05 MNTTCMA C03

Page 1

8/22/05 Morning News Trib. (Tacoma Wash) C03
2005 WLNR 13230140

News Tribune, The (Tacoma, WA)
Copyright 2005 The News Tribune (Tacoma, WA)

August 22, 2005

Section: SPORTS

Despite no TV, battle for roster spots continues
Tonight's game against the Cowboys won't be televised locally, but it's still important for those trying to make the team.

MIKE SANDO

The Seattle   Seahawks ' first home exhibition game of 2005 comes with a few changes.

Kickoff at Qwest Field is scheduled for 5 p.m., an hour earlier than regular-season Monday night games.

The Seahawks are urging fans to arrive 90 minutes before kickoff, and not only as a guard against rush-hour traffic.

Fans should also be prepared for more time-consuming pat-downs as part of increased NFL security measures.

Staying home to watch the Seahawks and Dallas Cowboys on TV is not an option in the Puget Sound region. The game did not sell enough tickets to avoid a league-mandated local blackout.

"Preseason is a little different all around the league that way," coach Mike Holmgren said. "We sold a bunch of season tickets, I know that. It's too bad that the people who can't come to the game can't see it on television. But those are the rules."

The game will be broadcast on 710-AM radio.

On the field, the game is a chance for lesser-known players to compete for roster spots. The first wave of cuts is Aug. 30.

A look at a few of the more competitive battles:

* Receiver: Jerheme Urban, Bobby Shaw, Taco Wallace, Jason Willis and Marque Davis could be fighting for a single roster spot.

Darrell Jackson and Bobby Engram are the starters. The team generally keeps six

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0009**

players at the position.

Veteran Joe Jurevicius appears well positioned to claim a roster spot, while Holmgren has said he'll save a roster spot for injured receiver Alex Bannister.

Veteran newcomer Jerome Pathon seems to be making a push for a spot. He caught touchdown passes in the scrimmage and exhibition opener.

Holmgren seems to like what second-year pro D.J. Hackett provides as a potential deep threat.

* Safety: John Howell and Terreal Bierria both have starting experience and both are proficient on special teams, but only one appears likely to claim a roster spot.

Howell and Bierria have more experience than free-agent long shots Junior Rose-green, Jamaal Brimmer and Terry Holley.

Michael Boulware and Ken Hamlin are the starters. Hamlin, who has only recently re-turned from shoulder surgery, will not play tonight.

Marquand Manuel, who had 19 tackles in 15 games for Seattle last season, has been starting in Hamlin's place.

Seattle kept only three safeties on the final cut last season before claiming Manuel off waivers prior to the first game.

* Linebacker: The team kept seven linebackers last season.

The top eight, in no particular order, are Lofa Tatupu, Niko Koutouvides, Jamie Sharper, Kevin Bentley, D.D. Lewis, Leroy Hill, Tracy White and Isaiah Kacyvenski.

Lewis (concussion) and Hill (knee) will not play tonight. Rookie Cornelius Wortham (hamstring) returned to practice late last week. Free agent Terrence Robinson faces an uphill fight for a spot.

Tatupu is expected to make his NFL debut tonight after missing the exhibition open-er to rest a sore hamstring. The rookie second-round choice has shown more savvy than some veterans. Koutouvides has so far started ahead of him.

Sharper was considered a definite starter when Seattle signed him in free agency. His impact has been muted so far.

* Defensive line: Seattle has 16 defensive linemen in camp, but 2004 starters Cedric Woodard (knee) and Rashad Moore (shoulder) remain sidelined by injuries.

Marcus Tubbs and Chuck Darby have emerged as the starting tackles in their absence. Grant Wistrom and Bryce Fisher are the starting ends.

The team appears to lack high-quality depth at defensive end, where Antonio Cochran ranks third on the depth chart. Rookie fifth-round pick Jeb Huckeba has made a fa-vorable impression on coaches, and the team might need him to play this season.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0010**

* Returner: The Cleveland Browns have given receiver and kick returner Andre Davis permission to seek a trade.

And while media reports have named Seattle as a potential suitor, Davis' kick-return numbers are similar to those of Maurice Morris, who has handled returns for Seattle.

Davis has averaged 21.3 yards per kick return during his career. Morris' average is 22.0 yards. Davis has a long return of 95 yards, compared to 97 yards for Morris.

Both players have averaged 5.0 yards per punt return in limited duty.

Pathon and rookie running back Maurice Weeks returned kicks for Seattle during the exhibition opener at New Orleans.

Pathon has not returned kicks regularly since 2000, when he averaged 22.4 yards on 26 returns for Indianapolis.

Engram and Taco Wallace returned punts against the Saints last week. Shaw has also returned punts in practice.

Extra points

Holmgren did not announce specific plans for playing time tonight. In the second exhibition game last season, the starting offense played three possessions, which took quarterback Matt Hasselbeck into the second quarter. . . .

The list of injured Seattle players expected to miss the game includes: Moore, Woodard, Hamlin, Hill, Lewis, Bannister, tackle Wayne Hunter (knee), cornerback Michael Harden (concussion), running back Jesse Lumsden (hip), fullback Tony Jackson (shoulder), defensive end Christian Mohr (leg). . . .

Tickets for the game remain available for purchase at 206-622-4295.

- - -

Mike Sando: 425-822-9504

mike.sando@thenewstribune.com

---- INDEX REFERENCES ----

COMPANY: SEATTLE SEAHAWKS

INDUSTRY: (Sports (1SP75); U.S. Football (0AA68))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); Washington (1WA44))

Language: EN

OTHER INDEXING: (NFL; PRESEASON; QWEST FIELD; ROOKIE; ROOKIE CORNELIUS WORTHAM; SAINTS; SEAHAWKS; SEATTLE; SEATTLE SEAHAWKS; TV; VETERAN; VETERAN JOE JUREVICIUS)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0011**

(Alex Bannister; Andre Davis; Bannister; Bierria; Bobby Engram; Bobby Shaw; Chuck Darby; D.D. Lewis; D.J. Hackett; Darrell Jackson; Davis; Engram; Extra; Grant Wis-trom; Hamlin; Hill; Holmgren; Howell; Isaiah Kacyvenski; Jamaal Brimmer; Jamie Sharper; Jason Willis; Jeb Huckeba; Jerome Pathon; Jesse Lumsden; John Howell; Kevin Bentley; Koutouvides; Leroy Hill; Lewis; Lofa Tatupu; Manuel; Marcus Tubbs; Marquand Manuel; Marque Davis; Matt Hasselbeck; Maurice Morris; Maurice Weeks; Michael Boul-ware; Michael Harden; Mike Holmgren; Mike Sando; mike.; Moore; Morris; Niko Koutouvides; Pathon; Rashad Moore; Sharper; Shaw; Staying; Taco Wallace; Tatupu; Terreal Bierria; Terrence Robinson; Terry Holley; Tonight; Tony Jackson; Tracy White; Wayne Hunter)

KEYWORDS: Sport, Football, Pro, NFL, Local/State, Seahawks

EDITION: SOUTH SOUND

Word Count: 1032
8/22/05 MNTTCMA C03

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0012**

**SEATTLE POST-INTELLIGENCER**
http://seattlepi.nwsource.com/football/237488_hawk22.html

## Seahawks Notebook: Backup QB improves focus on playbook

**Backup QB improves focus on playbook**

*Monday, August 22, 2005*

**By DANNY O'NEIL**
SEATTLE POST-INTELLIGENCER REPORTER

Football players frequently talk about becoming a student of the game.

Seldom do they provide as literal an example as Seneca Wallace did this offseason when he enrolled in a class to sharpen his study habits.

"It wasn't really geared toward offense or anything like that," Wallace said.

It was about improving his visualization and the class helped bring the Seahawks' playbook into sharper focus for Wallace as he prepared for a chance at being the Seahawks' backup quarterback. He will continue to get a heavy dose of preseason playing time when the Seahawks play the Cowboys tonight at Qwest Field.

To say Wallace crammed this summer for his role as backup would be wrong. He's been working at it for more than two years now, evolving from a college quarterback known for his athleticism into an NFL quarterback who is getting compliments for his growing acumen.

"He has attacked becoming good at the position very hard," coach Mike Holmgren said.

If Holmgren's offense were a college class, it would definitely be an upper-division course. Simply calling plays was a challenge for Wallace in his rookie season, which he spent on the practice squad.

"I went from a vanilla offense we ran at Iowa State to an offense here that is very difficult," Wallace said.

Now in his third season, Wallace isn't struggling to remember plays; he's going out and making them. He passed for one touchdown and ran for another in Seattle's preseason opener in New Orleans on Aug. 12. It was a compelling case that Wallace is ready to be the Seahawks' backup quarterback this season, an opportunity Wallace stood eye-to-eye with once Trent Dilfer went to Cleveland.

"I was like, 'Well, it's my opportunity,' " Wallace said. "I'm getting my chance to maybe be the number two guy.

"I just wanted to make sure I took the whole opportunity to do that."

Wallace took a new tack on his preparations this offseason by signing up for a class in Seattle. The lessons were four hours a day, five days a week and lasted about three months. It wasn't like going back to school. It was learning new study habits.

"It was tailored to help you learn to picture things," Wallace said. "When we'd read a paragraph you would have to picture everything in that paragraph."

At times, he used his football playbook. Other times he had to recite facts from something he read.

"It would help you remember those things," Wallace said. "And you would have to tell the person exactly what that was about."

Exhibits to Ainsworth Decl.
Page 46

Those memory lessons translated into a memorable performance in Seattle's first preseason game, though it's worth noting it wasn't the first time a preseason performance drew praise. Wallace was complimented by teammates last year after he directed a pair of touchdown drives in a preseason game against Green Bay.

It's all part of the learning curve for a quarterback in Holmgren's offense, and it's a process that Wallace is still studying.

"It will probably take a guy maybe two years to learn," Wallace said of the offense. "But you've got to keep battling and keep battling it and eventually you'll get it."

**NOTE:** Tonight's preseason game against Dallas is blacked out on television within 75 miles of Seattle because it did not sell out.

Fans attending the game may be subject to limited pat-down searches upon entry to the stadium. The team is encouraging fans to arrive 90 minutes before the 5 p.m. kickoff because of traffic congestion.

## Jerome Pathon

*Wide receiver*

*6-0, 195*

- **Age:** 29

- **Thumbnail sketch:** For a guy who went to high school only a few hours up the road, Pathon had to take an indirect route to play college football in Seattle. As a high school senior in Vancouver, B.C., Washington was among the schools he sent a videotape of highlights, but the Huskies weren't biting. He went to Acadia University in Nova Scotia. He played so well in a season there that when he sent out another highlight tape it caught the Huskies' interest. In 1998, he was the first of 10 Huskies chosen in the NFL draft, selected No. 32 overall by the Colts. Now in his eighth season in the NFL.

## Quick takes

**What was your first car?**

"Growing up, we didn't have a lot of money, so the first car I got was in college. It was a 1965 Impala, and it had hydraulics on it. It had switches, it had a sound system and it was hilarious."

**What CD do you have that would surprise people?**

"Led Zeppelin. I've got a best-of collection."

**What's the worst job you've ever had?**

"Dishwasher, when I was in high school."

**Who was the first poster on your wall?**

"Jerry Rice."

**-- Danny O'Neil**

---

*P-I reporter Danny O'Neil can be reached at 206-448-8209 or dannyo'neil@seattlepi.com.*

Exhibits to Ainsworth Decl.
Page 47

© 1998-2007 Seattle Post-Intelligencer

Exhibits to Ainsworth Decl.
Page 48

Westlaw.                                                    **News**Room

8/26/05 STLTI C2                                                    Page 1


8/26/05 Seattle Times C2
2005 WLNR 13492017

Seattle Times (WA)
Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

August 26, 2005

Section: ROP Sports

Jenkins makes splash NFL
Atlanta receiver has 2 TDs against Jacksonville in rainy exhibition game

The Associated Press and The Washington Post

JACKSONVILLE, Fla. - Michael Jenkins took advantage of his team's depleted receiving corps last night.

With Peerless Price, Roddy White and Dez White on the sideline, Jenkins showed he can be Atlanta's No. 1 receiver. Jenkins caught four passes for 35 yards and scored twice, helping the Falcons beat the Jacksonville Jaguars 23-7 in a rain-drenched, penalty-filled exhibition game last night.

"Nothing special for me tonight," said Jenkins, a 2004 first-round draft pick from Ohio State who caught a mere seven passes as a rookie. "It just happened that I got open and was able to catch the ball when it came to me. I just wanted to make plays when the opportunities came to me."

Dez White reportedly sprained his left knee in the first half.

Fred Taylor ran four times for 18 yards in his exhibition debut for the Jaguars (2-1) and showed signs of being able to recover from knee surgery.

"It was a good start," Taylor said. "It was a confidence builder. Physically, I felt OK and I didn't have any setbacks. It is a good sign, so far."

Jacksonville opens regular-season play when it hosts the Seahawks on Sept. 11.

Atlanta (3-1) looked primed for another run at the NFC Championship Game. The Falcons moved the ball with relative ease against Jacksonville's vaunted defense and scored on three of their first four possessions.

Warrick Dunn rushed eight times for 65 yards, including a 42-yard effort that set up a touchdown.

Atlanta's Michael Vick was 5 of 10 passing for 44 yards with a touchdown. He rushed four times for 30 yards.


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0016**

Jacksonville fumbled three times, had a pass intercepted and finished with 13 penalties for 170 yards. Byron Leftwich was 11 of 20 passing for 179 yards.

Jaguars first-round pick Matt Jones, a former Arkansas quarterback who is playing receiver, made a one-handed catch for a 48-yard gain in the first quarter. LaBrandon Toefield scored from 4 yards four plays later.

Of Jones, Jacksonville coach Jack Del Rio said, "He's got a gift for catching the ball. That's just a phenomenal catch. You're going to see a lot of that. He's the kind of guy that's going to have plays on ESPN. He's that kind of player."

<strong>

Notes

</strong>* <strong>Matt Birk </strong>was willing to trade a risk for a risk. The 29-year-old would try to play with "excruciating" pain in his hip this season if the Minnesota Vikings guaranteed he would be paid next year.

The Vikings declined the offer, so the four-time Pro Bowl center will undergo his fifth surgery in a little more than a year and could miss at least three months. Birk's agent, <strong>Joe Linta</strong>, said his client will have the surgery to repair a partially torn labrum in his left hip.

Birk had been cleared to play with painkilling injections, but asked the Vikings to guarantee his $3.94 million salary for 2006 if he competed this season. <strong>Cory Withrow</strong>, 30, a former Washington State player, is expected to start at center for the Vikings. Of Birk, Withrow jokingly said, "He's actually good. I'm not."

* Linebacker <strong>LaVar Arrington</strong>, 27, and the Washington franchise reached a settlement, ending a contract dispute that stretched 17 months and strained relations between the team and the player.

Arrington had contended Washington cheated him of $6.5 million in bonus money as part of an eight-year, $68 million contract extension signed in December 2003. The team said it had not promised the bonus money to Arrington.

Under the settlement, an amendment was added to Arrington's contract stating that if he makes the Pro Bowl two of the next four seasons he would be allowed to void his contract and become a free agent. Washington would then have the option of paying him $3.25 million to keep him.

* New England released safety <strong>Antuan Edwards</strong>, 28, after signing him as a veteran free agent in June.

* <strong>Andre Rison</strong>, 38, a former Pro Bowl receiver, was released by the CFL Toronto Argonauts. He last played in the NFL in 2000, with Oakland.

* Carolina Panthers officials didn't know some of their players visited a South

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0017**

Carolina doctor suspected of writing illegal steroids prescriptions, commissioner **Paul Tagliabue** said.

The league began its investigation into allegations of steroid use after a CBS News report in March identified center **Jeff Mitchell**, tackle **Todd Steussie** and punter **Todd Sauerbrun** as having filled prescriptions written by Dr. **James Shortt** of West Columbia, S.C., for steroids.

* Fans attending games this season will be subject to pat-downs as part of enhanced security implemented by Tagliabue.

Tagliabue emphasized in a letter to teams that there was no specific additional threat.

The Pittsburgh Steelers had pat-downs at their two home exhibition games this summer.

Phil Coale / The Associated Press: Jacksonville's Alvin Pearman (34) is tackled by Atlanta's Edgerton Hartwell (50) and Chauncey Davis (77) during last night's exhibition game in Jacksonville, Fla. (0396698730)

---- INDEX REFERENCES ----

INDUSTRY:  (Entertainment (1EN08); Sports (1SP75); U.S. Football (0AA68))

REGION:  (South Carolina (1SO63); USA (1US73); Americas (1AM92); Florida (1FL79); North America (1NO39); Georgia (1GE15))

Language:  EN

OTHER INDEXING:  (ALVIN PEARMAN; ARKANSAS; CBS NEWS; EDGERTON HARTWELL; FALCONS; FRED TAYLOR; JAGUARS; MINNESOTA VIKINGS; NFC CHAMPIONSHIP; NFL; OHIO STATE; SEAHAWKS; TAYLOR; VIKINGS)  (Andre Rison; Antuan Edwards; Arrington; Birk; Byron Leftwich; Carolina Panthers; Cory Withrow; Dez White; Fans; Jack Del Rio; James Shortt; Jeff Mitchell; Jenkins; Joe Linta; LaBrandon Toefield; Linebacker LaVar Arrington; Matt Birk; Matt Jones; Michael Jenkins; Michael Vick; Notes; Paul Tagliabue; Phil Coale; Physically; Roddy White; Tagliabue; Todd Sauerbrun; Todd Steussie; Warrick Dunn)

EDITION: Fourth

Word Count: 1020
8/26/05 STLTI C2

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0018**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0019**



PRINTER-FRIENDLY FORMAT

Tacoma, WA - Monday, January 22, 2007          < Back to Regular Story Page

## Kitna helps Warrick get job

**MIKE SANDO; The News Tribune**
Last updated: September 1st, 2005 07:42 AM (PDT)

**KIRKLAND –** The Seattle Seahawks and receiver Peter Warrick agreed to a contract Wednesday with an assist from a certain former Lincoln High School quarterback.

Jon Kitna, Warrick's teammate on the Cincinnati Bengals since 2001, called the Seahawks to put in a good word for his close friend.

"I talked to Coach (Mike Holmgren) yesterday and told him that Pete is as unselfish of a major contributing guy as I've been around," Kitna said by telephone Wednesday.

The Seahawks do not require advice from their former quarterbacks to make personnel decisions. But the strong endorsement from Kitna, who played for the Seahawks from 1997 to 2000, presumably helped.

"I don't think you're going to find too many guys in our locker room that were as universally liked as him," Kitna said.

The Seahawks confirmed the contract agreement, but president Tim Ruskell declined comment until the deal is signed, probably today.

The impending addition of Warrick might bring clarity to the competition at receiver. Warrick was set to join a top five that appears to consist of Darrell Jackson, Bobby Engram, Joe Jurevicius, Alex Bannister and D.J. Hackett.

With Warrick's addition, Jerheme Urban and Jerome Pathon could have a harder time earning roster spots if the team keeps six receivers.

Pathon has not endeared himself to the coaching staff. Holmgren criticized the veteran's conditioning at minicamps; more recently, Pathon missed a special teams practice and quarreled with assistant coach Bob Casullo, incidents Pathon attributed to a misunderstanding.

Ruskell does not need to make a decision until final cuts are due Sunday. Roster spots are on the line when Seahawks play their final exhibition game Friday night at Qwest Field.

It was not yet clear whether Warrick would play in the game.

Seattle opens the regular season Sept. 11 at Jacksonville.

Warrick, who turned 28 in June, missed 12 games to injury last season after catching 79 passes for 819 yards in 2003. He was no longer a starter, and the Bengals weren't eager to carry the $2.28 million salary he was scheduled to earn in 2005, the final year of his contract.

"He wasn't one of our better players at this point," Bengals coach Marvin Lewis told the Cincinnati Enquirer.

Ruskell acted swiftly once the Bengals released Warrick on Tuesday. Seattle's new president made sure the Seahawks would be first in line to meet with the veteran of 55 NFL starts.

And when a physical examination cleared Warrick's surgically repaired knee, Ruskell and vice president Mike Reinfeldt closed the deal.

ESPN.com described the agreement as a one-year deal worth between $1.4 million and the $2.28 million Warrick would have earned in Cincinnati. The breakdown includes a $500,000 signing bonus and $900,000 in base salary. Warrick can earn another $220,000 each time he reaches 30, 40, 50 and 60 receptions.

The Seahawks were not in the market for a starting wideout, and Warrick does not seem to fill the perceived need for a deep threat.

"On stretching the defense deep, we'd like it, I suppose, but we do so much of the intermediate stuff," Holmgren said. "I'm looking for a guy to catch every pass that we throw to him."

The Seahawks have also sought a reliable punt returner to take over for Engram, who faces increased responsibilities now that he has moved into the starting lineup. Warrick averaged 10.9 yards per return in 2003. His career average is 9.7 yards, compared to 10.4 for Engram.

Warrick, chosen fourth overall from Florida State in 2000, is a willing blocker as well.

"He has always been one to do all the dirty work for us," Kitna said. "He was always the guy blocking as a receiver. He understood in certain plays and situations that he wasn't going to get the ball; he would be upset, but he would not let it affect the team.

"I think the world of him."

SEAHAWKS AT A GLANCE

**Read Mike Sando's Seahawks blog:**

**http://blogs.thenewstribune.com/seahawks**

**Wednesday:** The Seahawks held their final full practice before their exhibition finale Friday night against Minnesota at Qwest Field. The team has scheduled a walk-through practice for today.

**Best play:** WR Darrell Jackson caught a touchdown pass from QB Matt Hasselbeck in the back of the end zone.

**Linguist onboard:** Newly acquired DE Alain Kashama speaks French, English and three African languages. He moved from Zaire to Montreal when he was 10, and his parents now live near Toronto.

**Down pat:** The Seahawks issued a statement reminding fans to arrive 90 minutes prior to the 6 p.m. kickoff Friday night. The advisory is to account for downtown traffic and new NFL-mandated security pat-downs.

**Medical report:** LB Jamie Sharper returned to practice and worked with the starters. DT Craig Terrill missed practice with knee tendinitis. DE Jeb Huckeba rested a sore knee. TE Itula Mili received the day off. Others missing practice included WR D.J. Hackett (knee), RB Kerry Carter (ankle), RB Maurice Morris (upper leg), FB Tony Jackson (shoulder), DE Christian Mohr (knee), OT Wayne Hunter (knee), OT Floyd Womack (triceps) and DT Rashad Moore (shoulder).

Mike Sando: 425-822-9504

mike.sando@thenewstribune.com

Originally published: September 1st, 2005 12:01 AM (PDT)


Privacy Policy | User Agreement | Contact Us | About Us | Site Map | Jobs@The TNT | RSS
1950 South State Street, Tacoma, Washington 98405 253-597-8742
© Copyright 2007 Tacoma News, Inc. A subsidiary of The McClatchy Company    REAL Cities

**FGI 0021**

Case 2:06-cv-01719-JLR    Document 33-6    Filed 05/11/2007    Page 57 of 64

**SEATTLE POST-INTELLIGENCER**

http://seattlepi.nwsource.com/football/238884_hbok01.html

## Seahawks Notebook: Seahawks don't waste any time wrapping up Warrick

**Receiver's visit to Kirkland results in one-year deal**

*Thursday, September 1, 2005*

**By DANNY O'NEIL**
SEATTLE POST-INTELLIGENCER REPORTER

KIRKLAND -- When the Seahawks got a chance to make an upgrade at wide receiver on Wednesday, they grabbed hold of it.

In fact, they didn't let Peter Warrick leave the team's headquarters until reaching an agreement on a one-year contract.

The deal won't be signed until today, and Warrick will be introduced by the team after the walk-through preparation for Friday's preseason finale. Seattle will have to make a roster move to clear a spot for Warrick.

Warrick was acquired to play slot receiver and also return punts. He was waived on Tuesday by Cincinnati, the team that chose him with the No. 4 choice in the 2000 draft.

He caught a career-high 79 passes two years ago, but was injured most of last season and was recovering from offseason knee surgery during training camp.

Coach Mike Holmgren answered questions after Seattle's practice on Wednesday, and while the team had not yet reached an agreement with Warrick at the time, Holmgren explained why the Seahawks had taken an interest.

"If a guy becomes available the caliber of Peter Warrick, I think we're going to bring him in, look at him, talk to him," Holmgren said.

The Seahawks gave him a physical examination, kicking the tires, so to speak, on a player who missed 12 games last season with leg and knee injuries. He underwent offseason surgery on his knee and had played in only one of the Bengals' three preseason games.

And then Seattle signed Warrick to a one-year deal. ESPN.com reported that Warrick's contract is for $1.4 million, which includes a $500,000 signing bonus. There also are incentives that could take the package past $2 million depending on the number of passes he catches.

As a slot receiver, Warrick will be plugged into the role that Bobby Engram filled so well the past few years. Engram is starting at split end this season, replacing Koren Robinson.

Warrick crowds a position where there already was tremendous competition for a roster spot. Before Warrick's addition, the competition was between D.J. Hackett, Jerheme Urban and Jerome Pathon for the final two roster spots. Now it's likely that only one of that trio will make the Seahawks roster unless Holmgren makes compromises elsewhere on the roster to keep seven receivers.

**FGI 0022**

Case 2:06-cv-01719-JLR    Document 33-6    Filed 05/11/2007    Page 58 of 64

Warrick caught a pass in the first 64 games of his career, a streak that ended in September 2004 when he failed to catch a pass after the second game of an injury-plagued season.

**WHAT A RUSH:** Defensive end Alain Kashama was born in Zaire, moved to Montreal at age 10 and found his way onto the football field thanks to a family member.

His cousin is Tim Biakabatuka, the former Michigan tailback who was a first-round draft choice of the Carolina Panthers in 1996.

"He got drafted, he bought his mom a big house," Kashama said. "I told myself I would start playing, too, and buy my mom a big house."

Has he done it yet?

"I'm working on it," he said.

Kashama has been a Seahawk for all of three days now after being acquired from Chicago for an undisclosed 2006 draft choice. A second-year pro, Kashama is a speed-rush specialist and the latest guy the Seahawks have looked at to provide an outside pass rush as a backup to defensive ends Grant Wistrom and Bryce Fisher.

This offseason, the Seahawks met with Peter Boulware, but discussions never got too far. The Seahawks traded for Ronald Flemons early in training camp, acquiring him for cornerback Kris Richard, who wasn't going to make the roster. Flemons didn't make it, either, one of three defensive ends among the 14 players released on Monday along with veteran Antonio Cochran.

The team still has its eyes open for that No. 3 pass-rushing end.

"We've committed a lot of time and effort to the players we have," Holmgren said. "We're not unhappy with the players we have, but we'll always look."

So how is Kashama adjusting to the Seahawks?

"Slowly," he said after Wednesday's practice.

It's speed that brought him here in a trade with Chicago for an undisclosed draft choice next season. Kashama is a second-year player, who was undrafted but was timed at 4.5 seconds in the 40-yard dash at Michigan's pro day in 2004.

**ACCOUNTED FOR:** Safety Terreal Bierria, whose family lives in Slidell, La., has heard from his father and brother, both of whom are safe.

Bierria heard from the rest of his family on Tuesday, but it wasn't until Wednesday he got in touch with his father and older brother.

Fans can make monetary donations for victims of the hurricane at Friday's preseason game against Minnesota. Northwest Medical Teams will be accepting contributions at all gates to assist hurricane victims.

**INFIRMARY:** Defensive linemen Craig Terrill and Jeb Huckeba did not practice on Wednesday.

**FGI 0023**

Terrill has been bothered by knee tendinitis, and Huckeba has been having trouble with a knee. Tight end Itula Mili also did not practice.

Linebacker Jamie Sharper returned to practice after getting the day off on Tuesday.

Not practicing: Terrill (knee), Huckeba (knee), DT Rashad Moore (shoulder), DE Christian Mohr (leg), WR D.J. Hackett (knee), OT Wayne Hunter (knee), OT Floyd Womack (triceps), FB Tony Jackson (shoulder), RB Kerry Carter (ankle), RB Maurice Morris (hamstring).

**NOTE:** Fans will be subject to pat-down searches before entering Qwest Field on Friday. The game starts at 6.

---

*P-I reporter Danny O'Neil can be reached at 206-448-8209 or dannyo'neil@seattlepi.com.*

**© 1998-2006 Seattle Post-Intelligencer**

**FGI 0024**

Westlaw.                                                          NewsRoom

9/2/05 STLTI E6                                                    Page 1


9/2/05 Seattle Times E6
2005 WLNR 13879444

Seattle Times (WA)
Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

September 2, 2005

Section: ROP Sports

Hawks' exhibition finale blackout-free Tonight's game shown on KONG
BELO buys up tickets to assure broadcast

Jos&eacute; Miguel Romero; Seattle Times staff reporter

KIRKLAND - Tonight's   Seahawks -Minnesota Vikings exhibition game at Qwest Field
will be televised live on KONG-TV, the team announced yesterday.

The Seahawks are partnering with BELO Corporation, the parent company for
Seattle's KONG-TV (channels 6 and 16), to show the game for Puget Sound-area view-
ers. Kickoff at Qwest Field is at 6 p.m.

Some fans showed their displeasure at not being able to watch the Seahawks-Dallas
Cowboys game on ABC's "Monday Night Football" on Aug. 22. A local blackout of the
game extended as far away as the U.S.-Canada border.

The NFL prohibits a game from being shown locally on television if it is not a
sellout. An exhibition game can be shown live if the game is sold out, or close
enough to being sold out.

BELO bought enough tickets for the league to consider the game a sellout, though
tickets remain available.

In the past, the Seahawks have shown home exhibition games on local TV, but paid
a fine to the NFL for doing so because they weren't sold out. This season they aban-
doned that course of action, as was the case in the Dallas game, to avoid the NFL
penalty.

<strong>Katrina donations

</strong>The Seahawks and Northwest Medical Teams will be collecting monetary
donations to assist those affected by Hurricane Katrina from fans attending to-
night's game. The NFL has already donated $1 million to the American Red Cross, it
was announced Wednesday.

More than 100 volunteers, including Northwest Medical Teams board member Kathy
Holmgren, wife of Seahawks coach Mike Holmgren, will be stationed at all entry gates

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0025**

around Qwest Field and in the adjacent exhibition center before the game.

   Fans can also donate at <em>www.nwmedicalteams.org</em>, or by calling 1-800-959-4325. Checks should be made payable to NWMT Hurricane Relief Fund.

   <strong>

   Notes

   </strong>* The Seahawks encourage fans to arrive early because everyone who enters the stadium will be subject to pat-down searches by security staff.

   * Alcohol sales will end at halftime because of the late kickoff.

                    ---- INDEX REFERENCES ----

COMPANY: A H BELO CORP; AMERICAN RED CROSS; REACH TRADE AND MARKETING; ABC; BELO CORP

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39))

Language:  EN

OTHER INDEXING:  (ABC; AMERICAN RED CROSS; BELO; BELO CORP; DALLAS; NFL; NORTHWEST MEDICAL; NORTHWEST MEDICAL TEAMS BOARD; NWMT; PUGET SOUND; QWEST FIELD; SEAHAWKS; SEAHAWKS DALLAS; TONIGHT; US CANADA BORDER)  (Hawks; Kathy Holmgren; Katrina; Mike Holmgren; Notes)

EDITION: Fourth

Word Count: 407
9/2/05 STLTI E6

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0026**

Westlaw.                                                                 NewsRoom

9/16/05 STLTI D6                                                          Page 1


9/16/05 Seattle Times D6
2005 WLNR 14644874

Seattle Times (WA)
Copyright (c) 2005 Seattle Times Company, All Rights Reserved.

September 16, 2005


Section: ROP Sports


Babineaux vs. Babineaux    Seahawks   notebook

Jos&eacute; Miguel Romero; Seattle Times staff reporter

KIRKLAND - They haven't played on the same team since high school. But if they couldn't play on the same team as their careers advanced, they at least wanted to be able to make it to the NFL.

And that's exactly where the Babineaux brothers of Port Arthur, Texas, find themselves today.

Jonathan, about 11 months older than brother Jordan, is a rookie defensive tackle for the Atlanta Falcons who was taken in the second round of this year's draft out of Iowa. Jordan, 23, is in his second year as a Seahawks cornerback. He was undrafted out of Division II Southern Arkansas but earned a place on the Seattle practice squad last year before making the 53-man active roster this past exhibition season.

On Sunday, the Babineauxs will be on opposite sidelines.

"Maybe we'll be able to catch dinner Saturday night," Jordan said, "but I'm sure we'll see each other."

Jonathan took a medical redshirt year at Iowa, which delayed his arrival in the pros. But while in college, the two set a goal to get to the NFL.

"As time passed and we matured, it became more visible, and we decided that was something we were going to shoot for," Jordan said. "So why settle for less?"

The Babineauxs will have several family members on hand for the game, including their mother.

Jonathan, who came to Seattle for the Seahawks' playoff game against St. Louis last season, said he's proud of his brother. He and Jordan talk three times a week.

<strong>TV time

</strong>

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0027**

The Seahawks-Falcons game will be shown live on television locally, since the Seahawks sold enough tickets by yesterday's 1 p.m. NFL deadline to avoid a local television blackout.

The game will air on KCPQ (Ch. 13) in the Puget Sound area.

Fans are asked to arrive early for the 1 p.m. kickoff, as they will be subject to security pat-downs before entering Qwest Field. Tickets are still available by calling the Seahawks or Ticketmaster outlets.

<strong>One less interception

</strong>

A review of the NFL's official statistics, kept by the Elias Sports Bureau, has led to one less interception thrown by Seahawks quarterback Hasselbeck last Sunday.

The play in question happened with nine seconds left in the game. The official play-by-play had Hasselbeck throwing an interception after being pressured by Jaguars defensive end Reggie Hayward. Paul Spicer was credited with the interception.

Now, the play has been ruled a sack for Hayward for a 3-yard loss and a fumble, which Spicer gets credit for recovering. Hasselbeck's statistics are now 21 for 36 with two interceptions. He has been sacked three times for 21 lost yards.

The change means Hasselbeck fumbled twice and lost both fumbles, and the Seahawks have 322 total yards of offense instead of 325. Hasselbeck's passing yards went from 228 to 225.

<strong>

Notes

</strong>* Seahawks WR <strong>D.J. Hackett</strong>, who has a sprained left knee and has missed two weeks of games and practices, has been upgraded from doubtful to questionable for Sunday's game. He returned to practice yesterday but said he isn't yet at full speed.
    <em>Jose Miguel Romero: 206-464-2409 or jromero@seattletimes.com

</em>

Jordan Babineaux is a second-year Seahawk. (0396702629)
Jonathan Babineaux is a rookie with Atlanta. (0395907975)

---- INDEX REFERENCES ----

COMPANY: TICKETMASTER; CITYSEARCH INC; QWEST COMMUNICATIONS INTERNATIONAL INC

INDUSTRY:  (Entertainment (1EN08); Sports (1SP75); U.S. Football (0AA68))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); Iowa (1IO85); Wash-

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0028**

ington (1WA44))

Language:  EN

OTHER INDEXING:  (BABINEAUXS; ELIAS SPORTS BUREAU; JAGUARS; NFL; QWEST; SOUTHERN
ARKANSAS; TICKETMASTER; TV)  (Babineaux; Babineaux Seahawks; Fans; Hasselbeck; Hay-
ward; Jonathan; Jordan; Jordan Babineaux; Jose Miguel Romero; Notes; Paul Spicer;
Reggie Hayward; Seahawks; Spicer; WR D.J. Hackett)

EDITION: Fourth

Word Count: 654
9/16/05 STLTI D6

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**FGI 0029**