Schieck Exhibit D

Dockets.Justia.com

# FAN SCREENING AT QWEST FIELD

## TWO LEVELS OF FAN SCREENING

Fan Screening Level will be announced at Captains' briefing.  Security is dynamic and Fan Screening Levels may change at any time during the game.  Control will announce any changes via radio.

| YELLOW | ORANGE |
|---|---|
| • STANDARD BAG SCREEN<br>• STANDARD VISUAL SEARCH<br>• NFL WAISTLINE/BACK PAT DOWN | • STANDARD VISUAL SEARCH<br>• STANDARD BAG SCREEN<br>• FULL BODY PAT DOWN |

## SCREENING STANDARD OPERATING PROCEDURES

Always ask prior to screening an individual for both Bag Check and Pat Down

STANDARD VISUAL SEARCH
- ALWAYS BE ALERT AND AWARE OF FANS
- LOOK FOR BULGES IN CLOTHING
- LOOK FOR SIGNS OF INTOXICATION

STANDARD BAG SCREEN
- LOOKING FOR ALCOHOL, WEAPONS AND OTHER DANGEROUS ITEMS
- SEE QWEST FIELD BAG CHECK GUIDELINES

NFL WAISTLINE/BACK PAT DOWN
- FANS MUST STAND WITH ARMS OUT AND PALMS UP
- FEEL ABOVE BELTLINE AROUND THE WAIST ON INNERMOST CLOTHING LAYER
- PLACE HAND ON SMALL OF BACK JUST ABOVE BELT

FULL BODY PAT DOWN
- FANS MUST REMOVE HATS
- ARMS OUT AND PALMS UP
- WORK HEAD TO TOE
- COLLAR AND HOOD
- PAT BOTH ARMS FROM SHOULDER TO WRIST
- OUTER JACKET, TORSO AND POCKETS
- DOWN LEGS FROM MID THIGH TO ANKLE
- PAT ON THE SMALL OF BACK, UP SPINE TO NECK

## COLD WEATHER CONSIDERATIONS FOR BAG CHECK

- LENIENCY FOR CUPS OF COFFEE, TEA, HOT CHOCOLATE, ETC.
- NO THERMOS
- MORE CLOTHING = MORE HIDING PLACES
  - UNZIP JACKETS AND REMOVE HATS
  - FEEL AND SQUEEZE BLANKETS

**FGI 0030**

## DISPOSAL AND RESOLUTION

- DO NOT TAKE POSESSION OF ITEMS OR BAGS
- ASK THE FAN TO DISPOSE OF FORBIDDEN ITEMS IN PROVIDED TRASH CONTAINER
- FAN MAY TAKE ITEM TO VEHICLE, WE DO NOT CHECK ITEMS
- OVERLY INTOXICATED FANS WILL BE DENIED ACCESS TO QWEST FIELD
- NOTIFY TEAM CAPTAIN AND OFFICER AT GATE FOR FIREARMS; DENY ACCESS AND TURN SITUATION OVER TO POLICE OFFICER.

## FAN SITUATIONS AND QUESTIONS

- BE RESPECTFUL OF THE INDIVIDUAL – RELIGIOUS, MEDICAL, DISABILITY
- STANDARD ANSWER:  OUR FAN SCREENING PROCESS IS FOR YOUR SAFETY AND THE SAFETY OF THOSE AROUND YOU.

# *QWEST FIELD BAG CHECK GUIDELINES*

## PROHIBITED ITEMS

**WEAPONS**
Guns, Knives, Mace, Pepper Spray, etc.
**ALCOHOL**
Bottles, Cans, Airplane Bottles, Flasks, Zip-Loc Bags, Shooters
**OPEN BEVERAGES**
Sodas, Water Bottles, Sports Drinks, Personal Plastic Beverage Containers
**CANS AND BOTTLES**
All Glass and/or Aluminum Beverage Containers are prohibited
**VIDEO CAMERAS**

**COOLERS AND LARGE LUGGAGE/BAGS**
**NOISEMAKERS AND AIR HORNS**
**ANY BAGS LARGER THAN 12" X 12" X 12"**

## PERMITTED ITEMS

**CAMERAS**
Personal still photography cameras and digital cameras
**SEALED FULL WATER BOTTLES**
**JUICE BOXES** AND **SOFT SIDED SINGLE SERVE CONTAINERS**
Examples:  HI-C, Capri Sun, Sealed full single serve milk cartons.
**OUTSIDE FOOD**
Inspect open food containers for prohibited items. Sealed store bought items permitted.
**BAGS SMALLER THAN 12" X 12" X 12"**



**FGI 0031**

Schieck Exhibit E



FGI 0032



Qwest Field Gameday Training

# Fan Screening at Qwest Field

- Why do we do what we do?

- What are you looking for?

- Why are you looking for it?

FGI 0033





FGI 0035



Guest Communication Process

Qwest Field Gameday Training

- Listen to the Guest
- Use the Rules as a Guide
- Follow Your Heart

FGI 0036

Exhibits to Ainsworth Decl.
Page 71



Qwest Field Gameday Training

Fan Screening at Qwest Field

Consistency

Communication to and from Control

Precision in Procedures

FGI 0037



Two Levels of Fan Screening

Qwest Field Gameday Training

1.YELLOW

2.ORANGE

FGI 0038



Qwest Field Gameday Training

**YELLOW**
- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- RANDOM UPPER TORSO PAT DOWN

**ORANGE**
- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- FULL BODY PAT DOWN

FGI 0039

Qwest Field Gameday Training

# FAN SCREENING STANDARD OPERATING PROCEDURE

- STANDARD VISUAL SEARCH
- STANDARD BAG SCREEN
- UPPER TORSO PAT DOWN
- FULL BODY PAT DOWN

FGI 0040

# FAN PAT DOWNS

- REMOVE HATS
- PALMS UP.  WHY?
- LIGHT PAT, ARMS, TORSO, LEGS
- FEEL JACKET LINERS AND POCKETS
- SMALL OF BACK
- MAN TO MAN;  WOMAN TO WOMAN
- STAFFING CONFIGURATION

Qwest Field Gameday Training

FGI 0041



FGI 0042

# DISPOSAL AND RESOLUTION

- Ask the fan to dispose of item in provided bin

- May take items to vehicle, no entry permitted with prohibited item.

- Firearms and other weapons

- Overly intoxicated fans will be denied entry

- "Our bag check and screening policy is for your safety and that of all guests of Qwest Field" – Anticipate Guest Questions.

Qwest Field Gameday Training

**FGI 0043**

Exhibits to Ainsworth Decl.
Page 78



FGI 0044