1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STARK, *et al.*                                    )
                                                   )
                                                   )     Case No. CV06-1719 JLR
            Plaintiffs,                            )
                                                   )
      v.                                           )     [PROPOSED] ORDER GRANTING
                                                   )     SEAHAWKS DEFENDANTS'
THE SEATTLE SEAHAWKS, FOOTBALL,                    )     MOTION FOR LEAVE TO FILE A
NORTHWEST, LLC, *et al.*,                          )      MOTION FOR SUMMARY
                                                   )     JUDGMENT WITHIN 90 DAYS OF
                                                   )     TRIAL DATE
            Defendants.                            )
_____           )

      This _____ day of _____, 2007, having reviewed defendants the Seattle

Seahawks, Football Northwest, LLC, and First & Goal Inc.'s (collectively the "Seahawks

Defendants") motion for leave to file a motion for summary judgment within 90 days of the

trial date and their supporting materials, along with the opposition of plaintiffs' Fred and

Kathleen Stark;

      IT IS ORDERED that the Seahawks Defendants motion for leave to file a motion for

summary judgment within 90 days of the trial date is granted;

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
LEAVE TO FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000 FAX: 202.662.6291

Dockets.Justia.com

1

2         IT IS FURTHER ORDERED that the Seahawks Defendants motion for summary

3   judgment on consent shall be noted for consideration on June 1, 2007, and that the opposition

4   and reply briefs be due pursuant to the normal briefing schedule under the Local Rules.

5

6

7                                    _____
                                              Hon. James L. Robart
8                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
SEAHAWKS DEFENDANTS MOTION FOR
LEAVE TO FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE                                                2

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000 FAX: 202.662.6291

1   Presented by:

2

3   FOSTER PEPPER PLLC

4

5   By:    /s/ Tim J. Filer
             Tim J. Filer, WSBA $16285
6            Jeffrey S. Miller, WSBA # 280787
             Attorneys for Defendants the Seattle Seahawks,
7            Football Northwest, LLC, and First & Goal Inc.

8

9   COVINGTON & BURLING LLP

10

11  By:    /s/ Paul A. Ainsworth
             Gregg H. Levy (*admitted pro hac vice*)
12           Paul A. Ainsworth (*admitted pro hac vice*)
             Attorneys for Defendants the Seattle Seahawks,
13           Football Northwest, LLC, and First & Goal Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING
    SEAHAWKS DEFENDANTS MOTION FOR
28  LEAVE TO FILE A MOTION FOR SUMMARY
    JUDGMENT WITHIN 90 DAYS OF TRIAL
    DATE

    Case No. CV06-1719 JLR

3

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000 FAX: 202.662.6291