The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARK, *et al.* | Case No. CV06-1719 JLR |
| Plaintiffs, | |
| v. | PRAECIPE TO ATTACH CORRECTED EXHIBIT |
| THE SEATTLE SEAHAWKS, FOOTBALL, NORTHWEST, LLC, *et al.*, | |
| Defendants. | |

The Seattle Seahawks, Football Northwest LLC, and First & Goal Inc., by and through their attorneys, respectfully file this Praecipe to Attach and request that the attached corrected Exhibit 4 (attached hereto) be substituted for Exhibit 4 to the Declaration of Paul A. Ainsworth Filed in Support of the Seahawks Defendants Motion For Leave to File a Motion for Summary Judgment Within 90 Days of Trial (D.I. 33), filed on May 11, 2007, in the above-captioned matter.

PRAECIPIE TO ATTACH CORRECTED EXHIBIT

Case No. CV06-1719 JLR

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000 FAX: 202.662.6291

Dockets.Justia.com

|     |                                      |                                      |
| --- | ------------------------------------ | ------------------------------------ |
| 1   |                                      | Respectfully submitted,              |
| 2   |                                      |                                      |
| 3   |                                      | /s/ Paul A. Ainsworth                |
| 4   | *Of Counsel:*                        | Tim J. Filer, WSBA #16285            |
|     | Gregg H. Levy                        | Jeffrey S. Miller, WSBA #28077       |
| 5   | Paul A. Ainsworth                    | FOSTER PEPPER PLLC                   |
|     | COVINGTON & BURLING LLP              | 1111 Third Avenue, Suite 3400        |
| 6   | 1201 Pennsylvania Ave, NW            | Seattle, WA 98101                    |
| 7   | Washington, DC 20004                 | tel: 206.447.4400                    |
|     | tel: 202.662.6000                    | fax: 206.447.9700                    |
| 8   | fax: 202.662.6291                    |                                      |
| 9   | May 15, 2007                         |                                      |

PRAECIPIE TO ATTACH CORRECTED EXHIBIT

Case No. CV06-1719 JLR        2

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291

| | |
|---|---|
| 1 | |
| 2 | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 15, 2007, I electronically filed the foregoing Praecipe to Attached a Corrected Exhibit with the Clerk of the Court using the ECM/CMF system which will send notification of the filing to Timothy G. Leyh, Esq. and Christopher T. Wion, Esq. of Danielson Harrigan Leyh & Tollefson LLP, 999 Third Avenue, Suite 4400, Seattle, WA 98104, Counsel for Plaintiffs, and John J. Dunbar of Ball Janik LLP, 101 Southwest Main Street, Suite 1100, Portland, OR 9720, Counsel for Defendants the Washington State Public Stadium Authority and Lorraine Hine, in her official capacity as Chairperson of the Washington State Public Stadium Authority board of directors.

      /s/  Paul A. Ainsworth
Paul A. Ainsworth
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, N.W.
Washington, DC. 20004
tel: 202.662.5416
fax: 202.662.6291

PRAECIPIE TO ATTACH CORRECTED EXHIBIT

Case No. CV06-1719 JLR    3

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20002
TEL: 202.662.6000  FAX: 202.662.6291