

# Exhibit 4
(corrected)

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple, | ) **ORIGINAL** |
| Plaintiffs, | ) |
| vs. | ) No. CV06-1719 JLR |
| THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors, | ) |
| Defendants. | ) |

---

Deposition Upon Oral Examination Of
KATHLEEN J. STARK

---

1:15 p.m.
April 26, 2007
1111 Third Avenue, Suite 3200
Seattle, Washington

REPORTED BY: Keri A. Aspelund, RPR, CCR No. 2661

1    Q.  If you look at paragraph 3, Mrs. Stark, it's
2 on page 2, does that refresh your recollection as to
3 when the first time that you were pat down at a
4 Seattle Seahawks game?
5    A.  Yes.
6    Q.  Do you recall pat-downs occurring before
7 August 2005 at Qwest Field?
8    A.  No, I don't.
9    Q.  And you don't have any reason to disagree
10 with the testimony of your husband that it was August
11 22nd, 2005?
12    A.  That's correct.
13    Q.  Turning back to Exhibit-51. At the time you
14 purchased your playoff tickets for the 2005 season,
15 you were aware of the pat-down policy at Qwest Field,
16 is that correct?
17       MR. WION:  Object to the form.
18    A.  Well, yes.
19    Q.  Is it correct that you handle -- that the
20 season tickets are in your name, Mrs. Stark?
21    A.  Yes.
22    Q.  And so you handle the renewal of season
23 tickets each year?
24    A.  Right.
25    Q.  And the purchase of playoff game tickets?

1   Q. And you renewed your season tickets for the
2   2006 season?
3   A. Yes.
4   Q. And at the time you renewed your season
5   tickets for the 2006 season, you were aware of the
6   pat-down policy for Seattle Seahawks games at Qwest
7   Field, correct?
8   A. Correct.
9        (Exhibit-53 marked.)
10  Q. I'm going to hand you what has been marked
11  as Exhibit-53, and take a moment to look at the
12  document, and then please tell me --
13  A. I -- okay.
14  Q. -- whether you recognize that document?
15  A. Yeah, well, they look so much alike.
16       I was looking at this one thinking it was
17  2007, but now I see that I have the 2007 here, okay,
18  yes.
19  Q. And what is this document?
20  A. It's the invoice for the 2007 season
21  tickets.
22  Q. And did you renew your season tickets for
23  2007?
24  A. Yes, I did.
25  Q. Do you recall when you renewed your season



Page 34

```
 1      A.   I think to volunteer for something is to
 2  step forward on your own initiative and volunteer to
 3  do something.
 4      Q.   I didn't ask what volunteering is, Mrs.
 5  Stark, I asked what the term "voluntary" means.
 6      A.   Voluntary.
 7           MR. WION:  Same objection.
 8      A.   Voluntary.  That's kind of hair splitting.
 9           Again, it's something you are willing to do
10  on your own volition.
11      Q.   Do you attend -- is your attendance at
12  Seattle Seahawks games voluntary?
13      A.   Yes.
14      Q.   No one makes you go to the Seattle Seahawks
15  games, do they?
16      A.   (Shakes head.)  No.  Sorry.
17      Q.   And you're aware that pat-downs are a
18  requirement to enter Qwest Field, correct?
19      A.   Correct.
20      Q.   And you are willing to go through the
21  pat-downs because you want to attend Seattle Seahawks
22  games, is that correct?
23           MR. WION:  Object to the form.
24      A.   That is correct.
25      Q.   And you're aware that you have the right to
```

1   not attend Seahawks games, correct?

2       A.   Correct.

3       Q.   And by not attending a Seattle Seahawks

4   game, you would not have to be pat down, correct, by

5   Seattle Seahawks security people?

6       A.   Correct.

7       Q.   Do you have an understanding of what the

8   term "consent" means?

9           MR. WION:  Object to the form.

10      A.   It means to agree to something.

11          MR. WION:  When you're at a good place, it

12  might be about time for a break.  It's been about an

13  hour.

14          MR. AINSWORTH:  Oh, it has, you're right.

15  Just let me ask a couple questions.

16          MR. WION:  Sure.

17          MR. AINSWORTH:  I'm a slow thinker, so I

18  have to apologize.

19          Actually, let's go ahead and take a break

20  now.

21              (Brief recess.)

22      Q.   Mrs. Stark, I believe I asked you whether in

23  2007 you discussed with your husband whether to renew

24  your season tickets for 2007; did you have any

25  discussions with your husband in 2006 as to whether to

1    be pat down as a requirement to enter the stadium?
2        A.   Yes.
3        Q.   And no one has ever threatened you to cause
4    you to agree to be pat down to attend a Seahawks game?
5        A.   Pardon me?
6        Q.   No one has ever threatened you in order to
7    get you to consent to attend -- I'm sorry, strike
8    that.
9             No one has ever threatened you in order to
10   get you to agree to the pat-down in order to attend a
11   Seahawks game?
12       A.   Well, the threat is that you're not allowed
13   to enter the stadium.
14       Q.   So, the consequence of not agreeing is you
15   cannot enter the stadium, is that right?
16       A.   That's the way I understand it.
17       Q.   But no one has threatened you with physical
18   force in order to get you to consent or agree?
19       A.   That's correct.
20       Q.   Have any police officers ever instructed you
21   that you must consent?
22       A.   No.
23       Q.   Why did you decide in November 2006 to file
24   this lawsuit against the Seattle Seahawks, FGI, the
25   Public Stadium Authority, and Lorraine Hine?

1    Q.   I'm asking you for your understanding of
2    what your ticket terms mean.  Your lawyer will argue
3    with me later about the legality of that, but I am
4    asking you for your understanding.
5          MR. WION:  I think she's answered that.  Do
6    you have another question that you're posing?
7    Q.   I don't think she did answer it, so let me
8    restate it again.
9          My question is, do you understand that by
10   tendering your ticket and entering Qwest Field, you
11   consented to the searches and waived any claims
12   against the NFL, the Seattle Seahawks, and First &
13   Goal?
14         MR. WION:  Objection, compound, among other
15   objections, also calls for a legal conclusion about a
16   document she's read for the first time right here in
17   this room.
18         MR. AINSWORTH:  Counselor, can you stop the
19   long speaking objections.  I think objection to form
20   is all that is needed in this district.
21         MR. WION:  I think those objections are
22   appropriate, and I think she's answered your question.
23         MR. AINSWORTH:  I don't think she has.  If
24   you want, we can have the court reporter read it back.
25         MR. DUNBAR:  I think there have been some

1  kind of lengthy objections here, Chris, respectfully,
2  and I think at a certain point it's just quicker to
3  get an answer and move on.
4         MR. WION:  I'm happy to do that.  I've
5  attempted to have short, brief objections that are
6  appropriate, and we continue to have what appear to be
7  the same question or a minor modification of the same
8  question to which I have the same objections, but
9  apparently they're not improving the quality of the
10 question, so I'm attempting to provide you with the
11 information you might need to ask a question that is
12 not objectionable.
13        MR. DUNBAR:  You're not instructing the
14 witness to not to respond, correct?
15        MR. WION:  I am not doing that.  I have not
16 done that.
17        MR. DUNBAR:  I think at a certain point it
18 might be appropriate to say same objection, and then
19 allow the witness to respond, and we'll finish a
20 little sooner this afternoon.
21        MR. WION:  John, I did do that a number of
22 times, it did not appear to be effective, so I felt it
23 was appropriate to provide a slightly fuller
24 explanation of the objection.
25        MR. DUNBAR:  Okay.

Page 58

1        MR. WION: I think --
2        MR. DUNBAR: You've done that now, so let's
3    just move on.
4        MR. WION: I understand.
5        MR. DUNBAR: I hear you. Let's just move
6    on.
7        MR. WION: I'm happy to move on.
8        MR. AINSWORTH: All right, could you read
9    back my question, because I'm sure Mrs. Stark has long
10   since forgotten what it was.
11              (Reporter read back as follows:
12              "My question is, do you understand
13              that by tendering your ticket and
14              entering Qwest Field, you consented to
15              the searches and waived any claims
16              against the NFL, the Seattle Seahawks,
17              and First & Goal?")
18       MR. WION: Same objections.
19   A.  Yes.
20       MR. AINSWORTH: If you can give me a couple
21   minutes to go through my notes, and then I'll be ready
22   pass on to John.
23       MR. WION: Sure.
24              (Brief recess.)
25   Q.  Mrs. Stark, have you had any communications

SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206)622-6661 * (800)657-1110    FAX: (206)622-6236
79a74af9-d5f2-4727-b4a7-ab15cf2e2ffc

Exhibits to Ainsworth Decl.
Page98

Page 75

1       S-I-G-N-A-T-U-R-E

2

3

4       I declare under penalty of perjury under
5   the laws of the State of Washington that I have read
6   my within deposition, and the same is true and
7   accurate, same and except for changes and/or
8   corrections, if any, as indicated by me on the CHANGE
9   SHEET flyleaf page hereof.  Signed in..............,
10  WA, on the........day of................, 2007.

11

12

13

14                              ..........................

15                              KATHLEEN J. STARK

16                              Taken: April 26, 2007

17

18

19

20

21

22

23

24

25  Keri A. Aspelund



```
 1                    C-E-R-T-I-F-I-C-A-T-E
 2     STATE OF WASHINGTON )
 3                         ) ss.
 4     COUNTY OF KING      )
 5              I, the undersigned Registered
 6     Professional reporter and an officer of the Court
 7     under my commission as a Notary Public for the State
 8     of washington, hereby certify that the deposition upon
 9     oral examination was taken before me and transcribed
10     under my direction;
11              That each witness was duly sworn by me to
12     testify truthfully; that the transcript of the
13     deposition is a full, true, and correct transcript;
14     that I am neither attorney for, nor a relative or
15     employee of, any of the parties to the action or any
16     attorney or counsel employed by the parties hereto,
17     nor financially interested in its outcome.
18              IN WITNESS WHEREOF, I have hereunto set
19     my hand and seal this 30 day of April, 2007.
20
21                      /S/ KERI A. ASPELUND
22                      _____
23                      NOTARY PUBLIC in and for the State of
24                      Washington, residing at Tacoma. Commission
25                      expires March 21, 2010.  CCR No. 2661
```

SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206)622-6661 * (800)657-1110    FAX: (206)622-6236

Exhibits to Ainsworth Decl.
Page100
44418736-7358-4829-800a-848232081149