THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants. | Case No. CV 06-1719 JLR<br><br>[PROPOSED] ORDER DENYING SEAHAWKS DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT WITHIN 90 DAYS OF TRIAL DATE<br><br>Noted for May 22, 2007 |

This matter came before the Court on the motions of Defendants, The Seattle Seahawks, Football Northwest, LLC and First & Goal, Inc. for an order granting them leave to file a motion for summary judgment within 90 days of the trial date. The Court having considered the pleadings filed herein and the arguments of the parties and being otherwise fully

[PROPOSED] ORDER DENYING SEAHAWKS
DEFENDANTS' MOTION FOR LEAVE TO
FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE - 1

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Case 2:06-cv-01719-JLR   Document 36-2   Filed 05/17/2007   Page 2 of 3

CV 06-1719 JLR

1 advised in the premises, it is hereby ORDERED that the Seahawks Defendants' Motion for

2 Leave to File a Motion for Summary Judgment Within 90 Days of the Trial Date is DENIED.

3     DONE IN OPEN COURT this _____ day of May, 2007.

_____

JUDGE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN & TOLLEFSON LLP

By _____/s/_____
    Christopher T. Wion, WSBA #33207
    Garth D. Wojtanowicz, WSBA #30822
Attorneys for Plaintiffs Fred and Kathleen Stark

[PROPOSED] ORDER DENYING SEAHAWKS
DEFENDANTS' MOTION FOR LEAVE TO
FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE - 2

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul Ainsworth and Greg H. Levy, John J. Dunbar and Irene Smith, Tim J. Filer, Jeffrey S. Miller and Jan Howell___, and I hereby certify that I have separately electronically mailed the document to the following non CM/ECF participants: Stephen T. Janik and L. Jordan

D. Yvette Chambers

[PROPOSED] ORDER DENYING SEAHAWKS
DEFENDANTS' MOTION FOR LEAVE TO
FILE A MOTION FOR SUMMARY
JUDGMENT WITHIN 90 DAYS OF TRIAL
DATE - 3

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717