THE HONORABLE JAMES ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED and KATHLEEN STARK, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SEATTLE SEAHAWKS, FOOTBALL NORTHWEST, LLC, a Washington limited liability company, FIRST & GOAL, INC., a Washington corporation, THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a Washington municipal corporation, and LORRAINE HINE, in her capacity as chair of the Washington State Public Stadium Authority board of directors,<br><br>Defendants. | Case No. CV 06-1719 JLR<br><br>DECLARATION OF CHRISTOPHER T. WION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SEAHAWKS DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT WITHIN 90 DAYS OF TRIAL DATE<br><br>**Noted for Consideration:** May 22, 2007 |

I, Christopher T. Wion declare as follows:

1.   I am an attorney for plaintiffs in this action. I have personal knowledge of each fact stated in this declaration.

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO SEAHAWKS DEFENDANTS' MOTION
FOR LEAVE TO FILE A MOTION FOR
SUMMARY JUDGMENT WITHIN 90 DAYS
OF TRIAL DATE - 1

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2.    I have served as the primary contact with Defendants' counsel in this matter. The first time Defendants requested to depose Mr. and Mrs. Stark was on April 3, 2007, during a discovery conference call. Attached to my Declaration as Exhibit 1 is a true and correct copy of an email from Paul Ainsworth, counsel for Defendants the Seattle Seahawks, First & Goal, Inc. and Football Northwest, LLC (collectively, the "Seahawks") confirming the Seahawks' request for deposition dates for the Starks.

3.    I responded to the Seahawks' request for deposition dates for the Starks by email on April 9, 2007. In that email, I indicated that the Starks were generally available during the month of April, with the exception of April 17, 19, and 20. A true and correct copy of that email is attached hereto as Exhibit 2.

4.    On April 11, 2007, Mr. Ainsworth responded to my April 9, 2007 email, and indicated that the Seahawks preferred to depose the Starks on April 26, 2007. A true and correct copy of that email is attached hereto as Exhibit 3.

5.    At no time prior to April 3, 2007 did the Seahawks, or any Defendant, request a deposition of Mr. and Mrs. Stark, nor were any deposition notices issued prior to that date. Deposition notices for Mr. and Mrs. Stark were served on April 17, 2007.

6.    The Seahawks never indicated that they needed to depose the Starks prior to the dispositive motion deadline, nor did they request an extension of the dispositive motion cutoff date in order to allow them to depose the Starks. Rather, the first time the Seahawks requested our agreement to permit an untimely motion for summary judgment was on May 3, 2007.

7.    The Defendants served discovery requests on the Starks on February 16, 2007. The Starks timely served their responses to Defendants' discovery requests on March 20, 2007. The Starks' responses included fewer than 30 pages of documents responsive to Defendants' requests.

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO SEAHAWKS DEFENDANTS' MOTION
FOR LEAVE TO FILE A MOTION FOR
SUMMARY JUDGMENT WITHIN 90 DAYS
OF TRIAL DATE - 2

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

|   |   |
|---|---|
| 1 | 8.   Attached to my Declaration as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Frederick Stark on April 26, 2007. |
| 3 | 9.   Attached to my Declaration as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Kathleen Stark on April 26, 2007. |
| 5 | 10.  Attached to my Declaration as Exhibit 6 is a true and correct copy of the Declaration of Fred Stark, dated November 27, 2006 and previously filed in support of the Starks' Motion for Preliminary Injunction on November 29, 2006. |

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.

Executed this 17th day of May, 2007, at Seattle, Washington.

By _____
Christopher T. Wion

---

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO SEAHAWKS DEFENDANTS' MOTION
FOR LEAVE TO FILE A MOTION FOR
SUMMARY JUDGMENT WITHIN 90 DAYS
OF TRIAL DATE - 3

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul Ainsworth and Greg H. Levy, John J. Dunbar and Irene Smith, Tim J. Filer, Jeffrey S. Miller and Jan Howell___, and I hereby certify that I have separately electronically mailed the document to the following non CM/ECF participants: Stephen T. Janik and L. Jordan.

_____
D. Yvette Chambers

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO SEAHAWKS DEFENDANTS' MOTION
FOR LEAVE TO FILE A MOTION FOR
SUMMARY JUDGMENT WITHIN 90 DAYS
OF TRIAL DATE - 4

CV 06-1719 JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON
LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717