1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED STARK, et al,

                        Plaintiffs,

            v.

THE SEATTLE SEAHAWKS, et al.,

                        Defendants.

CASE NO. C06-1719JLR

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable

James L. Robart:

        Before the court is a motion for leave to file a motion for summary judgment (Dkt.

# 33) brought by the Seattle Seahawks, Football Northwest LLC, and First & Goal, Inc.

The court DENIES the motion without prejudice.  The court will further address this

issue at the upcoming hearing.

        Filed and entered this 25th day of May, 2007.

                                        BRUCE RIFKIN, Clerk

                                                s/Mary Duett
                                        By
                                                Deputy Clerk

MINUTE ORDER