Stark et al v. Seattle Seahawks et al — Doc. 46
AO 450 (Rev. 5/85) Judgment in a Civil Case
Case 2:06-cv-01719-JLR    Document 46    Filed 06/22/2007    Page 1 of 1

# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED STARK, et al.,

    Plaintiffs,

v.

THE SEATTLE SEAHAWKS, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: C06-1719JLR

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The court granted Defendants' motions for summary judgment.

Dated this 22nd day of June, 2007.

                                                  BRUCE RIFKIN
                                                  Clerk

                                                  MARY DUETT
                                                  Deputy Clerk